1  Pat Lundvall (NSBN 3761)
   McDonald Carano LLP
2  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
3  Telephone: (702) 873-4100
   lundvall@mcdonaldcarano.com
4
   Marshall M. Searcy III (*pro hac vice* pending)
5  Quinn Emanuel Urquhart & Sullivan, LLP
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  marshallsearcy@quinnemanuel.com

8  *Attorneys for Defendant*
9  *Fenix International Limited dba OnlyFans*

10              **UNITED STATES DISTRICT COURT**

11              **DISTRICT OF NEVADA**

12 | LAUREN COLVIN, an individual; YOUREE | Case No.:
13 | GEMMILL, an individual; and PATHAMAWAN
   | HANFORD, an individual,
14 |                                      | **APPENDIX OF EXHIBITS**
                Plaintiffs,                 **REGARDING NOTICE OF**
15 |     vs.                              | **REMOVAL OF CIVIL ACTION –**
                                            **VOLUME 1**
16 | BRITTANYA RAZAVI; MARCELLO RAZAVI;
17 | MEOW GANG PRODUCTION STUDIOS, INC.,
   | DG MEDIA & ENTERTAINMENT GROUP,
18 | INC., FENIX INTERNATIONAL LIMITED dba
   | ONLYFANS; and DOES 1-10 inclusive,
19 |
                Defendants.
20 |
21 | DG MEDIA & ENTERTAINMENT GROUP,
   | INC.; MEOW GANG PRODUCTION STUDIOS,
22 | INC.; MARCELLO RAZAVI; and BRITTANYA
   | RAZAVI,
23 |
                Counterclaimants,
24 |     v.
25 | LAUREN COLVIN, YOUREE GEMMILL, and
   | PATHAMAWAN HANFORD,
26 |
                Counter - Defendants.
27

28              Defendant Fenix International Limited dba OnlyFans ("Fenix"), submits its Appendix of

Exhibits to its Notice of Removal of Civil Action.

| Exhibit No. | Exhibit Description | Volume | Bates No. |
|---|---|---|---|
| A | Complaint filed 6/9/2021 | 1 | 001-014 |
| B | Plaintiffs' Ex Parte Motion For Order Directing the Issuance of a Prejudgment Writ of Attachment Without Notice filed 6/10/2021 | 1 | 015-023 |
| C | Order for Issuance of Prejudgment Writ of Attachment filed 7/8/21 | 1 | 024-028 |
| D | (Filed Under Seal) Defendants' Notice of Document to Be Filed Under Seal filed 7/19/21 | 1 | 029 |
| E | Notice of Appearance filed 7/20/2021 | 1 | 030-031 |
| F | Initial Appearance Fee Disclosure filed 7/20/21 | 1 | 032-033 |
| G | Defendants' Motion to Vacate Order or, Alternatively, Discharge Prejudgment Writ of Attachment on Order Shortening Time (Razavi) filed 7/20/21 | 1 | 034-080 |
| H | Defendants Motion to File Under Seal Exhibit C on Order Shortening Time filed 7/20/21 | 1 | 081-097 |
| I | Stipulation and Order to Vacate Court's July 8,2021 Order granting Plaintiff's Ex Parte Motion for Order Directing the Issuance of a Prejudgment Writ of Attachment Without Notice filed 7/27/21 | 1 | 098-105 |
| J | Notice of Entry of Stipulation and Order filed 7/27/21 | 1 | 106-115 |
| K | Substitution of Attorney for Plaintiffs filed 8/12/21 | 1 | 116-119 |
| L | Motion to Associate Counsel (Michael D. Kuznetsky and Michael W. Fattorosi) filed 9/16/21 | 1 | 120-153 |
| M | Notice of Hearing filed 9/17/21 | 1 | 154 |
| N | Defendants' Opposition to Motion to Associate Counsel filed 9/24/21 | 1 | 155-169 |

| O | Reply Brief in Support of Motion to Associate Counsel filed 9/30/21 | 1 | 170-173 |
|---|---|---|---|
| P | Minute Order filed 10/25/21 | 1 | 174 |
| Q | Order Granting Motion to Associate Counsel (Michael Kuznetsky) filed 10/25/21 | 1 | 175-179 |
| R | Order Granting Motion to Associate Counsel (Michael Fattorosi) filed 10/25/21 | 1 | 179-182 |
| S | Notice of Entry of Order Granting Motion to Associate Counsel (Michael Kuznetsky) filed 10/27/21 | 1 | 183-190 |
| T | Notice of Entry of Order Granting Motion to Associate Counsel (Michael Fattorosi) filed 10/27/21 | 1 | 191-198 |
| U | Summons – Brittanya Razavi filed 11/10/21 | 1 | 199-201 |
| V | Summons - Marcello L. Razavi filed 11/10/21 | 1 | 202-204 |
| W | Summons - Meow Gang Productions Studios, Inc. filed 11/10/21 | 1 | 205-207 |
| X | Summons – DG Media & Entertainment filed 11/10/21 | 1 | 208-210 |
| Y | Notice Of Change Of Address Of Counsel filed 12/14/21 | 1 | 211-213 |
| Z | Notice Of Change Of Address Of Counsel filed 12/14/21 | 1 | 214-216 |
| AA | Affidavit of Due Diligence - Brittanya Razavi filed 2/10/22 | 1 | 217-224 |
| BB | Affidavit of Due Diligence - Marcello Razavi filed 2/10/22 | 1 | 225-234 |
| CC | Affidavit of Due Diligence - DG Media & Entertainment filed 2/10/22 | 1 | 235-246 |
| DD | Affidavit of Due Diligence - Meow Gang Production Studio filed 2/10/22 | 2 | 247-256 |
| EE | Plaintiffs' Ex Parte Application for Enlargement of Time to Serve Defendant Brittanya Razavi and Request for Permission to Serve by Publication filed 2/11/22 | 2 | 257-276 |

| FF | Plaintiffs' Ex Parte Application for Enlargement of Time to Serve Defendant Marcello Razavi and Request for Permission to Serve by Publication filed 2/11/22 | 2 | 277-298 |
|---|---|---|---|
| GG | Plaintiffs' Ex Parte Application for Enlargement of Time to Serve Defendant Meow Gang Production Studios, Inc. and Request for Permission to Serve by Publication filed 2/11/22 | 2 | 299-322 |
| HH | Plaintiffs' Ex Parte Application for Enlargement of Time to Serve Defendant DG Media & Entertainment Group, Inc. and Request for Permission to Serve by Publication filed 2/11/22 | 2 | 323-348 |
| II | Order Granting Plaintiffs' Ex Parte Application for Enlargement of Time to Serve Defendant DG Media & Entertainment Group, Inc. and Request for Permission to Serve by Publication filed 2/14/22 | 2 | 349-352 |
| JJ | Order Granting Plaintiff's Ex Parte Application for Enlargement of Time to Serve Defendant Brittanya Razavi and Request for Permission to Serve by Publication filed 2/14/22 | 2 | 353-356 |
| KK | Order Granting Plaintiffs' Ex Parte Application for Enlargement of Time to Serve Defendant Marcello Razavi and Request for Permission to Serve by Publication filed 2/14/22 | 2 | 357-360 |
| LL | Order Granting Plaintiffs' Ex Parte Application for Enlargement of Time to Serve Defendant DG Media & Entertainment Group, Inc. and Request for Permission to Serve by Publication filed 2/14/22 | 2 | 361-364 |
| MM | Notice of Entry of Order Granting Plaintiff's Ex Parte Application for Enlargement of Time to Serve Defendant Brittanya Razavi and Request for Permission to Serve by Publication filed 2/22/22 | 2 | 365-371 |
| NN | Notice of Entry of Order Granting Plaintiff's Ex Parte Application for Enlargement of Time to Serve Defendant Marcello Razavi and Request for Permission to Serve by Publication filed 2/22/22 | 2 | 372-378 |
| OO | Notice of Entry of Order Granting Plaintiff's Ex Parte Application for Enlargement of Time to Serve Defendant Meow Gang Production Studios Inc and Request for Permission to Serve by Publication filed 2/22/22 | 2 | 379-385 |

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

| PP | Notice of Entry of Order Granting Plaintiff's Ex Parte Application for Enlargement of Time to Serve Defendant DG Media & Entertainment Group, Inc. and Request for Permission to Serve by Publication filed 2/22/22 | 2 | 386-392 |
|----|----|----|----|
| QQ | Affidavit of Publication filed 3/24/22 | 2 | 393 |
| RR | Affidavit of Publication filed 3/24/22 | 2 | 394 |
| SS | Affidavit of Publication filed 3/24/22 | 2 | 395 |
| TT | Affidavit of Publication filed 3/24/22 | 2 | 396 |
| UU | Defendants' Answer to Plaintiffs' Complaint and Counterclaim filed 5/31/22 | 2 | 397-410 |
| VV | Defendants' Initial Appearance Fee filed 5/31/22 | 2 | 411-413 |
| WW | First Amended Counterclaim filed 6/8/22 | 2 | 414-425 |
| XX | First Amended Complaint filed 6/21/22 | 2 | 426-446 |
| YY | Plaintiffs and Counter-Defendants' Answer to First Amended Counterclaim filed 6/29/22 | 2 | 447-451 |
| ZZ | Defendants' Answer to Plaintiffs' First Amended Complaint filed 7/5/22 | 2 | 452-456 |
| AAA | Joint Case Conference Report filed 7/29/22 | 2 | 457-466 |
| BBB | Mandatory Rule 16 Pre-Trial Scheduling Conference Order | 2 | 467-473 |

Dated this 26th day of August, 2022.

McDONALD CARANO LLP

By: _/s/ Pat Lundvall_
Pat Lundvall (NSBN 3761)
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Marshall M. Searcy III (pro hac vice pending)
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
marshallsearcy@quinnemanuel.com

*Attorneys for Defendant*
*Fenix International Limited dba OnlyFans*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 26th day of August, 2022, I caused a true and correct copy of the foregoing **APPENDIX OF EXHIBITS REGARDING NOTICE OF REMOVAL OF CIVIL ACTION – VOLUME 1** to be electronically filed with the Clerk of the Court by using CM/ECF service and serving on all parties of record via U.S. Mail as follows:

Michael A. Urban, Esq.
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
murban@theurbanlawfirm.com

Michael D. Kuznetsky, Esq
(Admitted pro hac vice)
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com

Michael W. Fattorosi, Esq.
(Admitted pro hac vice)
LAW OFFICES OF MICHAEL W.
FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com

*Attorney for Plaintiffs and Counter-Defendants*
*Lauren Colvin, Youree Gemmill and*
*Pathamawan Hanford*

Nick D. Crosby, Esq.
Marquis Aurbach
10001 Park Run Drive
Las Vegas, Nevada 89145
ncrosby@maclaw.com

*Attorney for Defendants and Counterclaimants*
*Brittanya Razavi, Marcello Razavi, Meow*
*Gang Production Studios Inc. and DG Media &*
*Entertainment Group Inc.*

_____/s/   Beau Nelson_____
An employee of McDonald Carano LLP

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

# EXHIBIT A

Electronically Filed
6/9/2021 4:52 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
E. BRENT BRYSON, ESQ.
Nevada Bar No.: 004933
E. BRENT BRYSON, LTD.
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
PH:   (702) 364-1234
FAX:  (702) 364-1442
Ebbesqltd@yahoo.com
*Attorney For Plaintiffs*

MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
michael@fattlegal.com
PH:   (818) 710-2727
*Pro Hac Vice Application Pending*

MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH:   (818) 753-2450
FAX:  (818) 736-0999
*Pro Hac Vice Application Pending*

CASE NO: A-21-836019-C
Department 19

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | Case No.: |
| | Dept. No.: |
| Plaintiffs, | |
| v. | **COMPLAINT** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC.; DG MEDIA & ENTERTAINMENT GROUP, INC.; and DOES 1-10 inclusive; | ARBITRATION EXEMPT<br>Amount in Controversy Exceeds $15,000 and Equitable Relief Requested |
| Defendants. | JURY TRIAL REQUESTED |

///

///

///

001

COMES NOW, Plaintiffs, LAUREN COLVIN, YOUREE GEMMILL, and PATHAMAWAN HANFORD, by and through their undersigned counsel, and as and for their Complaint against Defendants, BRITTANYA RAZAVI; MARCELLO RAZAVI; DG MEDIA & ENTERTAINMENT GROUP, INC.; MEOW GANG PRODUCTION STUDIOS, INC.; DOES 1-10 inclusive; allege as follows:

**PARTIES**

1. That at all times mentioned herein, Plaintiff, LAUREN COLVIN (hereinafter "Colvin") is an individual domiciled in Los Angeles, California. That the acts complained of herein all occurred in Las Vegas, Nevada.

2. That at all times mentioned herein, Plaintiff, YOUREE GEMMILL (hereinafter "Gemmill") is an individual domiciled in San Diego, California. That the acts complained of herein all occurred in Las Vegas, Nevada.

3. That at all times mentioned herein, Plaintiff, PATHAMAWAN HANFORD (hereinafter "Hanford") is an individual domiciled in Las Vegas, Nevada. That the acts complained of herein all occurred in Las Vegas, Nevada.

4. That upon information and belief, Defendant, BRITTANYA RAZAVI (hereinafter "Brittanya") is and was at all times relevant herein an individual domiciled in Las Vegas, Nevada.

5. That upon information and belief, Defendant, MARCELLO RAZAVI (hereinafter "Marcello") is and was at all times relevant herein an individual domiciled in Las Vegas, Nevada.

6. That upon information and belief, Defendant, DG MEDIA & ENTERTAINMENT GROUP, INC. (hereinafter "DG Media") is a Nevada corporation with its principal place of business in Las Vegas, Nevada.

///

///

1

7.     That upon information and belief, Defendant, MEOW GANG PRODUCTION STUDIOS, INC. (hereinafter "Meow Gang") is a Nevada corporation with its principal place of business in Las Vegas, Nevada.

8.     That the true names and capacities of the defendants sued herein as Does 1 through 10 are unknown to Plaintiffs, who therefore sues said Defendants by such fictitious names. Plaintiffs are informed and believe and thereon allege that each of the fictitiously named defendants is responsible in some manner for the harm sustained by Plaintiffs as described herein. Plaintiffs will seek leave to amend this complaint to state the true names and capacities of such defendants when they become known to Plaintiffs.

## JURISDICTION AND VENUE

9.     That jurisdiction and venue are proper in this Court because the acts and omissions complained of herein occurred and caused harm primarily within the City of Las Vegas and Clark County, Nevada.  Furthermore, this actions seeks damages in excess of $15,000.00.

## FACTUAL ALLEGATIONS AS TO ALL CAUSES OF ACTION

10.     That this action arises from Defendants' wrongful conduct wherein, upon information and belief, Defendants intentionally misrepresented that they would take a 50% commission from Plaintiffs' earnings in exchange for management services. Once given access to Plaintiffs' bank accounts, Defendants, and each of them, surreptitiously placed all of Plaintiffs' earnings directly into Defendants' own bank accounts.

11.     That Defendant Brittanya Razavi, also known as Brittanya O'Campo, is a reality television and social media personality.  Brittanya appeared as herself on three reality television shows within the years 2009 and 2010, entitled *Rock of Love with Bret Michaels*, *Charm School with Ricki Lake*, and *I Love Money*.  After these appearances, Brittanya gained popularity on social media, including Instagram, from posting lewd pictures of herself.

2

12.     That upon information and belief, Defendant Marcello Razavi, also known as "Lucky Razavi," is currently married to Brittanya and has a background in the fashion industry.

13.     That upon information and belief, in or about February 2020, Brittanya began posting pornographic content of herself on an Internet website located at Onlyfans.com.

14.     That OnlyFans is a content subscription website on the Internet where content creators can earn money from users who subscribe to their content—the "fans."   It allows content creators to receive funding directly from their fans on a monthly basis as well as one-time tips and using a pay-per-view feature.   In addition to other types of content, pornography is allowed and the website is used mainly by pornographic models, both amateur and professionals, as well as sex workers to sell photographs and videos directly to their fans.

15.     That in or about July 2020, Brittanya posted a message on her Instagram account stating that she was "Looking for girls to manage."   In particular, upon information and belief, Brittanya sought to attract naïve, vulnerable young women who Brittanya could manipulate into creating pornographic content that Brittanya could sell on OnlyFans while defrauding the women of their earnings.

16.     That in or about July 2020, each Plaintiff saw the Instagram post and contacted Brittanya to obtain further information.   At the time, Plaintiff Colvin resided in Dallas, Texas; Plaintiff Gemmill resided in San Diego, California; and Plaintiff Hanford resided in Las Vegas, Nevada.

17.     That after initiating conversations over Instagram, Brittanya moved the conversation with each Plaintiff to text messages and telephone calls, and set up individual, personal, face-to-face meetings with each Plaintiff here in Las Vegas.

///

///

3

004

18.     That Brittanya purchased a plane ticket for Colvin to fly out to Las Vegas, Nevada for the meeting.   Gemmill and Hanford traveled to their respective meetings in Las Vegas, Nevada by car.

19.     At each of these initial meetings with Plaintiffs, Brittanya offered to manage Plaintiffs for the purposes of producing and exploiting pornographic content on OnlyFans. Brittanya represented and agreed that if the Plaintiffs worked with her, it would be an at-will management relationship that was terminable at any time.   Brittanya offered to take fifty percent (50%) of Plaintiffs' earnings from OnlyFans as a commission for her services.   Each Plaintiff naively agreed to the terms. None of the Plaintiffs had prior experience in the pornographic content industry.

20.     That thereafter, Brittanya promptly pressured each Plaintiff into signing a one-page document in front of a witness and/or notary.   Brittanya refused to give the Plaintiffs a copy of the document they signed.

21.     That Brittanya set up each Plaintiff's OnlyFans page.   In doing so, Brittanya solely entered her own bank account information as source for income to be distributed from OnlyFans. That upon information and belief, such bank accounts belonged to Brittanya, Marcello, Meow Gang, and/or DG Media.   Brittanya did not advise Plaintiffs of this nor did Plaintiffs consent to it. However, Brittanya refused to give Plaintiffs the passwords to their own accounts.   As a result, Plaintiffs were unable to view what content was posted, how much money was being earned, and how much money Brittanya was fraudulently taking from them.

22.     That likewise, Brittanya set up and controlled Instagram accounts for the Plaintiffs for the purposes of marketing their OnlyFans pages.   The Plaintiffs were not given the passwords to access these accounts.

///

4

23.     That upon information and belief, Marcello, through his alter ego DG Media, would assist in Brittanya's scheme by, *inter alia*, editing the photos and videos of the Plaintiffs. Brittanya would then post such content on Plaintiffs' respective OnlyFans and Instagram pages.

24.     That Brittanya never showed or told Plaintiffs the amount of income earned on their OnlyFans pages and reneged on her agreement to take a management percentage.  Instead, Brittanya had all of the money transferred to Defendants bank accounts and gave the Plaintiffs a meager weekly stipend.

25.     That during the time Colvin worked with Brittanya, Colvin's OnlyFans account earned gross income of approximately $1,170,544.49, from which a net amount was paid out by OnlyFans totaling approximately $946,890.20.   Upon information and belief, Defendants wrongfully placed this entire net amount into their own bank accounts.

26.     That during the time Gemmill worked with Brittanya, Gemmill's OnlyFans account earned gross income of approximately $95,215.06, from which a net amount was paid out by OnlyFans totaling approximately $76,172.04.   Upon information and belief, Defendants wrongfully placed this entire net amount into their own bank accounts.

27.     That during the time Hanford worked with Brittanya, Hanford's OnlyFans account earned gross income of approximately $132,155.38, from which a net amount was paid out by OnlyFans totaling approximately $105,724.18.   Upon information and belief, Defendants wrongfully placed this entire net amount into their own bank accounts.

28.     That Each Plaintiff terminated their respective relationships with Brittanya in or about January 2021.

29.     That promptly after Brittanya was terminated by Plaintiffs, she began actively sabotaging Plaintiffs' income streams from OnlyFans as well as Plaintiffs' overall careers.

30.     That, for example, Brittanya refused to turn over the passwords and control of Plaintiffs' respective OnlyFans and Instagram accounts.  Instead, Brittanya removed all content from these pages and replaced them with content from other women Brittanya was managing.

31.     That, as another example, once in control of her OnlyFans page, Gemmill began posting new content, as OnlyFans was her sole source of income.  That upon information and belief almost immediately thereafter, Brittanya sent multiple frivolous takedown notices to OnlyFans under the Digital Millennium Copyright Act (17 U.S.C. § 512), falsely attesting under penalty of perjury that she had a good faith belief that the works on Gemmill's page were infringing on Brittanya's copyrights.  As a direct result, Gemmill's OnlyFans account was terminated by OnlyFans, causing Gemmill to lose her sole source of income.

32.     That ultimately, Plaintiffs regained control and access to their OnlyFans accounts.  Only at that point did Plaintiffs become aware of how much money they had earned and how much Brittanya had wrongfully taken from them.  Plaintiffs were unable to get their Instagram accounts back.

## FIRST CAUSE OF ACTION

### FRAUD/MISREPRESENTATION

### (By All Plaintiffs Against All Defendants)

33.     That Plaintiffs incorporate by reference paragraphs 1 through 32 as though fully set forth herein.

34.     That Brittanya falsely represented to Plaintiffs that she would take a fifty percent (50%) management commission in exchange for Brittanya's assistance in creating, promoting and exploiting Plaintiffs' content on OnlyFans.

35.     That Brittanya knew and/or believed these representations were false when she made them.

007

36.     That Brittanya's misrepresentations were made with the intent to induce Plaintiffs to allowing Brittanya to set up and control their OnlyFans accounts.

37.     That Plaintiffs justifiably relied upon Brittanya's misrepresentations.  In particular, Plaintiffs believed Brittanya's misrepresentations and, as a direct result, allowed Brittanya to set up and control their OnlyFans accounts.

38.     That after gaining such access, Defendants, and each of them, wrongfully placed all money paid out by Plaintiffs' OnlyFans accounts directly into Defendants' own bank accounts.

39.     That as a direct and proximate result of the actions of the Defendants, and each of them, Plaintiffs have been injured in an amount in excess of $15,000.00, the exact amount to be proven at the time of trial.

40.     That the acts of the Defendants, and each of them, were done wilfully, with malice and oppression, and with a conscious disregard for Plaintiffs' rights and, therefore, Plaintiffs are entitled to recover punitive damages in an amount deemed appropriate to punish the Defendants, and each of them, for their wrongful and egregious conduct.

## SECOND CAUSE OF ACTION

### CONVERSION

**(By All Plaintiffs Against All Defendants)**

41.     That Plaintiffs incorporate by reference paragraphs 1 through 40 as though fully set forth herein.

42.     That Plaintiffs were entitled to the money earned and paid from their OnlyFans pages.

43.     That Defendants, and each of them, substantially interfered with Plaintiffs' property by knowingly and intentionally taking possession of their money directly from OnlyFans.

7

44.     That Plaintiffs did not consent to Defendants taking their money.

45.     That Defendants' conduct was in derogation, exclusion and/or defiance of Plaintiffs' title and/or rights in the personal property.

46.     That as a direct and proximate result of the actions of the Defendants, and each of them, Plaintiffs have been injured in an amount in excess of $15,000.00, the exact amount to be proven at the time of trial.

47.     That the acts of the Defendants, and each of them, were done wilfully, with malice and oppression, and with a conscious disregard for Plaintiffs' rights and, therefore, Plaintiffs are entitled to recover punitive damages in an amount deemed appropriate to punish the Defendants, and each of them, for their wrongful and egregious conduct.

### THIRD CAUSE OF ACTION

#### UNJUST ENRICHMENT

#### (By All Plaintiffs Against All Defendants)

48.     That Plaintiffs incorporate by reference paragraphs 1 through 47 as though fully set forth herein.

49.     That Defendants have been unjustly enriched by retaining the money of Plaintiffs against the fundamental principles of justice or equity, and good conscience, all to the detriment of Plaintiffs.

50.     That as a direct and proximate result of the actions of the Defendants, and each of them, Plaintiffs have been injured in an amount in excess of $15,000.00, the exact amount to be proven at the time of trial.

///

///

///

8

51.     That the acts of the Defendants, and each of them, were done wilfully, with malice and oppression, and with a conscious disregard for Plaintiffs' rights and, therefore, Plaintiffs are entitled to recover punitive damages in an amount deemed appropriate to punish the Defendants, and each of them, for their wrongful and egregious conduct.

## FOURTH CAUSE OF ACTION

### BREACH OF ORAL CONTRACT

**(By All Plaintiffs Against Brittanya)**

52.     That Plaintiffs incorporate by reference paragraphs 1 through 51 as though fully set forth herein.

53.     That each Plaintiff individually entered into a valid and enforceable oral contract with Brittanya.

54.     That under the terms of the contract, Brittanya would manage each Plaintiff's OnlyFans account in return for a fifty percent (50%) management commission.

55.     That each Plaintiff did all of the material things the contract required her to do, and/or was excused of her obligation to do so.

56.     That Brittanya failed to abide by her obligations under the contract, which was a material breach of the contract.  In particular, Brittanya in conjunction with the other Defendants wrongfully took money from Plaintiffs that were not due to Defendants under the contract.

57.     That as a direct and proximate result of the actions of Brittanya, Plaintiffs have been injured in an amount in excess of $15,000.00, the exact amount to be proven at the time of trial.

///

///

///

9

**FIFTH CAUSE OF ACTION**

**BREACH OF THE IMPLIED COVENANT**

**OF GOOD FAITH AND FAIR DEALING**

**(By All Plaintiffs Against Brittanya)**

58.     That Plaintiffs incorporate by reference paragraphs 1 through 57 as though fully set forth herein.

59.     That Nevada law provides that in every contract and agreement there is an implied covenant of good faith and fair dealing.

60.     That each Plaintiff did all of the significant things that her contract required her to do, and/or was excused from having to do those things.

61.     That Brittanya owed a duty of good faith to the Plaintiffs.

62.     That Brittanya breached her duty of good faith by wrongfully taking monies from the Plaintiffs in a manner that was unfaithful to the purpose of the contract.

63.     That as a direct and proximate result of the actions of Brittanya, Plaintiffs have been injured in an amount in excess of $15,000.00, the exact amount to be proven at the time of trial.

**SIXTH CAUSE OF ACTION**

**ALTER EGO ALLEGATIONS**

**(Plaintiffs against All Defendants)**

64.     That Plaintiffs incorporate by reference paragraphs 1 through 63 as though fully set forth herein.

65.     That upon information and belief, at all relevant times herein, Defendants, and each of them including DOES 1-10, were the agent, representative, servant, independent contractor, subcontractor, partner, joint venture, alter ego, successor in interest, affiliate, parent

10

and/or subsidiary, employee and/or franchise of each of the remaining Defendants, and each of them herein, and were at all times acting within the purpose and scope of said agency, service, employment, partnership, joint venture, parent/subsidiary, and franchise as such and with the express and/or implied permission, knowledge, consent, and ratification of all other said Defendants.

66.     That upon information and belief, at all relevant times herein, Defendants, and each of them including DOES 1-10, were the alter egos of each of the other Defendants named herein.

67.     That upon information and belief, at all relevant times herein, Defendants, and each of them including DOES 1-10, acted in concert and with such a unity of interest, ownership, and control that their separate corporate identities are a sham and should be disregarded and each should be held legally responsible for the conduct of the others.

68.     That upon information and belief, at all relevant times herein, DG Media and Meow Gang were inadequately capitalized and failed to abide by the formalities of corporate existence.  Upon information and belief, at all relevant times herein, Brittanya, Marcello and DOES 1-10, and each of them, used DG Media and Meow Gang's assets as their own.

69.     That upon information and belief, at all relevant times herein, Defendants, and each of them, were, as applicable, the principal, owner, director, officer, managing member, shareholder, member, central figure, and/or representative of DG Media and Meow Gang, and that they authorized, approved, directed, controlled, ratified, participated in, instigated, and/or was otherwise the moving, active, central, and/or conscious force of figure behind the unlawful activity alleged herein.

///

///

11

70.     That upon information and belief, at all relevant times herein, DG Media and Meow Gang were the alter ego of Brittanya, Marcello and DOES 1-10 (and vice-versa) because there was a unity of interest and ownership between them, such that their separate personalities no longer existed and any failure to disregard the corporate form would result in a fraud or injustice.

71.     That upon information and belief, at all relevant times, Defendants and DOES 1-10 acted as the principal, agent, and/or representatives of each other.  Any action by one of them was within the course and scope of the agency relationship between them and was with the permission, ratification, and/or authorization of each other.

72.     That as a direct and proximate result of the actions of the Defendants, and each of them, Plaintiffs have been injured in an amount in excess of $15,000.00, the exact amount to be proven at the time of trial.

**SEVENTH CAUSE OF ACTION**

**Civil Conspiracy**

73.     That Plaintiffs incorporate by reference paragraphs 1 through 72 as though fully set forth herein.

74.     That Defendants, and each of them, agreed and intended to accomplish an unlawful objective for the purpose of harming the Plaintiffs as set forth herein.

75.     That Plaintiffs sustained damage resulting from the Defendants' wrongful conduct as set forth herein.

76.     That as a direct and proximate result of the actions of the Defendants, and each of them, Plaintiffs have been injured in an amount in excess of $15,000.00, the exact amount to be proven at the time of trial.

///

///

12

**ATTORNEY'S FEES**

Plaintiffs have been required to retain the law offices of E. Brent Bryson, Ltd., Michael W. Fattorosi, P.C. and Kuznetsky Law Group, P.C. to prosecute this action. Plaintiffs are hereby entitled to reasonable attorneys' fees and costs incurred herein.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiffs pray as follows:

1.      For compensatory damages in an amount in excess of $15,000.00;

2.      For punitive damages in an amount as deemed appropriate to punish or set an example of Defendants;

4.      For interest on all sums according to law;

5.      For attorney's fees;

6.      For costs of suit incurred herein; and

7.      For such other and further relief as the Court deems just and proper.

DATED this 9th day of June, 2021.


                                        E. BRENT BRYSON, LTD.


                                        BY: */s/ E. Brent Bryson*
                                              E. BRENT BRYSON, ESQ.
                                              Nevada Bar No.: 004933
                                              3202 West Charleston Blvd.
                                              Las Vegas, Nevada 89102
                                              *Attorneys for Plaintiffs*

014

# EXHIBIT B

Electronically Filed
6/10/2021 2:01 PM
Steven D. Grierson
CLERK OF THE COURT

1

**EXMT (CIV)**
E. BRENT BRYSON, ESQ.

2   Nevada Bar No.: 004933
E. BRENT BRYSON, LTD.

3   3202 West Charleston Blvd.
Las Vegas, Nevada 89102

4   PH:   (702) 364-1234
FAX: (702) 364-1442

5   Ebbesqltd@yahoo.com
*Attorneys For Plaintiffs*

6

MICHAEL W. FATTOROSI, ESQ.

7   California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.

8   5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367

9   michael@fattlegal.com
PH:   (818) 710-2727

10   *Pro Hac Vice Application Pending*

11   MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045

12   KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103

13   Burbank, California 91505
mike@kuzlaw.com

14   PH:   (818) 753-2450
FAX:  (818) 736-0999

15   *Pro Hac Vice Application Pending*

16                   **DISTRICT COURT**

17             **CLARK COUNTY, NEVADA**

18

19   LAUREN   COLVIN,   an   individual;   Case No.: A-21-836019-C
YOUREE GEMMILL, an individual;

20   and  PATHAMAWAN  HANFORD,   Dept. No.: XIX
an individual,

21
             Plaintiffs,

22
   v.

23
                      **EX PARTE MOTION FOR ORDER**
BRITTANYA          RAZAVI;   **DIRECTING THE ISSUANCE OF A**

24   MARCELLO    RAZAVI;    MEOW   **PREJUDGMENT WRIT OF ATTACHMENT**
GANG  PRODUCTION  STUDIOS,   **WITHOUT NOTICE**

25   INC.;      DG      MEDIA      &
ENTERTAINMENT GROUP, INC.;

26   and DOES 1-10 inclusive;

27            Defendants.

///

28
///

                                                   **015**

COMES NOW, Plaintiffs, LAUREN COLVIN (hereinafter "Colvin"), YOUREE GEMMILL (hereinafter "Gemmill"), and PATHAMAWAN HANFORD (hereinafter "Hanford"), by and through their attorneys, E. Brent Bryson, Esq., of the law offices of E. Brent Bryson, Ltd., Michael W. Fattorosi, Esq. of Michael W. Fattorosi, P.C., and Michael Kuznetsky, Esq., of Kuznetsky Law Group, P.C., and move this court, without notice and hearing, pursuant to NRS Chapter 31, for an order directing the issuance of a prejudgment writ of attachment without notice. This Motion is made and based upon the following Memorandum of Points and Authorities and the Affidavits of Plaintiff, Lauren Colvin and Michael W. Fattorosi, Esq.

DATED this 10th day of June, 2021.

E. BRENT BRYSON, LTD.

By: /s/ E. Brent Bryson
E. BRENT BRYSON, ESQ.
Nevada Bar No.: 4933
3202 West Charleston Blvd.
Las Vegas, NV 89102
*Attorney for Plaintiffs*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  FACTS

This is an action brought by the Plaintiffs against the Defendants as a result of the Defendants' wrongfully taking monies that rightfully belonged to the Plaintiffs.

That from approximately July 2020 to January 2021, Defendant, Brittanya Razavi (hereinafter "Brittanya"), aided and abetted by Defendants Marcello Razavi, Meow Gang Production Studios, Inc., and DG Media & Entertainment Group, Inc., fraudulently embezzled all net income earned by Plaintiffs.  In particular, Defendants embezzled $473,445.10 from Colvin, $38,086.02 from Gemmill, and $52,862.09 from Hanford.  When the fraud was discovered, Brittanya terminated all contact with the Plaintiffs and refused to return the embezzled funds.  As

1

such, Defendants, and each of them, are liable for fraud, conversion, and unjust enrichment which may include a recovery of punitive damages under NRS 42.005(1) and attorneys' fees. Plaintiffs in this matter seeks compensatory and punitive damages totaling $2,584,728.51. Additionally, Plaintiffs have recently learned the Defendants are in the process of searching for real estate to purchase worth approximately four million dollars ($4,000,000) cash. Such cash payment it is asserted upon information and belief would include all of the money embezzled from Plaintiffs.

## II.   STATEMENT OF LAW

NRS 31.017 authorizes this Court to order the Clerk to issue a writ of attachment, without notice and hearing. NRS 31.017 states in pertinent part:

> The court may order the writ of attachment issued without notice to the defendant only in the following cases:
>
> . . .
>
> (3)   In an action for the recovery of the value of personal property, where such personal property is owned by the plaintiff and has been taken or converted by the defendant without the consent of the plaintiff.
>
> . . .
>
> (5)   Where the defendant is about to give, assign, hypothecate, pledge, dispose of or conceal the defendant's money or property or any part thereof and the defendant's money or property remaining in this State or that remaining unconcealed will be insufficient to satisfy the plaintiff's claim.
>
> (6)   In an action for the recovery of money or property, or the proceeds thereof, obtained from the plaintiff by the defendant through embezzlement, forgery, larceny or extortion.

In the instant case, a prejudgment Writ of Attachment is necessary to preserve Plaintiffs' rights because Defendants are actively seeking to spend all of their available cash and all funds embezzled from Plaintiffs, which would make Defendants judgment-proof and deprive Plaintiffs of a recovery. A prejudgment Writ of Attachment is expressly authorized by three separate and disjunctive subsections of NRS 31.017, in that (1) Plaintiffs seek to recover a specific amount of funds converted by Defendants (subsection 3); (2) Defendants are about to hypothecate/dispose of Plaintiffs' money to purchase real estate (subsection 5); and (3) Plaintiffs seek to recover funds that

2

1    were fraudulently embezzled from them (subsection 6).

2        In particular, Plaintiffs are concerned with the money within Defendants' bank accounts

3    located at Chase Bank, as well as real property located in Las Vegas.

4        The attached Affidavit of Plaintiff Lauren Colvin meets the requirement of NRS 31.020(2).

5

6                                    **CONCLUSION**

7        Based upon the foregoing, Plaintiffs respectfully request that the Court order a Writ of

8    Attachment to issue and attach property located within the greater metropolitan area of Las Vegas,

9    Nevada, bank accounts and/or safety deposit boxes, including, but not limited to, Chase Bank, in

10   the names of Brittanya Razavi, Marcello Razavi, Meow Gang Production Studios, Inc., DG Media

11   & Entertainment Group, Inc., and any entities which either Brittanya Razavi and/or Marcello

12   Razavi directs or is a signatory upon.

13

14       DATED this 10th day of June, 2021.

15                                    E. BRENT BRYSON, LTD.

16                                    By: */s/ E. Brent Bryson*
                                      E. BRENT BRYSON, ESQ.
17                                    Nevada Bar No.: 4933
                                      3202 West Charleston Blvd.
18                                    Las Vegas, NV 89102
                                      *Attorneys for Plaintiffs*
19

20

21

22

23

24

25

26

27

28

                                        3

## AFFIDAVIT OF PLAINTIFF LAUREN COLVIN

STATE OF NEVADA )
                        ) ss:
COUNTY OF CLARK )

Lauren Colvin, being first duly sworn, under penalty of perjury, deposes and says:

1.      That Affiant is a Plaintiff in an action now pending in the Eighth Judicial District Court, Clark County, Nevada. That Affiant makes this Affidavit of facts personally known by her and to which she would be competent to testify in a court of law.

2.      During the period of July 2020 to January 2021, Affiant worked with Brittanya Razavi for the purposes of creating, promoting and exploiting pornographic content of affiant on the OnlyFans website. Pursuant to our agreement, Razavi was to earn a commission of 50% of all net income earned from affiant's OnlyFans account. However, after Razavi set up the account, she refused to give me access or even show me the accountings of what was earned. Subsequently Razavi fraudulently embezzled all net income directly into her and/or the other Defendants bank accounts, including at Chase Bank.

3.      During the period of July 2020 to January 2021, Brittanya Razavi, aided and abetted by Marcello Razavi, Meow Gang Production Studios, Inc., and DG Media & Entertainment Group, Inc., embezzled 100% of the net income earned by Affiant from OnlyFans by directly transferring it into Defendants' bank accounts, including at Chase Bank. Such total net income earned by Affiant was worth $946,890.20.

4.      When Affiant contacted Razavi about the embezzled amounts, Razavi terminated all contact with affiant.

5.      Said money of Affiant has been and continues to be wrongfully detained. Therefore, Affiant has a valid claim for fraud, conversion, and unjust enrichment.

6.      On or about August 2020, Affiant learned that Brittanya and Marcelo Razavi are actively looking to purchase residential real estate in Las Vegas, Nevada, for cash, worth approximately four million dollars.

4

7.     To the best of Affiant's knowledge, Brittanya and Marcelo Razavi intend to use all the money embezzled from affiant and the other Plaintiffs in this case to purchase property for four million dollars. Upon information and belief, the ownership of such property will then be transferred into a trust.

**FURTHER, AFFIANT SAYETH NAUGHT.**

LAUREN COLVIN

Subscribed and sworn to before me

this ___ day of _____, 2021.

_____
Notary Public in and for said
County and State

5

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 2 day of June,

20 21 by Lauren Colvin

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Sandra R. Herrera
Signature                                      (Seal)

SANDRA R HERRERA
Notary Public · California
Los Angeles County
Commission # 2349586
My Comm. Expires Mar 1, 2025

---

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit of
(Title or description of attached document)

Plaintiff Lauren Colvin
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

_____
Additional Information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

* State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
* Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
* Print the name(s) of the document signer(s) who personally appear at the time of notarization.
* Signature of the notary public must match the signature on file with the office of the county clerk.
* The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
* Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

### AFFIDAVIT OF MICHAEL W. FATTOROSI, ESQ.

STATE OF NEVADA      )
                       ) ss:
COUNTY OF CLARK     )

Michael W. Fattorosi, being first duly sworn, under penalty of perjury, deposes and says:

That he is an attorney licensed to practice law in the State of California and his application to appear in this action *pro hac vice* is following.

1.     That your Affiant is an attorney with the law firm of Law Offices of Michael W. Fattorosi, P.C. and is an attorney for Plaintiffs, in the foregoing action; that your Affiant has personal knowledge of the facts stated herein and is competent to testify to the same and this Affidavit is submitted in support of the foregoing Motion.

2.     To the best of Affiant's knowledge, during the period of July 2020 to January 2021, Brittanya Razavi, aided and abetted by Marcello Razavi, Meow Gang Production Studios, Inc., and DG Media & Entertainment Group, Inc., embezzled 100% of the net income earned by Plaintiffs Lauren Colvin, Youree Gemmill, and Pathamawan Hanford by directly transferring monies into Defendants' bank accounts, including at Chase Bank.  Such total net income embezzled was worth $946,890.20.

3.     Brittanya and Marcelo Razavi have purchased and own at least four residential properties in Las Vegas Nevada.  To the best of Affiant's knowledge, each of these properties were purchased in cash and initially transferred into a trust to shield them from their personal liability. Such properties include the following:

a.     8956 Aurora Bay Court, Las Vegas, Nevada; currently owned by Razavi Brittanya McCall Revocable Living Trust dated April 1, 2019, for which Brittany Razavi is the trustee;

///

6

b.      9303 Gilcrease Avenue, Unit 1, Las Vegas, Nevada; currently owned by Razavi Brittanya McCall Revocable Living Trust dated April 1, 2019, for which Brittany Razavi is the trustee;

c.      9522 Michelle Falls Avenue, Las Vegas, Nevada; previously owned by The Brittanya McCall Razavi Revocable Spenthrift Trust dated April 1, 2019, for which Brittany Razavi was the trustee; and currently owned by 3725 Seneca Highlands LLC, a Nevada limited liability company, for which Brittanya Razavi is the managing member; and

d.      10550 West Alexander Road, Unit 2130, Las Vegas, Nevada; currently owned by Family Faith Fortune Irrevocable Trust, dated April 28, 2017, with Marcello Razavi listed as a trustee.

**FURTHER, AFFIANT SAYETH NAUGHT.**

MICHAEL W. FATTOROSI

023

# EXHIBIT C

Electronically Filed
07/08/2021 5:16 PM

*[signature]*

CLERK OF THE COURT

**OGM (CIV)**
E. BRENT BRYSON, ESQ.
Nevada Bar No.: 004933
E. BRENT BRYSON, LTD.
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
PH:    (702) 364-1234
FAX: (702) 364-1442
Ebbesqltd@yahoo.com
*Attorneys For Plaintiffs*

MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
michael@fattlegal.com
PH:    (818) 710-2727
*Pro Hac Vice Application Pending*

MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH:    (818) 753-2450
FAX: (818) 736-0999
*Pro Hac Vice Application Pending*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual,

Plaintiffs,

v.

BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC.; DG MEDIA & ENTERTAINMENT GROUP, INC.; and DOES 1-10 inclusive;

Defendants.

Case No.: A-21-836019-C

Dept. No.: XIX

**PLAINTIFFS' PROPOSED ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR ORDER DIRECTING THE ISSUANCE OF A PREJUDGMENT WRIT OF ATTACHMENT WITHOUT NOTICE**

///

///

024

COMES NOW, Plaintiffs, LAUREN COLVIN (hereinafter "Colvin"), YOUREE GEMMILL (hereinafter "Gemmill"), and PATHAMAWAN HANFORD (hereinafter "Hanford"), by and through their attorneys, E. Brent Bryson, Esq., of the law offices of E. Brent Bryson, Ltd., Michael W. Fattorosi, Esq. of Michael W. Fattorosi, P.C., and Michael Kuznetsky, Esq., of Kuznetsky Law Group, P.C., and hereby submits their PROPOSED ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR ORDER DIRECTING THE ISSUANCE OF A PREJUDGMENT WRIT OF ATTACHMENT WITHOUT NOTICE. This Court, after reviewing the aforementioned matter and having good cause, hereby orders the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Ex Parte Motion For An Order Directing The Issuance Of A Prejudgment Writ Of Attachment Without Notice is hereby GRANTED.

///

///

///

///

///

///

///

///

///

///

///

///

1

1       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants' bank

2    accounts and/or safety deposit boxes in the names of Brittanya Razavi, Marcello Razavi, Meow

3    Gang Production Studios, Inc., and/or DG Media & Entertainment Group, Inc. located at Chase

4    Bank are hereby frozen and that no funds may be removed by anyone except by court order.

5

6       IT IS SO ORDERED.

        DATED this 8th day of July, 2021.

7

8

9                             **Dated this 8th day of July, 2021**

10

11                       THE HONORABLE JUDGE CRYSTAL ELLER

12   Respectfully Submitted by:            **7AA AFA 53AA E7A5**
                                      **Crystal Eller**

13   E. BRENT BRYSON, LTD.           **District Court Judge**

14

15

   E. BRENT BRYSON, ESQ.

16   Nevada Bar No.: 004933
   3202 W. Charleston Blvd.

17   Las Vegas, NV 89102
   (702) 364-1234 Telephone

18   (702) 364-1442 Facsimile

19   Ebbesqltd@yahoo.com
   *Attorneys for Plaintiffs*

20

21

22

23

24

25

26

27

28

2

**CSERV**

# DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| Lauren Colvin, Plaintiff(s) | CASE NO: A-21-836019-C |
| vs. | DEPT. NO.  Department 19 |
| Brittanya Razavi, Defendant(s) | |

## AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 7/8/2021

| | |
|---|---|
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| E. Brent Bryson | EBBESQLTD@YAHOO.COM |
| E. BRYSON | ebbesqltd@yahoo.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Fattorosi | Michael@fattlegal.com |
| E. Bryson | EBBESQLTD@YAHOO.COM |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| Michael Kuznetsky | Mike@kuzlaw.com |

E. Bryson                                      ebbesqltd@yahoo.com

# EXHIBIT D
# (FILED UNDER SEAL)

# EXHIBIT E

Electronically Filed
7/20/2021 7:58 AM
Steven D. Grierson
CLERK OF THE COURT

1  **Marquis Aurbach Coffing**
   Nick D. Crosby, Esq.
2  Nevada Bar No. 8996
   10001 Park Run Drive
3  Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
4  Facsimile: (702) 382-5816
   ncrosby@maclaw.com
5     *Attorneys for Defendants*

6                      **DISTRICT COURT**

7                  **CLARK COUNTY, NEVADA**

| | |
|---|---|
| 8  LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and | Case No.:   A-21-836019-C |
| 9  PATHAMAWAN HANFORD, an individual, | Dept. No.:   XIX |
| 10              Plaintiffs, | |
| 11     vs. | |
| 12  BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION | |
| 13  STUDIOS, INC.; DG MEDIA & ENTERTAINMENT GROUP, INC.; and DOES | |
| 14  1-10 inclusive, | |
| 15              Defendants. | |

16                **NOTICE OF APPEARANCE**

17        Please take that the law firm of Marquis Aurbach Coffing is appearing as Counsel of

18  Record for Defendants BRITTANYA RAZAVI, MARCELLO RAZAVI, MEOW GANG

19  PRODUCTION STUDIOS, INC. and DG MEDIA & ENTERTAINMENT GROUP, INC.

20        Dated this 20th day of July, 2021.

21

22                              MARQUIS AURBACH COFFING

23

24                              By ___/s/ Nick D. Crosby_____
                                   Nick D. Crosby, Esq.
25                                 Nevada Bar No. 8996
                                   10001 Park Run Drive
26                                 Las Vegas, Nevada 89145
                                   *Attorneys for Defendants*

27

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 1 of 2

MAC:16631-001 4421572_1

030

1

## **CERTIFICATE OF SERVICE**

2     I hereby certify that the foregoing **NOTICE OF APPEARANCE** was submitted

3   electronically for filing and/or service with the Eighth Judicial District Court on the 20th day of

4   July, 2021.  Electronic service of the foregoing document shall be made in accordance with the

5   E-Service List as follows:[1]

6                              E. Brent Bryson, Esq.
                              E. BRENT BRYSON, LTD.
7                              3202 West Charleston Blvd.
                              Las Vegas, Nevada 89102
8                              Email: ebbesqltd.com

9                              Michael W. Fattorosi, Esq.
           LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
10                              5850 Canoga Avenue, 4th Floor
                              Woodland Hills, California 91367
11                              Email: michael@fattlegal.com
                              *Pro Hac Vice Application Pending*
12
                              Michael D. Kuznetsky, Esq.
13                              KUZNETSKY LAW GROUP, P.C.
                              210 N. Pass Avenue, Suite 103
14                              Burbank, California 91505
                              Email: mike@kuzlaw.com
15                              *Pro Hac Vice Application Pending*

16                              *Attorneys For Plaintiffs*

17     I further certify that I served a copy of this document by mailing a true and correct copy

18   thereof, postage prepaid, addressed to:

19                              N/A

20

21                              _____/s/ Rosie Wesp_____
                              an employee of Marquis Aurbach Coffing
22

23

24

25

26

27   ---

[1] Pursuant to EDCR 8.05(a), each party who submits an E-Filed document through the E-Filing System
consents to electronic service in accordance with NRCP 5(b)(2)(D).
28

Page 2 of 2

MAC:16631-001 4421572_1

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# EXHIBIT F

Electronically Filed
7/20/2021 7:58 AM
Steven D. Grierson
CLERK OF THE COURT

1 | **Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
2 | Nevada Bar No. 8996
10001 Park Run Drive
3 | Las Vegas, Nevada 89145
Telephone: (702) 382-0711
4 | Facsimile: (702) 382-5816
ncrosby@maclaw.com
5 | *Attorneys for Defendants*

6 | **DISTRICT COURT**

7 | **CLARK COUNTY, NEVADA**

8 | LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual,

Case No.:  A-21-836019-C
Dept. No.:  XIX

10 | Plaintiffs,

11 | vs.

12 | BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC.; DG MEDIA & ENTERTAINMENT GROUP, INC.; and DOES 1-10 inclusive,

15 | Defendants.

16 | **INITIAL APPEARANCE FEE DISCLOSURE**

17 | Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for

18 | parties appearing in the above-entitled action as indicated below:

19 | BRITTANYA RAZAVI ....................................................................... $223.00

20 | MARCELLO RAZAVI ......................................................................... $30.00

21 | MEOW GANG PRODUCTION STUDIOS, INC................................. $30.00

22 | DG MEDIA & ENTERTAINMENT GROUP, INC. ........................... $30.00

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

Left margin (vertical text):
**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 1 of 2

MAC:16631-001 4421573_1

1   **TOTAL REMITTED**............................................................................... **$313.00**

2   Dated this 20th day of July, 2021.

3

4                                           MARQUIS AURBACH COFFING

5

6                                           By    /s/ Nick D. Crosby
                                               Nick D. Crosby, Esq.
7                                              Nevada Bar No. 8996
                                               10001 Park Run Drive
8                                              Las Vegas, Nevada 89145
                                               *Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4421573_1

033

# EXHIBIT G

Electronically Filed
07/20/2021 12:20 PM

*Steven D. Grierson*
CLERK OF THE COURT

**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendants B. Razavi, M.
  Razavi, Meow Gang Production Studios,
  Inc. and DG Media & Entertainment
  Group, Inc.

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD; an individual; | Case No.:     A-21-836019-C<br>Dept. No.:    XIX |
| Plaintiffs, | |
| vs. | **HEARING REQUESTED**<br><br>HEARING SET<br>Date: Aug. 3, 2021<br>Time: 9:30 AM<br>BMT |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC.; DG MEDIA & ENTERTAINMENT GROUP, INC.; and DOES 1-10 inclusive; | |
| Defendants. | |

## DEFENDANTS' MOTION TO VACATE ORDER OR, ALTERNATIVELY, DISCHARGE PREJUDGMENT WRIT OF ATTACHMENT ON ORDER SHORTENING TIME

Defendants Brittanya Razavi ("Brittanya"), Marcello Razavi ("Marcello"), Meow Gang Production Studios, Inc. ("Meow") and DG Media & Entertainment Group, Inc. ("DG") (collectively "Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. of Marquis Aurbach Coffing, hereby file their Motion to Vacate Order or, Alternatively, Discharge Pre-Judgment Writ of Attachment on Order Shortening Time.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

This Motion is made and based upon the attached memorandum of points and authorities, all papers and pleadings on file herein, and any oral argument permitted by the Court at a hearing on the matter.

Dated this 19th day of July, 2021.

MARQUIS AURBACH COFFING

By ___/s/ Nick D. Crosby_____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada  89145
Attorney(s) for Defendants

**ORDER SHORTENING TIME**

Upon the Declaration of Nick D. Crosby, Esq., and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the time for hearing of the above-entitled matter will be shortened and will be heard on the __3rd__ day of ____August____, 2021, at the hour of _____9:30 AM__.m. in Department 19 of the Eighth Judicial District Court, located at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada 89155. Opposition due NLT 07.26.2021; 3PM.
Reply due NLT 07.29.2021; 3PM **

Dated this 20th day of July, 2021

_____
DISTRICT COURT JUDGE

CB8 118 7830 E999
Crystal Eller
District Court Judge

Submitted by:

MARQUIS AURBACH COFFING

** 

By_/s/ Nick D. Crosby_____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada  89145
Attorney(s) for Defendants

'In-person' appearances permitted. However, parties may appear remotely via Blue Jeans (info below).

Phone #: 408.419.1715
Session ID: 583 879 418
Link: https://bluejeans.com/583879418

Page 2 of 18

MAC:16631-001 4418780_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**DECLARATION OF NICK D. CROSBY, ESQ.
IN SUPPORT OF ORDER SHORTENING TIME**

Nick D. Crosby, Esq. declares as follows:

1.      I am a shareholder with the law firm of Marquis Aurbach Coffing, counsel for Brittanya Razavi ("Brittanya"), Marcello Razavi ("Marcello"), Meow Gang Production Studios, Inc. ("Meow") and DG Media & Entertainment Group, Inc. ("DG") (collectively "Defendants"), in the above-stated action.

2.      I am duly licensed to practice law in the State of Nevada and have personal knowledge of and I am competent to testify concerning the facts herein.

3.      Upon information and belief, on or about July 13, 2021, an Order Granting Plaintiffs' Ex Parte Motion for Order Directing the Issuance of a Prejudgment Writ of Attachment ("Order") was executed on Chase Bank for the bank accounts of the Defendants. (**Exhibit F**).  The Order was filed with the Court on July 8, 2021.

4.      As of the date of this Declaration, there is no Notice of Entry of Order filed with the Court for the Order.

5.      The Defendants were never provided a copy of a Writ of Execution or a Writ of Attachment as of the date of this Declaration.

6.      Defendants leaned of the Order in the early morning hours of July 15, 2021 when Defendant Marcello noticed the business account balances showed a negative balance.

7.      Upon information and belief, on July 15, 2021, Marcello visited a Chase Bank branch to determine why the accounts were showing a negative balance.  Marcello was provided copies of a 21-page fax from Chase Bank, which was dated July 13, 2021, entitled "Legal Papers Fax/Scan Cover Sheet", which included a copy of the Ex Parte Motion for Order Directing the Issuance of a Prejudgment Writ of Attachment Without Notice, consisting of nine pages, and a copy of the Order with the certificate of service, as well as an Affidavit of Plaintiff Lauren Colvin ("Colvin") and an unacknowledged Affidavit of attorney Michael W. Fattorosi ("Fattorosi").

8.      Upon information and belief, on July 16, 2021 Defendants learned that their

Page 3 of 18

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC:16631-001 4418780_1

1   personal accounts had been frozen as well.

2       9.      As a result of the execution of the Order, upon information and belief, Chase

3   Bank froze seven bank accounts – four accounts of Meow and two accounts of DG, as well as

4   the personal bank accounts of Marcello and Brittanya.

5       10.     As a result of the Order, upon information and belief, Meow and DG are unable to

6   access any funds at Chase Bank and, therefore, cannot operate their respective businesses, to

7   include paying vendors, making business purchases for promotions from other social media

8   influencers, utilities on its studio or travel to provide new environments for its on-line content, to

9   name a few business activities.

10      11.     Further, upon information and belief, Marcello receives wages from DG and

11  Brittanya from Meow and, because no financial activity can occur as a result of the frozen

12  accounts, neither Marcello nor Brittanya can receive their wages.

13      12.     Likewise, upon information and belief, Marcello and Brittanya are unable to

14  access their personal funds at Chase Bank as a result of the Order.  Marcello and Brittanya have

15  two young children, ages 10 and 8, one of which has been diagnosed with Autism, for whom

16  they care for.  Without access to any of their funds which are frozen at Chase Bank, Marcello

17  and Brittanya's ability to provide for their family is drastically and severely impacted.

18      13.     I reviewed the Court docket on July 15 and 16, 2021 and did not see any filing of

19  a proof of surety or bond for the issuance of a Writ of Attachment.

20      14.     Defendants have not been served with any complaint.

21      15.      Because Meow and DG cannot operate without access to the Chase Bank

22  account or its frozen funds, and Marcello and Brittanya receive compensation from these

23  companies, and because the personal accounts of Marcello and Brittanya are frozen, good cause

24  exits to hear this matter on shortened time.

25  ///

26  ///

27  ///

28  ///

MAC:16631-001 4418780_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

1    Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State

2  of Nevada that the foregoing is true and correct.

3    Dated this 19th day of July, 2021.

4

5

6    _____
                                                        /s/ Nick D. Crosby
     Nick D. Crosby, Esq.

7

8                    **MEMORANDUM OF POINTS AND AUTHORITIES**

9  **I.      INTRODUCTION**

10     Plaintiffs have frozen all of Defendants' funds at Chase Bank by virtue of a statutorily

11  unlawful Order, which was issued based upon statutorily deficient evidence and improper

12  process – ***most notably, the lack of a written undertaking***.  Plaintiffs provided the Court with

13  incorrect and deficient affidavits in support of an ex parte writ of attachment without notice,

14  which prompted the Court to issue an order for the same, which does not, in any way, comply

15  with the statutory requirements for such an order. Plaintiffs then, ***without filing any written***

16  ***undertaking with two or more sureties, which is required under the statute***, served the Order on

17  Chase Bank and froze all of Defendants' bank accounts.  The Defendants were never served with

18  a Notice of Execution, have never seen a Writ of Attachment, and the Court docket shows that

19  Plaintiffs never filed a written undertaking with the Court.  As such, the Order should be vacated

20  or, if a writ of attachment exists, the same should be discharged.

21  **II.     STATEMENT OF RELEVANT FACTS**

22     **A.      THE PARTIES.**

23     Marcello Razavi ("Marcello") is an officer, owner and employee of DG Media &

24  entertainment Group, Inc. ("DG").  (**Exhibit A,** Dec. of M. Razavi, ¶ 2).  Brittanya Razavi

25  ("Brittanya") is an officer, owner and employee of Meow Gang Production Studios, Inc.

26  (Meow").  (**Exhibit B**, Dec. of B. Razavi, ¶ 2).  Meow is a Nevada corporation with its principal

27  place of business in Clark County, Nevada.  (Id.)  DG is a Nevada corporation with its principal

28  place of business in Clark County, Nevada.  (**Exh. A** at ¶ 2).  Marcello and Brittanya have two

Page 5 of 18

MAC:16631-001 4418780_1

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

children together, ages 10 and 8, one of whom has been diagnosed with Autism.  (**Exh. A** at ¶ 3; **Exh. B** at ¶ 3).    Meow and DG provide, *inter alia*, services related to social media influencing/influencers and other branding, promotion and marketing services for on-line digital formats.  (**Exh. A** at ¶ 5; **Exh. B** at ¶ 5).

Plaintiff Lauren Colvin ("Colvin") worked with DG and Meow as a licensee pursuant to a Licensing Agreement ("LA").  (**Exhibit C**; **Exh. A** at ¶ 6; **Exh. B** at ¶ 6).[1]  Colvin executed the LA between herself, DG and Meow on July 28, 2020.  (Id. at p. 5).  Pursuant to the LA, Colvin was given a license to use DG's intellectual property; to wit: its OnlyFans.com account.  (Id. at p. 1).  DG retained exclusive ownership of the OnlyFans.com account pursuant to the express terms of the LA.  (Id. at p. 2).  Additionally, Colvin expressly agreed that Meow and DG were the sole owners of "any photos, videos, and artist social media handles (@got.lauryn and @laurenlovingyou)" which were created by DG and/or Meow.  (Id.)  Colvin was paid pursuant to the terms of the LA for her work with Defendants.  (**Exh. A** at ¶ 7; **Exh. B** at ¶ 7).  On or about January 2021, after separating her relationship with Defendants, Defendants discovered that the OnlyFans.com account(s) owned by DG which showcased Colvin were taken out of their control and Defendants have a reasonable belief Colvin was responsible for the conversation of DG's OnlyFans.com account.  (**Exh. A** at ¶ 8).

Plaintiff Youree Gemmill ("Gemmill") worked with Defendants from approximately mid-October 2020 until January, 19 2021.  (**Exh. A** at ¶ 9; **Exh. B** at ¶ 8).  Gemmill did not have a licensing agreement like Colvin, but instead, Gemmill and Brittanya discussed compensation and reached an agreement with Gemmill, whereby Gemmill paid $1,000 per month on a weekly basis.  (**Exh. A** at ¶ 10; **Exh. B** at ¶ 9).  Thereafter, Gemmill's rate of compensation would increase after four months, though Gemmill did not last that long.  (**Exh. A** at ¶ 10; **Exh. B** at ¶ 10).  The compensation paid to Gemmill was for the content she provided for her online social media, which was created, branded and promoted by Defendants.  (**Exh. B** at ¶ 11).

[1] The LA contains confidential business rates, which Defendants cannot have disclosed publicly and, as such, move contemporaneously with this Motion a Motion to File the LA Under Seal.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4418780_1

**039**

Plaintiff Pathamawan Hanford ("Hanford") had a similar arrangement as Colvin, whereby she was paid on a percentage basis. (**Exh. A** at ¶ 12; **Exh. B** at Id. at ¶ 12). Hanford was offered a licensing agreement, similar in form to Colvin's, but with a different compensation agreement, but the same was never executed. (**Exh. A** at ¶ 13). Hanford executed an agreement with DG on July 14, 2020, which provided her written consent that DG had the right to take or use photographs of Hanford and released to DG all rights to the images. (**Exhibit D; Exh. A** at ¶ 14). Hanford worked with Defendants from July 2020 until January 2021. (**Exh. A** at ¶ 15; **Exh. B** at ¶ 13).

## B.   THE ORDER FOR ISSUANCE OF PREJUDGMENT WRIT OF ATTACHMENT.

According to the Court docket, Plaintiffs filed their Complaint against Defendants on June 9, 2021. The following day, Plaintiffs filed an Ex Parte Motion for Order Directing the Issuance of a Prejudgment Writ of Attachment Without Notice ("Motion for Prejudgment Writ"). (**Exhibit E**). Plaintiffs have not served Defendants with a copy of the summons and Complaint as of the date of this Motion.

On July 8, 2021, the Court issued an Order Granting Plaintiffs' Ex Parte Motion for Order Directing the Issuance of a Prejudgment Writ of Attachment Without Notice (the "Order"). The Order states:

> COMES NOW, Plaintiffs, LAUREN COLVIN (hereinafter "Colvin"), YOUREE GEMMILL (hereinafter "Gemmill"), and PATHAMAWAN HANFORD (hereinafter "Hanford"), by and through their attorneys, E. Brent Bryson, Esq., of the law offices of E. Brent Bryson, Ltd., Michael W. Fattorosi, Esq. of Michael W. Fattorosi, P.C., and Michael Kuznetsky, Esq., of Kuznetsky Law Group, P.C., and hereby submits their PROPOSED ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR ORDER DIRECTING THE ISSUANCE OF A PREJUDGMENT WRIT OF ATTACHMENT WITHOUT NOTICE. This Court, after reviewing the aforementioned matter and having good cause, hereby orders the following:
>
> IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Ex Parte Motion For An Order Directing The Issuance Of A Prejudgment Writ Of Attachment Without Notice is hereby GRANTED.
>
> IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants' bank accounts and/or safety deposit boxes in the names of Brittanya Razavi, Marcello Razavi, Meow Gang Productions Studios, Inc., and/or DG

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4418780_1

**040**

1    Media & Entertainment Group, Inc. located at Chase Bank are hereby frozen and
2    that no funds may be removed by anyone except by court order.

3            IT IS SO ORDERED.

4    DATED this 8th day of July, 2021.

5    (**Exhibit F**).  As of the date of this Motion, Defendants have not been served with a copy of the
6    Order by Plaintiffs.

### C.    DEFENDANTS' DISCOVERY OF THE PLAINTIFFS' UNLAWFUL ACTION.

In the early morning hours of July 15, 2021, Marcello checked the Chase Bank accounts for DG and Meow via his mobile application and noticed that his accounts showed a negative balance.  (**Exh. A** at ¶ 16).  Later that day, Marcello visited a Chase Bank branch to inquire about the balances and was advised by a Chase Bank representative that the accounts were frozen as a result of a legal proceeding.  (Id. at ¶ 17).  Chase Bank provided Marcello copies of a 21-page fax/scan, which was dated July 13, 2021, entitled "Legal Papers Fax/Scan Cover Sheet", which included a copy of the Ex Parte Motion for Order Directing the Issuance of a Prejudgment Writ of Attachment Without Notice, consisting of nine pages, and a copy of the Order with the certificate of service, as well as an Affidavit of Colvin and an unacknowledged Affidavit of attorney Michael W. Fattorosi ("Fattorosi").  (Id. at ¶ 18).  Chase Bank did not provide any other documents, including a Notice of Execution or writ of attachment, to Marcello, nor have any of the Defendants received the same.  (**Exh. A** at ¶ 19; **Exh. B** at ¶ 16).  On July 16, 2021 Marcello and Brittanya learned that their personal accounts had been frozen as well.  (**Exh. A** at ¶ 20; **Exh. B** at ¶ 17).

### III.    LEGAL ARGUMENT

### A.    LEGAL STANDARD FOR ISSUANCE OF A WRIT OF PREJUDGMENT ATTACHMENT WITHOUT NOTICE.

Nevada Rule of Civil Procedure 64 allows for attachment in the manner provided by the law of the State, "[a]t the commencement of and during the course of an action … for the purpose of securing satisfaction of the judgment ultimately to be entered in the action."  Nevada

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

Page 8 of 18

MAC:16631-001 4418780_1

Revised Statute 31.010 allows a plaintiff at the time of issuing the summons, or at any time thereafter, to apply to the Court for an order directing the clerk to issue a writ of attachment that can be used to secure the satisfaction of any judgment that may be recovered.  This section provides that:

> The plaintiff at the time of issuing the summons, or at any time thereafter, may apply to the court for an order directing the clerk to issue a writ of attachment and thereby cause the property of the defendant to be attached as security for the satisfaction of any judgment that may be recovered, unless the defendant gives security to pay such judgment as provided in this chapter.

NRS 31.010.

Furthermore, NRS 31.017 permits a court to issue a writ of attachment without a notice to the defendant in the following cases:

1.   In an action by a resident of this State against a defendant not residing in this State. For purposes of this subsection only, domestic corporations and foreign corporations who are doing business in this State and who have qualified to do business in this State as required in chapter 80 of NRS shall be deemed residents of this State. Alien corporations and foreign corporations who have not qualified to do business shall be deemed nonresidents.

2.   In an action upon a foreign judgment for the direct payment of money.

3.   In an action for the recovery of the value of personal property, where such personal property is owned by the plaintiff and has been taken or converted by the defendant without the consent of the plaintiff.

4.   In an action by a resident of this State, where the defendant is about to remove the defendant's money or property, or any part thereof, from this State, and the defendant's property which may remain within this State, if any, will be insufficient to satisfy plaintiff's claim. For purposes of this subsection only, a foreign corporation qualified to do business in this State as provided in chapter 80 of NRS shall be deemed a resident of this State.

5.   Where the defendant is about to give, assign, hypothecate, pledge, dispose of or conceal the defendant's money or property or any part thereof and the defendant's money or property remaining in this State or that remaining unconcealed will be insufficient to satisfy the plaintiff's claim.

6.   In an action for the recovery of money or property, or the proceeds thereof, obtained from the plaintiff by the defendant through embezzlement, forgery, larceny or extortion.

7.   In an action brought under chapter 112 of NRS.

8.   In an action by the State, or a political subdivision thereof, brought under chapter 130 of NRS.

Page 9 of 18

MAC:16631-001 4418780_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

9.    In an action where jurisdiction in this State can only be obtained by the attachment of the defendant's property.

Nev. Rev. Stat. 31.017.

In addition, all applications to the Court for an Order issuing a writ of attachment without notice to the defendant must be accompanied by an affidavit of the plaintiff or any other person having personal knowledge of the facts of the grounds upon which the attachment is based.  Nev. Rev. Stat. 31.020.  Specifically, the affidavit must include the following under the statute:

...

1.    All applications to the court for an order directing the clerk to issue a writ of attachment without notice to the defendant shall be accompanied by the affidavit of the plaintiff or any other person having personal knowledge of the facts constituting one or more of the grounds for attachment, which affidavit or affidavits shall:

(a)  Set forth clearly the nature of the plaintiff's claim for relief and that the same is valid.

(b)  Set forth the amount which the affiant believes the plaintiff is entitled to recover from the defendant, and if there is more than one plaintiff or more than one defendant, the amount the affiant believes each plaintiff is entitled to recover or the amount that the plaintiff is entitled to recover from each defendant.

(c)  Describe in reasonable and clear detail all the facts which show the existence of any one of the grounds for an attachment without notice to the defendant.

(d)  Describe in reasonable detail the money or property sought to be attached and the location thereof if known.

(e)  If the property sought to be attached is other than money, set forth to the best knowledge and information of the affiant, the value of such property less any prior liens or encumbrances.

(f)  Name all third persons upon whom a writ of garnishment in aid of the writ of attachment will be served.

(g)  In an action upon a foreign judgment attach a copy of the judgment to the affidavit for attachment as an exhibit.

(h)  State whether, to the best information and belief of the affiant, the money or property sought to be attached is exempt from execution.

2.    All applications to the court for an order directing the clerk to issue a writ of attachment with notice to the defendant shall be accompanied by an affidavit setting forth the item required by subsection 1, except that such affidavit may show the existence of any one of the grounds for attachment with notice.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4418780_1

Nev. Rev. Stat. 31.020.

Nevada Revised Statute 31.200 permits a defendant to move the court for discharge of a prejudgment writ of attachment based upon the following grounds:

…

1.   The defendant may also, at any time before trial, apply by motion, upon reasonable notice to the plaintiff, to the court in which the action is brought or to the judge thereof, for a discharge of the attachment, or the money or property attached through the use of a writ of garnishment, on the following grounds:

(a)  That the writ was improperly or improvidently issued.

(b)  That the property levied upon is exempt from execution or necessary and required by the defendant for the support and maintenance of the defendant and the members of the defendant's family.

(c)  That the levy is excessive.

2.   If the court or the judge thereof on the hearing of such motion shall find that any of the grounds stated in subsection 1 exist, the attachment and levy thereof shall be discharged. If the motion is based upon paragraph (c) of subsection 1 only, and the fact is found to exist, the discharge of attachment shall be only as to the excess.

Nev. Rev. Stat. 31.200.  "Generally, when a defendant challenges the propriety of an attachment, the plaintiff bears the burden of demonstrating the propriety of the lien."  Juan Gabriel Shows, LLC v. CME Enterprises, Inc., 124 Nev. 1483, 238 P.3d 828 (2008) (unpublished) (citing Kuehn v. Paroni, 20 Nev. 203, 19 P. 273, 274 (1888)).

**B.     THE ORDER ISSUING THE PREJUDGMENT WRIT OF ATTACHMENT IS IMPROPER.**

Nevada Revised Statute 31.028 outlines the mandatory contents of any order directing the issuance of a prejudgment writ of attachment, with or without notice:

 **NRS  31.028   Contents of order for attachment.**   The court or judge issuing any order for attachment with or without notice ***shall*** set forth in the order:

1.   The ground or grounds for attachment relied upon for the issuance of the order.

2.   The facts or reasons why the court believes the ground or grounds exist.

3.   The fact that the plaintiff has alleged a meritorious claim for relief.

4.   The amount for which the attachment will issue.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4418780_1

044

5.   The amount of security which must be given by the plaintiff before the writ will issue.

6.   The names of all third persons upon whom writs of garnishment in aid of attachment may be served.

7.   A description in reasonable detail of the money or property to be attached, and, if property, the value of the property based upon the evidence or affidavits presented to the court. The writ of attachment shall demand the amount for which attachment will issue, as specified in the order, and the court may order several writs to be issued at the same time to the sheriffs of different counties.

Nev. Rev. Stat. 31.028 (emphasis added).  Nevada Revised Statute 31.220 provides that a writ of attachment that is improperly, improvidently or irregularly issued, "***must be discharged***[.]"

Here, the Order did not contain *any* of the required contents set forth in the statute. Instead, the Order – in its entirety (other than the caption, title, Judge's signature/date and submission signature of counsel) – states:

COMES NOW, Plaintiffs, LAUREN COLVIN (hereinafter "Colvin"), YOUREE GEMMILL (hereinafter "Gemmill"), and PATHAMAWAN HANFORD (hereinafter "Hanford"), by and through their attorneys, E. Brent Bryson, Esq., of the law offices of E. Brent Bryson, Ltd., Michael W. Fattorosi, Esq. of Michael W. Fattorosi, P.C., and Michael Kuznetsky, Esq., of Kuznetsky Law Group, P.C., and hereby submits their PROPOSED ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR ORDER DIRECTING THE ISSUANCE OF A PREJUDGMENT WRIT OF ATTACHMENT WITHOUT NOTICE.  This Court, after reviewing the aforementioned matter and having good cause, hereby orders the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Ex Parte Motion For An Order Directing The Issuance Of A Prejudgment Writ Of Attachment Without Notice is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants' bank accounts and/or safety deposit boxes in the names of Brittanya Razavi, Marcello Razavi, Meow Gang Productions Studios, Inc., and/or DG Media & Entertainment Group, Inc. located at Chase Bank are hereby frozen and that no funds may be removed by anyone except by court order.

IT IS SO ORDERED.

DATED this 8th day of July, 2021.

(**Exhibit F**).  The Order does not state: (1) the grounds for attachment relied upon; (2) the facts or reasons why the court believes the grounds exist; (3) the fact that Plaintiffs have alleged a meritorious claim for relief; (4) the ***amount for which the attachment will issue;*** (5) the amount of ***security which must be given by the Plaintiffs before the writ will issue***; or (6) the names of

Page 12 of 18

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4418780_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    all third persons upon whom writs of garnishment in aid of attachment may be served.  (See id.)

2    Most notably, the Order did not contain an amount to be attached.  (Id.)  Since the Order did not

3    contain an amount to be attached, coupled with the fact Plaintiffs apparently only served Chase

4    Bank with a copy of the Motion for Issuance of a Prejudgment Writ of Attachment and the

5    Order, Chase Bank apparently relied upon Plaintiffs' allegation of damages in the amount of

6    $2,584,728.51.  (See **Exh. E** at p. 2:2-3).  This is completely improper (aside from all of the

7    other problems addressed herein) because the $2.5 million amount represented Plaintiffs claim

8    for compensatory *and* punitive damages.  (Id.)  The affidavits do not provide any analysis as to

9    the calculation of damages, but in any event, the issuance of an Order which included punitive

10   damages with absolutely no stated findings for the same is improper.  Because the Order, which

11   was drafted by Plaintiffs' counsel, did not comply with the provisions of Nevada Revised Statute

12   31.028, it should be vacated and if any writ of attachment issued, the same should be discharged

13   pursuant to Nevada Revised Statute 31.220.  See Williams v. Lochner, 2010 WL 2990732 *3 (D.

14   Nev. 2010) (not reported).

15   ### C.    PLAINTIFFS FAILED TO PROVIDE A WRITTEN UNDERTAKING REQUIRED UNDER NEVADA REVISED STATUTE 31.030.

16

17        The Court need only look to its own docket to see that the issuance of a writ of

18   attachment, or the attachment of Defendants' funds, was improper, as the docket is void of any

19   filing of a written undertaking – which is required by the Nevada law.  Nevada Revised Statute

20   31.030 requires:

21        1.  ***The court, in its order for attachment, shall require a written undertaking on the part of the plaintiff payable in lawful money of the United States in a sum not less than the amount claimed by the plaintiff or the value of the property to be attached, whichever is less, with two or more sureties*** to the effect that if the plaintiff dismiss such action or if the defendant recover judgment the plaintiff will pay in lawful money of the United States all costs that may be awarded to the defendant, and all damages which the defendant may sustain by reason of the attachment including attorney's fees, not exceeding the sum specified in the undertaking. Each of the sureties shall annex to the undertaking an affidavit that the surety is a resident and householder or freeholder within the State, and worth double the sum specified in the undertaking over and above all the surety's debts and liabilities, exclusive of property exempt from execution. In the case of an attachment issued with notice to the defendant, or in any case upon showing by the defendant after notice to the plaintiff, the court may require an

Page 13 of 18

1    additional bond. No bond may be required of the State or of an officer or agency
2    thereof.

     …

3

4    Nev. Rev. Stat. 31.030(1) (emphasis added).   The statute is crystal clear – the order for

5    attachment "shall require a written undertaking on the part of the plaintiff…in a sum not less

6    than the amount claimed by the plaintiff or the value of the property to be attached, whichever is

7    less, with two or more sureties…."  Id.  The use of the term "shall" is a mandate and not within

8    the discretion of the court.  <u>Goudge v. State</u>, 128 Nev. 548, 287 P.3d 301 (2012) ("this court has

9    explained that, when used in a statute, the word 'shall' imposes a duty upon a party to act and

10   prohibits judicial discretion and, consequently, mandates that the result set forth by the statute."

11   (Citations omitted).  "When a statute distinguished between 'may' and 'shall,' it is generally

12   clear that 'shall' imposes a mandatory duty."  <u>Kingdomware v. Technolgies, Inc. v. U.S.</u>, __ U.S.

13   __, 136 S.Ct. 1969, 195 L.Ed.2d 334 (2016) (citation omitted).  The Court's Order did not

14   include *any* reference or directive that Plaintiffs secure a written undertaking, much less the

15   amount of an undertaking or that the same must be with two or more sureties.  Because the

16   statute mandates this information be contained in the order, the Order is unlawful.

17   **D.    ISSUANCE AND EXECUTION OF THE ORDER WAS IMPROPER.**

18       Moreover, Plaintiffs never filed with the Court any written undertaking required under

19   Nev. Rev. Stat. 31.030(1).  The statute requires that:

20       …

21       2.    ***Before*** issuing the writ of attachment the clerk ***shall*** require the filing by
         the plaintiff of the written undertaking required by the court pursuant to
22       subsection 1.

23   First, upon information and belief, there was no writ of attachment actually issued.  Instead, the

24   Court issued an improper order for the issuance of a writ of prejudgment attachment.  However,

25   the lack of an actual writ of attachment did not stop the Plaintiffs from unlawfully freezing *all* of

26   Defendants' bank accounts.  For reasons unknown to the Defendants, the Court either issued a

27   writ of attachment (which was not provided to Chase Bank or the Defendants), or it issued the

28   phantom writ of attachment without *first* receiving a filed written undertaking by Plaintiffs, as

MAC:16631-001 4418780_1

required by the statute.  As such, the Order is invalid and should be vacated or, if a writ of attachment was issued, it should be discharged.  Either way, the Defendants' bank accounts must be unfrozen immediately.

Furthermore, the Ex Parte Motion did not include an affidavit for Gemmill or Hanford. Nevada Revised Statute 31.020 states:

**NRS 31.020    Affidavit for attachment: Contents.**

1.    All applications to the court for an order directing the clerk to issue a writ of attachment without notice to the defendant shall be accompanied by the affidavit of the plaintiff or any other person having personal knowledge of the facts constituting one or more of the grounds for attachment, which affidavit or affidavits shall:

(a)  Set forth clearly the nature of the plaintiff's claim for relief and that the same is valid.

(b)  Set forth the amount which the affiant believes the plaintiff is entitled to recover from the defendant, and if there is more than one plaintiff or more than one defendant, the amount the affiant believes each plaintiff is entitled to recover or the amount that the plaintiff is entitled to recover from each defendant.

(c)  Describe in reasonable and clear detail all the facts which show the existence of any one of the grounds for an attachment without notice to the defendant.

(d)  Describe in reasonable detail the money or property sought to be attached and the location thereof if known.

(e)  If the property sought to be attached is other than money, set forth to the best knowledge and information of the affiant, the value of such property less any prior liens or encumbrances.

(f)  Name all third persons upon whom a writ of garnishment in aid of the writ of attachment will be served.

(g)  In an action upon a foreign judgment attach a copy of the judgment to the affidavit for attachment as an exhibit.

(h)  State whether, to the best information and belief of the affiant, the money or property sought to be attached is exempt from execution.

2.    All applications to the court for an order directing the clerk to issue a writ of attachment with notice to the defendant shall be accompanied by an affidavit setting forth the item required by subsection 1, except that such affidavit may show the existence of any one of the grounds for attachment with notice.

Nev. Rev. Stat. 31.020.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4418780_1

**048**

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

First and foremost, neither Gemmill nor Hanford submitted an affidavit in support of their individual claims against the Defendants.  For this reason alone, the Order is improper as it relates to Gemmill and Hanford.  Neither Colvin nor Fattorosi's affidavits[2] provide any specific, individualized reference to the facts, claims and alleged damages specific to Gemmill or Hanford and, as such, these Plaintiffs failed to comply with the statute.

Second, the affidavit of Colvin does not comply with the statute.  Subsection (1)(b) of the statute requires a statement which sets "forth the amount which the affiant believes the plaintiff is entitled to recover from the defendant, and *if there is more than one plaintiff or more than one defendant, the amount the affiant believes each plaintiff is entitled to recover or the amount that the plaintiff is entitled to recover from each defendant*."  Neither Colvin nor Fattorosi's affidavits contain a breakdown of damages attributed to each Defendant.  (**Exhibit E**).  Moreover, the affidavits do not include *any* breakdown for Gemmill or Hanford.  Thus, these affidavits do not meet the statutory requirements under subsection (1)(b), rendering the Order invalid.

Third, neither affidavit submitted in support of the issuance of the prejudgment writ of attachment "[d]escribe in reasonable detail the money or property sought to be attached *and the location* thereof if known."  Nev. Rev. Stat. 31.020(1)(d).  Again, the affidavits do not provide a breakdown of individual amounts for each Plaintiff or against each Defendant.  (**Exh. __**).  Moreover, the affidavits make absolutely no mention of the location of the money to be attached, which is an express requirement under subsection (1)(d).  Therefore, the Order is invalid.

Next, the affidavits do not "[n]ame all third persons upon whom a writ of garnishment in aid of the writ of attachment will be served."  Nev. Rev. Stat. 31.200(1)(f).  The Plaintiffs improperly requested a writ of attachment, rather than a writ of garnishment, which would have been the proper vehicle for attachment of the bank accounts.  Nevada Revised Statute 31.240 states:

---

[2] Fattorosi's Affidavit is not acknowledge by a Notary Public, nor does it contain the required statement under chapter 53 of Nevada Revised Statute to qualify as a declaration in lieu of affidavit.

**NRS 31.240   Writ of garnishment may issue at time of issuance of writ of attachment or later.**   At the time of the order directing a writ of attachment to issue or at any time thereafter, the court may order that a writ of garnishment issue, and thereupon cause the money, credits, effects, debts, choses in action and other personal property of the defendant in the possession or under the control of any third person to be attached as security for any judgment the plaintiff may recover in the action against the defendant.

Nev. Rev. Stat. 31.240.  The property attached by Plaintiffs was "money…of the defendant in the possession…" of a third party – Chase Bank.  As such, a writ of garnishment, as opposed to a writ of attachment, was required.  Irrespective of this fatal flaw, the Order was improper because the affidavits submitted in support of the issuance of the writ of attachment did not name all third persons whom a writ of garnishment in aid of the writ of attachment will be served, which would have been Chase Bank in this case.  Again, this is a statutorily mandated requirement which Plaintiffs failed to meet.

Finally, the Order is invalid because the affidavits did not provide a statement as to any exception to exempt property.  See Nev. Rev. Stat. 31.020(1)(h).  Again, the statute *requires* that a plaintiff make a statement regarding exempt property and Plaintiffs did not breathe a word about this in the affidavit of Colvin or Fattorosi.  Because Plaintiffs did not comply with the very clear statutory affidavit mandate, the Order is invalid and should be vacated and/or, if a writ of attachment was issued, the same should be discharged.

### E.    THE FUNDS LEVIED ARE NECESSARY FOR DEFENDANTS TO SUPPORT AND MAINTAIN THEMSELVES, AS WELL AS THEIR FAMILY.

Even if the Order was proper under the statute, the same should be vacated or discharged because Defendants need the funds to maintain their businesses and support their family.  Nevada Revised Statute 31.200(1)(b) states that a writ of attachment can be discharged if "the property levied upon is…necessary and required by the defendant for the support and maintenance of the defendant and the members of the defendant's family."  Nev. Rev. Stat. 31.200(1)(b).  Here, the Plaintiffs unlawful Order froze *all* of the Defendants' bank accounts with Chase Bank.  As such, the Defendants are precluded from accessing any of their funds at Chase Bank, which in turn, prevents DG and Meow from conducting any business (e.g., paying

Page 17 of 18

MAC:16631-001 4418780_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

vendors, purchasing promotions, paying utilities, insurance, etc.) and prevents Marcello and Brittanya from accessing their personal funds at Chase Bank to maintain their daily living expenses and provide support for their family, to include their two young children.  (**Exh. A** at ¶ 21; **Exh. B** at ¶ 18).  Thus, even if Plaintiffs complied with the statute (which they did not), any writ of attachment should be discharged based upon its impact on Defendants.

## IV.    <u>CONCLUSION</u>

Given the foregoing, Defendants move this Court to immediately vacate the Order or, if a writ of attachment was issued, discharge the writ of attachment.  Plaintiffs failed to comply with numerous requirements set forth in Nevada Revised Statute chapter 31 and these failures are fatal.  Defendants request the Court immediately issue an order vacating the Order, or discharging any writ of attachment, and that the effective date of the order be upon issuance from the Court, such that the Defendants can operate their businesses and have funds available to care for their family.  Defendants reserve the right to challenge the excessiveness of the attachment and also reserve the right to move this Court for an award of costs, attorneys fees and damages as a result of Plaintiffs' conduct.

Dated this 19th day of July, 2021.

MARQUIS AURBACH COFFING


By ___/s/ Nick D. Crosby_____
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    10001 Park Run Drive
    Las Vegas, Nevada  89145
    Attorney(s) for Defendants

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4418780_1

# Exhibit A

**DECLARATION OF MARCELLO RAZAVI**

Marcello Razavi, declares as follows:

1.     I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.  I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2.     I am an officer, owner and employee of DG Media & Entertainment Grip, Inc. ("DG"), a Nevada corporation with its principal place of business is Clark County, Nevada.

3.     I have two children with Brittanya Razavi ("Brittanya"), ages 10 and 8, of which one has been diagnosed with Autism.

4.     Brittanya is an officer, owner and employee of Meow Gang Productions, Inc. ("Meow").

5.     Meow and DG provide, *inter alia*, services related to social media influencing/influencers and other branding, promotion and marketing services for on-line digital formats.

6.     Plaintiff Lauren Colvin ("Colvin") worked with DG and Meow as a licensee pursuant to a Licensing Agreement ("LA").  A true and correct copy of the LA is attached hereto as Exhibit A-1, but due to the confidential information contained therein, it is requested the LA be filed under seal.  Specifically, DG does not want its compensation rates to be a matter of public information, as the same would harm its competitiveness in the industry, nor does DG wants its business model *vis a vis* licensees to be a matter of public record for fear of other competitors stealing its novel and confidential business strategies.

7.     Colvin was paid pursuant to the terms of the LA for her work with DG and Meow.

8.     On or about January 2021, after separating her relationship with Defendants, I discovered that the OnlyFans.com account(s) owned by DG, which showcased Colvin, were taken out of Defendants control and I have a reasonable belief Colvin was responsible for the conversation of DG's OnlyFans.com account.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

9.      Plaintiff Youree Gemmill ("Gemmill") worked with Defendants from approximately mid-October 2020 until January, 19 2021.

10.     Gemmill did not have a Licensing Agreement like Colvin, but instead, upon information and belief, Gemmill and Brittanya discussed compensation and an agreement was reached with Gemmill, whereby Gemmill paid $1,000 per month on a weekly basis initially.

11.     Thereafter, Gemmill's rate of compensation was to increase after four months, but Gemmill did not last that long.

12.     Plaintiff Pathamawan Hanford ("Hanford") had a similar arrangement as Colvin, whereby she was paid a percentage basis.

13.     Hanford was offered a licensing agreement, similar in form to Colvin's, but with a different compensation agreement, but the same was never executed.

14.     Hanford executed an agreement with DG on July 14, 2020, which provided her written consent that DG had the right to take or use photographs of Hanford and released to DG all rights to the images.

15.     Hanford worked with Defendants from July 2020 until January 2021.

16.     In the early morning hours of July 15, 2021, I checked the Chase Bank accounts for DG and Meow via my mobile application and noticed that my accounts showed a negative balance.

17.     Later that day, I visited a Chase Bank branch to inquire about the balances and was advised by a Chase Bank representative that the accounts were frozen as a result of a legal proceeding.

18.     Chase Bank provided me with copies of a 21-page fax/scan, which was dated July 13, 2021, entitled "Legal Papers Fax/Scan Cover Sheet", which included a copy of the Ex Parte Motion for Order Directing the Issuance of a Prejudgment Writ of Attachment Without Notice, consisting of nine pages, and a copy of the Order with a certificate of service, as well as an Affidavit of Colvin and an unacknowledged Affidavit of attorney Michael W. Fattorosi ("Fattorosi").

19.     Chase Bank did not provide me with any other court documents, including a Notice of Execution or Writ of Attachment, nor have any of the Defendants received the same.

20.     On July 16, 2021 myself and Brittanya learned that our personal accounts at Chase Bank had been frozen as well when we visited Chase Bank again.

21.     Without access to funds in the Chase Bank accounts, DG is unable to conduct business, to include paying vendors, business expenses and bills, depositing funds into the accounts or paying wages or other compensation.  Further, with the freezing of assets in our personal accounts, I am unable to access funds in Chase Bank to maintain and support my family.

Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this ___ day of July, 2021.

_____
MARCELLO RAZAVI

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Exhibit B

## <u>DECLARATION OF BRITTANYA RAZAVI</u>

Brittanya Razavi, declares as follows:

1.    I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2.    I am an officer, owner and employee of Meow Gang Production Studio, Inc. ("Meow"), a Nevada corporation with its principal place of business is Clark County, Nevada.

3.    I have two children with Marcello Razavi ("Marcello"), ages 10 and 8, of which one has been diagnosed with Autism.

4.    Marcello is an officer, owner and employee of DG Media & Entertainment Group, Inc. ("DG").

5.    Meow and DG provide, *inter alia*, services related to social media influencing/influencers and other branding, promotion and marketing services for on-line digital formats.

6.    Plaintiff Lauren Colvin ("Colvin") worked with DG and Meow as a licensee pursuant to a Licensing Agreement ("LA"). A true and correct copy of the LA is attached hereto as Exhibit B-1, but due to the confidential information contained therein, it is requested the LA be filed under seal. Specifically, Meow does not want its compensation rates to be a matter of public information, as the same would harm its competitiveness in the industry, nor does Meow wants its business model *vis a vis* licensees to be a matter of public record for fear of other competitors stealing its novel and confidential business strategies.

7.    Colvin was paid pursuant to the terms of the LA for her work with DG and Meow.

8.    Plaintiff Youree Gemmill ("Gemmill") worked with Defendants from approximately mid-October 2020 until January, 19 2021.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING

10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

9.      Gemmill did not have a licensing agreement like Colvin, but instead, Gemmill and I discussed compensation and an agreement was reached with Gemmill, whereby Gemmill paid $1,000 per month on a weekly basis initially.

10.      Thereafter, Gemmill's rate of compensation was to increase after four months, but Gemmill did not last that long.

11.      The compensation paid to Gemmill was for the content she provided for her on-line social media, which was created, branded and promoted by Defendants.

12.      Plaintiff Pathamawan Hanford ("Hanford") had a similar arrangement as Colvin, whereby she was paid on a percentage basis.

13.      Hanford worked with Defendants from July 2020 until January 2021.

14.      In the early morning hours of July 15, 2021, Marcello checked the Chase Bank accounts for DG and Meow through his mobile application and noticed that the accounts showed a negative balance.

15.      On July 15, 2021, Chase Bank provided  Marcello and I with copies of a 21-page fax/scan, which was dated July 13, 2021, entitled "Legal Papers Fax/Scan Cover Sheet", which included a copy of the Ex Parte Motion for Order Directing the Issuance of a Prejudgment Writ of Attachment Without Notice, consisting of nine pages, and a copy of the Order with a certificate of service, as well as an Affidavit of Colvin and an unacknowledged Affidavit of attorney Michael W. Fattorosi ("Fattorosi").

16.      Chase Bank did not provide me with any other court documents, including a Notice of Execution or Writ of Attachment, nor have any of the Defendants received the same.

17.      On July 16, 2021 myself and Marcello learned that our personal accounts at Chase Bank had been frozen as well.

18.      Without access to funds in the Chase Bank accounts, Meow is unable to conduct business, to include paying vendors, business expenses and bills, depositing funds into the accounts or paying wages or other compensation.  Further, with the freezing of assets in our personal accounts, I am unable to access funds in Chase Bank to maintain and support my family.

1    Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State

2    of Nevada that the foregoing is true and correct.

3    Dated this __ day of July, 2021.

4

5

6    BRITTANYA RAZAVI

7

8

9

10

11

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit C
## *Filed Under Seal*

# Exhibit D

I hereby consent and agree that <u>DG media & Entertainment group, Inc</u> (Photographer) has the right to take or use photographs of me (and/or my property) and to use these in any and all media worldwide including online, now or hereafter known, and for any purpose whatsoever.

I hereby release to the Photographer all rights to exhibit this work in print and electronic form publicly or privately and to market copies. I waive any rights, claims or interest I may have to control the use of my identity or likeness in the photographs and agree that any uses described herein may be made without compensation or additional consideration of me.

I represent that I am at least 18 years of age, have read and understand the foregoing statement, and am competent to execute this agreement.

Name: <u>Pathamawan Hanford</u>       Date: <u>07/14/2020</u>

Address: <u>1700 N Lamb BLVD</u>       Phone: <u>702-416-9416</u>

<u>Las Vegas, NV 89115</u>

Signature: _____

Parent/Guardian name & signature: _____
(if under 18)

Witnessed by Photographer: <u>07-14-2020</u>

Witnessed by Photographer: _____

062

# Exhibit E

Electronically Filed
6/10/2021 2:01 PM
Steven D. Grierson
CLERK OF THE COURT

**EXMT (CIV)**
E. BRENT BRYSON, ESQ.
Nevada Bar No.: 004933
E. BRENT BRYSON, LTD.
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
PH:   (702) 364-1234
FAX: (702) 364-1442
Ebbesqltd@yahoo.com
*Attorneys For Plaintiffs*

MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
michael@fattlegal.com
PH:   (818) 710-2727
*Pro Hac Vice Application Pending*

MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH:   (818) 753-2450
FAX: (818) 736-0999
*Pro Hac Vice Application Pending*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | Case No.: A-21-836019-C |
| | Dept. No.: XIX |
| Plaintiffs, | |
| v. | |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC.; DG MEDIA & ENTERTAINMENT GROUP, INC.; and DOES 1-10 inclusive; | **EX PARTE MOTION FOR ORDER DIRECTING THE ISSUANCE OF A PREJUDGMENT WRIT OF ATTACHMENT WITHOUT NOTICE** |
| Defendants. | |

///

///

COMES NOW, Plaintiffs, LAUREN COLVIN (hereinafter "Colvin"), YOUREE GEMMILL (hereinafter "Gemmill"), and PATHAMAWAN HANFORD (hereinafter "Hanford"), by and through their attorneys, E. Brent Bryson, Esq., of the law offices of E. Brent Bryson, Ltd., Michael W. Fattorosi, Esq. of Michael W. Fattorosi, P.C., and Michael Kuznetsky, Esq., of Kuznetsky Law Group, P.C., and move this court, without notice and hearing, pursuant to NRS Chapter 31, for an order directing the issuance of a prejudgment writ of attachment without notice. This Motion is made and based upon the following Memorandum of Points and Authorities and the Affidavits of Plaintiff, Lauren Colvin and Michael W. Fattorosi, Esq.

DATED this 10th day of June, 2021.

E. BRENT BRYSON, LTD.

By: /s/ E. Brent Bryson
E. BRENT BRYSON, ESQ.
Nevada Bar No.: 4933
3202 West Charleston Blvd.
Las Vegas, NV 89102
*Attorney for Plaintiffs*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

I.   **FACTS**

This is an action brought by the Plaintiffs against the Defendants as a result of the Defendants' wrongfully taking monies that rightfully belonged to the Plaintiffs.

That from approximately July 2020 to January 2021, Defendant, Brittanya Razavi (hereinafter "Brittanya"), aided and abetted by Defendants Marcello Razavi, Meow Gang Production Studios, Inc., and DG Media & Entertainment Group, Inc., fraudulently embezzled all net income earned by Plaintiffs.  In particular, Defendants embezzled $473,445.10 from Colvin, $38,086.02 from Gemmill, and $52,862.09 from Hanford.  When the fraud was discovered, Brittanya terminated all contact with the Plaintiffs and refused to return the embezzled funds.  As

1

such, Defendants, and each of them, are liable for fraud, conversion, and unjust enrichment which may include a recovery of punitive damages under NRS 42.005(1) and attorneys' fees. Plaintiffs in this matter seeks compensatory and punitive damages totaling $2,584,728.51. Additionally, Plaintiffs have recently learned the Defendants are in the process of searching for real estate to purchase worth approximately four million dollars ($4,000,000) cash. Such cash payment it is asserted upon information and belief would include all of the money embezzled from Plaintiffs.

## II.    STATEMENT OF LAW

NRS 31.017 authorizes this Court to order the Clerk to issue a writ of attachment, without notice and hearing. NRS 31.017 states in pertinent part:

> The court may order the writ of attachment issued without notice to the defendant only in the following cases:
>
> . . .
>
> (3)    In an action for the recovery of the value of personal property, where such personal property is owned by the plaintiff and has been taken or converted by the defendant without the consent of the plaintiff.
>
> . . .
>
> (5)    Where the defendant is about to give, assign, hypothecate, pledge, dispose of or conceal the defendant's money or property or any part thereof and the defendant's money or property remaining in this State or that remaining unconcealed will be insufficient to satisfy the plaintiff's claim.
>
> (6)    In an action for the recovery of money or property, or the proceeds thereof, obtained from the plaintiff by the defendant through embezzlement, forgery, larceny or extortion.

In the instant case, a prejudgment Writ of Attachment is necessary to preserve Plaintiffs' rights because Defendants are actively seeking to spend all of their available cash and all funds embezzled from Plaintiffs, which would make Defendants judgment-proof and deprive Plaintiffs of a recovery. A prejudgment Writ of Attachment is expressly authorized by three separate and disjunctive subsections of NRS 31.017, in that (1) Plaintiffs seek to recover a specific amount of funds converted by Defendants (subsection 3); (2) Defendants are about to hypothecate/dispose of Plaintiffs' money to purchase real estate (subsection 5); and (3) Plaintiffs seek to recover funds that

2

were fraudulently embezzled from them (subsection 6).

In particular, Plaintiffs are concerned with the money within Defendants' bank accounts located at Chase Bank, as well as real property located in Las Vegas.

The attached Affidavit of Plaintiff Lauren Colvin meets the requirement of NRS 31.020(2).

## CONCLUSION

Based upon the foregoing, Plaintiffs respectfully request that the Court order a Writ of Attachment to issue and attach property located within the greater metropolitan area of Las Vegas, Nevada, bank accounts and/or safety deposit boxes, including, but not limited to, Chase Bank, in the names of Brittanya Razavi, Marcello Razavi, Meow Gang Production Studios, Inc., DG Media & Entertainment Group, Inc., and any entities which either Brittanya Razavi and/or Marcello Razavi directs or is a signatory upon.

DATED this 10th day of June, 2021.

E. BRENT BRYSON, LTD.

By: /s/ E. Brent Bryson
E. BRENT BRYSON, ESQ.
Nevada Bar No.: 4933
3202 West Charleston Blvd.
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

3

067

### AFFIDAVIT OF PLAINTIFF LAUREN COLVIN

STATE OF NEVADA      )
                        ) ss:
COUNTY OF CLARK    )

Lauren Colvin, being first duly sworn, under penalty of perjury, deposes and says:

1.      That Affiant is a Plaintiff in an action now pending in the Eighth Judicial District Court, Clark County, Nevada. That Affiant makes this Affidavit of facts personally known by her and to which she would be competent to testify in a court of law.

2.      During the period of July 2020 to January 2021, Affiant worked with Brittanya Razavi for the purposes of creating, promoting and exploiting pornographic content of affiant on the OnlyFans website. Pursuant to our agreement, Razavi was to earn a commission of 50% of all net income earned from affiant's OnlyFans account. However, after Razavi set up the account, she refused to give me access or even show me the accountings of what was earned. Subsequently Razavi fraudulently embezzled all net income directly into her and/or the other Defendants bank accounts, including at Chase Bank.

3.      During the period of July 2020 to January 2021, Brittanya Razavi, aided and abetted by Marcello Razavi, Meow Gang Production Studios, Inc., and DG Media & Entertainment Group, Inc., embezzled 100% of the net income earned by Affiant from OnlyFans by directly transferring it into Defendants' bank accounts, including at Chase Bank. Such total net income earned by Affiant was worth $946,890.20.

4.      When Affiant contacted Razavi about the embezzled amounts, Razavi terminated all contact with affiant.

5.      Said money of Affiant has been and continues to be wrongfully detained. Therefore, Affiant has a valid claim for fraud, conversion, and unjust enrichment.

6.      On or about August 2020, Affiant learned that Brittanya and Marcelo Razavi are actively looking to purchase residential real estate in Las Vegas, Nevada, for cash, worth approximately four million dollars.

4

7.      To the best of Affiant's knowledge, Brittanya and Marcelo Razavi intend to use all the money embezzled from affiant and the other Plaintiffs in this case to purchase property for four million dollars. Upon information and belief, the ownership of such property will then be transferred into a trust.

**FURTHER, AFFIANT SAYETH NAUGHT.**

LAUREN COLVIN

Subscribed and sworn to before me

this ____ day of _____, 2021.

_____
Notary Public in and for said
County and State

5

069

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _2_ day of _June_

20_21_ by _Lauren Colvin_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Sandra R. Herrera_
Signature                                              (Seal)

SANDRA R HERRERA
Notary Public - California
Los Angeles County
Commission # 2349586
My Comm. Expires Mar 1, 2025

---

**OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

_Affidavit of_
(Title or description of attached document)
_Plaintiff Lauren Colvin_
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

_____

Additional Information

**INSTRUCTIONS**

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

070

## AFFIDAVIT OF MICHAEL W. FATTOROSI, ESQ.

STATE OF NEVADA     )
                    ) ss:
COUNTY OF CLARK    )

Michael W. Fattorosi, being first duly sworn, under penalty of perjury, deposes and says:

That he is an attorney licensed to practice law in the State of California and his application to appear in this action *pro hac vice* is following.

1.    That your Affiant is an attorney with the law firm of Law Offices of Michael W. Fattorosi, P.C. and is an attorney for Plaintiffs, in the foregoing action; that your Affiant has personal knowledge of the facts stated herein and is competent to testify to the same and this Affidavit is submitted in support of the foregoing Motion.

2.    To the best of Affiant's knowledge, during the period of July 2020 to January 2021, Brittanya Razavi, aided and abetted by Marcello Razavi, Meow Gang Production Studios, Inc., and DG Media & Entertainment Group, Inc., embezzled 100% of the net income earned by Plaintiffs Lauren Colvin, Youree Gemmill, and Pathamawan Hanford by directly transferring monies into Defendants' bank accounts, including at Chase Bank.  Such total net income embezzled was worth $946,890.20.

3.    Brittanya and Marcelo Razavi have purchased and own at least four residential properties in Las Vegas Nevada.  To the best of Affiant's knowledge, each of these properties were purchased in cash and initially transferred into a trust to shield them from their personal liability. Such properties include the following:

a.    8956 Aurora Bay Court, Las Vegas, Nevada; currently owned by Razavi Brittanya McCall Revocable Living Trust dated April 1, 2019, for which Brittany Razavi is the trustee;

///

6

b.    9303 Gilcrease Avenue, Unit 1, Las Vegas, Nevada; currently owned by Razavi Brittanya McCall Revocable Living Trust dated April 1, 2019, for which Brittany Razavi is the trustee;

c.    9522 Michelle Falls Avenue, Las Vegas, Nevada; previously owned by The Brittanya McCall Razavi Revocable Spenthrift Trust dated April 1, 2019, for which Brittany Razavi was the trustee; and currently owned by 3725 Seneca Highlands LLC, a Nevada limited liability company, for which Brittanya Razavi is the managing member; and

d.    10550 West Alexander Road, Unit 2130, Las Vegas, Nevada; currently owned by Family Faith Fortune Irrevocable Trust, dated April 28, 2017, with Marcello Razavi listed as a trustee.

**FURTHER, AFFIANT SAYETH NAUGHT.**

MICHAEL W. FATTOROSI

7

072

# Exhibit F

Electronically Filed
07/08/2021 5:16 PM

*Steven D. Grierson*

CLERK OF THE COURT

1  **OGM (CIV)**
   E. BRENT BRYSON, ESQ.
2  Nevada Bar No.: 004933
   E. BRENT BRYSON, LTD.
3  3202 West Charleston Blvd.
   Las Vegas, Nevada 89102
4  PH:    (702) 364-1234
   FAX:  (702) 364-1442
5  Ebbesqltd@yahoo.com
   *Attorneys For Plaintiffs*
6
   MICHAEL W. FATTOROSI, ESQ.
7  California State Bar No.: 193538
   LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
8  5850 Canoga Avenue, 4th Floor
   Woodland Hills, California 91367
9  michael@fattlegal.com
   PH:    (818) 710-2727
10 *Pro Hac Vice Application Pending*

11 MICHAEL D. KUZNETSKY, ESQ.
   California State Bar No.: 241045
12 KUZNETSKY LAW GROUP, P.C.
   210 N. Pass Avenue, Suite 103
13 Burbank, California 91505
   mike@kuzlaw.com
14 PH:    (818) 753-2450
   FAX:  (818) 736-0999
15 *Pro Hac Vice Application Pending*

16                          **DISTRICT COURT**

17                     **CLARK COUNTY, NEVADA**

18

19 LAUREN COLVIN, an individual;        Case No.: A-21-836019-C
   YOUREE GEMMILL, an individual;
20 and  PATHAMAWAN  HANFORD,            Dept. No.: XIX
   an individual,
21
                  Plaintiffs,
22
           v.
23                                      ~~PLAINTIFFS' PROPOSED~~ ORDER GRANTING
   BRITTANYA          RAZAVI;           **PLAINTIFFS' EX PARTE MOTION FOR**
24 MARCELLO   RAZAVI;   MEOW            **ORDER DIRECTING THE ISSUANCE OF A**
   GANG PRODUCTION STUDIOS,            **PREJUDGMENT WRIT OF ATTACHMENT**
25 INC.;     DG     MEDIA     &         **WITHOUT NOTICE**
   ENTERTAINMENT GROUP, INC.;
26 and DOES 1-10 inclusive;

27                  Defendants.
   ///
28
   ///

074

COMES NOW, Plaintiffs, LAUREN COLVIN (hereinafter "Colvin"), YOUREE GEMMILL (hereinafter "Gemmill"), and PATHAMAWAN HANFORD (hereinafter "Hanford"), by and through their attorneys, E. Brent Bryson, Esq., of the law offices of E. Brent Bryson, Ltd., Michael W. Fattorosi, Esq. of Michael W. Fattorosi, P.C., and Michael Kuznetsky, Esq., of Kuznetsky Law Group, P.C., and hereby submits their PROPOSED ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR ORDER DIRECTING THE ISSUANCE OF A PREJUDGMENT WRIT OF ATTACHMENT WITHOUT NOTICE. This Court, after reviewing the aforementioned matter and having good cause, hereby orders the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Ex Parte Motion For An Order Directing The Issuance Of A Prejudgment Writ Of Attachment Without Notice is hereby GRANTED.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants' bank

2  accounts and/or safety deposit boxes in the names of Brittanya Razavi, Marcello Razavi, Meow

3  Gang Production Studios, Inc., and/or DG Media & Entertainment Group, Inc. located at Chase

4  Bank are hereby frozen and that no funds may be removed by anyone except by court order.

5    IT IS SO ORDERED.

6    DATED this 8th day of July, 2021.

7

8

9                                           Dated this 8th day of July, 2021

10

11                                          THE HONORABLE JUDGE CRYSTAL ELLER

12  Respectfully Submitted by:              **7AA AFA 53AA E7A5**
                                            **Crystal Eller**
13  E. BRENT BRYSON, LTD.                   **District Court Judge**

14

15  E. BRENT BRYSON, ESQ.

16  Nevada Bar No.: 004933
    3202 W. Charleston Blvd.
17  Las Vegas, NV 89102
    (702) 364-1234 Telephone
18  (702) 364-1442 Facsimile
19  Ebbesqltd@yahoo.com
    *Attorneys for Plaintiffs*

20

21

22

23

24

25

26

27

28

                                     2

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Lauren Colvin, Plaintiff(s) | CASE NO: A-21-836019-C |
| vs. | DEPT. NO.  Department 19 |
| Brittanya Razavi, Defendant(s) | |

**AUTOMATED CERTIFICATE OF SERVICE**

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 7/8/2021

| | |
|---|---|
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| E. Brent Bryson | EBBESQLTD@YAHOO.COM |
| E. BRYSON | ebbesqltd@yahoo.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Fattorosi | Michael@fattlegal.com |
| E. Bryson | EBBESQLTD@YAHOO.COM |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| Michael Kuznetsky | Mike@kuzlaw.com |

E. Bryson                          ebbesqltd@yahoo.com

**CSERV**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

Lauren Colvin, Plaintiff(s)

vs.

Brittanya Razavi, Defendant(s)

CASE NO: A-21-836019-C

DEPT. NO.  Department 19

## <u>**AUTOMATED CERTIFICATE OF SERVICE**</u>

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Shortening Time was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 7/20/2021

| | |
|---|---|
| Suzanne Boggs | sboggs@maclaw.com |
| Nicholas Crosby | ncrosby@maclaw.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| E. Brent Bryson | EBBESQLTD@YAHOO.COM |
| E. BRYSON | ebbesqltd@yahoo.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Fattorosi | Michael@fattlegal.com |
| E. Bryson | EBBESQLTD@YAHOO.COM |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |

079

Michael Kuznetsky                    Mike@kuzlaw.com

Michael Kuznetsky                    Mike@kuzlaw.com

E. Bryson                            ebbesqltd@yahoo.com

# EXHIBIT H

Electronically Filed
07/20/2021 12:22 PM

CLERK OF THE COURT

1  **Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
2  Nevada Bar No. 8996
10001 Park Run Drive
3  Las Vegas, Nevada 89145
Telephone: (702) 382-0711
4  Facsimile: (702) 382-5816
ncrosby@maclaw.com
5    *Attorneys for Defendants*

6                          **DISTRICT COURT**

7                    **CLARK COUNTY, NEVADA**

8  LAUREN COLVIN, an individual; YOUREE       Case No.:     A-21-836019-C
GEMMILL, an individual; and                 Dept. No.:    XIX
9  PATHAMAWAN HANFORD, an individual,

10                         Plaintiffs,

                                              **HEARING SET**
11       vs.                                  Date: Aug. 3, 2021
                                              Time: 9:30 AM
12  BRITTANYA RAZAVI; MARCELLO                      BMT
RAZAVI; MEOW GANG PRODUCTION
13  STUDIOS, INC.; DG MEDIA &
ENTERTAINMENT GROUP, INC.; and DOES
14  1-10 inclusive,

15                         Defendants.

16

17  **DEFENDANTS' MOTION TO FILE UNDER SEAL EXHIBIT C ON ORDER SHORTENING TIME**

18           Defendants, Brittanya Razavi ("Brittanya"), Marcello Razavi ("Marcello"), Meow Gang

19  Production Studios, Inc. ("Meow"), and DG Media & Entertainment Group, Inc. ("DG")

20  (collectively "Defendants"), by and through their attorneys of record, Nick D. Crosby, Esq., with

21  the law firm of Marquis Aurbach Coffing, hereby files this Motion to File Under Seal Exhibit C

22  to the Motion to Vacate Order or, Alternatively, Discharge Prejudgment Writ of Attachment, on

23  an Order Shortening Time in the above-referenced matter.

24  / / /

25  / / /

26  / / /

27  / / /

28

*Left margin vertical text:*
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4419865_1

081

1       This Motion is made and based upon the attached Memorandum of Points and

2 Authorities, all pleadings and papers on file herein, and any oral argument allowed at the time of

3 the hearing.

4       Dated this 19th day of July, 2021.

5

6                                 MARQUIS AURBACH COFFING

7

8                     By:    /s/ Nick D. Crosby
                          Nick D. Crosby, Esq.

9                           Nevada Bar No. 8996
                          10001 Park Run Drive

10                           Las Vegas, Nevada 89145
                          *Attorneys for Defendants*

11                      **<u>ORDER SHORTENING TIME</u>**

12       Upon the Declaration of Nick D. Crosby, Esq., and good cause appearing therefore,

13       IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the time for hearing of

14 the above-entitled matter will be shortened and will be heard on the __3rd__ day of

15 ____August____, 2021, at the hour of ____9:30 AM____.m. in Department XIX of the Eighth

16 Judicial District Court, located at the Regional Justice Center, 200 Lewis Avenue, Las Vegas,

17 Nevada 89155. ** Opposition & Reply deadlines are the same as the Motion to Vacate, filed contemporaneously with this motion.

18                         **Dated this 20th day of July, 2021**

19

20                       DISTRICT COURT JUDGE

21 Submitted by:                  **928 163 5240 85EB**
                                  **Crystal Eller**

22 MARQUIS AURBACH COFFING     **District Court Judge**

23

24 By: /s/ Nick D. Crosby
     Nick D. Crosby, Esq.

25      Nevada Bar No. 8996
     10001 Park Run Drive

26      Las Vegas, Nevada  89145
     *Attorneys for Defendants*

27

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4419865_1

<u>**DECLARATION OF NICK D. CROSBY, ESQ.**</u>
<u>**IN SUPPORT OF ORDER SHORTENING TIME**</u>

Nick D. Crosby, Esq. declares as follows:

1.      I am a shareholder with the law firm of Marquis Aurbach Coffing, counsel for the Defendants in the above-stated action.

2.      I am duly licensed to practice law in the State of Nevada and have personal knowledge of and I am competent to testify concerning the facts herein.

3.      Contemporaneous with the filing of this Motion to Seal, Defendants filed a Motion to Vacate Order or, in the Alternative, Discharge Prejudgment Writ of Attachment on an Order Shortening Time.

4.      Plaintiffs in this matter unlawfully attached all of the Defendants' Chase Bank accounts pursuant to an unlawful order.

5.      Exhibit C to the Motion to Vacate/Discharge is a Licensing Agreement with Plaintiff Colvin.

6.      Defendants considering the compensation terms contained in the Licensing Agreement, as well as the Agreement itself, confidential.

7.      The Defendants referenced the Licensing Agreement in their Motion to Vacate/Discharge, as Plaintiffs made absolutely no mention of the Licensing Agreement in their complaint or Motion for Prejudgment Writ of Attachment.

///

///

///

///

///

///

///

///

///

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC:16631-001 4419865_1

8.      The instant Motion is not brought for purposes of delay or harassment and is brought in good faith to provide evidence to the Court in considering the Motion to Vacate/Discharge while protecting the intellectual property and confidential information of Defendants.

Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 19th day of July, 2021.


                                    /s/ Nick D. Crosby
                                    Nick D. Crosby, Esq.


**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      INTRODUCTION**

Plaintiffs unlawfully attached all of Defendants Chase Bank accounts via an improper and statutorily unlawful order directing the issuance of a prejudgment writ of attachment. Contemporaneously with this Motion, Defendants filed a Motion to Vacate Order, or in the Alternative, Discharge Prejudgment Writ of Attachment.  In the Motion to Vacate/Discharge, Defendants reference a Licensing Agreement with Plaintiff Colvin, which Defendants maintain is confidential and intellectual property.  As such, in order to keep the Licensing Agreement confidential, Defendants respectfully request the Court seal Exhibit C to the Motion to Vacate/Discharge.

**II.     STATEMENT OF RELEVANT FACTS**

The lawsuit is a dispute between three licensees (the Plaintiffs) and Defendant DG and Meow.  Plaintiffs filed a Complaint against the Defendants, then moved for an ex parte writ of attachment without notice.  Despite the fact Plaintiffs did not comply with chapter 31 of Nevada Revised Statute in obtaining a writ of attachment, the Court issued an order directing the issuance of a writ of attachment.  Plaintiffs did not file a notice of written undertaking with the Court, which is required by Nevada Revised Statute 31.030.  Despite their non-compliance with

Page 4 of 6

MAC:16631-001 4419865_1

**084**

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

1   the statute, Plaintiffs then served the order directing the issuance of a writ of attachment upon

2   Chase Bank, subsequently freezing all of Defendants' bank accounts with Chase Bank.

3          The exhibit sought to be filed under seal, attached hereto as Exhibit A and submitted *in*

4   *camera*, is designated as Exhibit C to Defendants' Motion to Vacate Order or, Alternatively,

5   Discharge Writ of Prejudgment Writ of Attachment on an Order Shortening Time.  The Exhibit

6   is a Licensing Agreement between DG/Meow and Plaintiff Colvin.  As stated in the Declarations

7   of Marcello and Brittanya, the Defendants consider the Licensing Agreement to be confidential –

8   particularly the compensation.  (See **Exhibit A** and **B**, respectively.  However, the Defendants

9   consider the Licensing Agreement to confidential in its entirety, as it is a key part of their

10  business model.

## III.   LEGAL ARGUMENT

### A.   STANDARDS FOR SEALING OR REDACTING RECORDS.

13          Pursuant to SRCR Rule 3(1), "[a]ny person may request that the court seal or redact court

14  records for a case that is subject to these rules by filing a written motion...." SRCR Rule 3(1).

15  SRCR Rule 3 sets forth the grounds upon which the Court may seal or redact documents or

16  exhibits filed with the Court. SRCR Rule 3(4) provides, in pertinent part:

> 4.     Grounds to seal or redact; written findings required. The court may order the court files and records, or any part thereof, in a civil action to be sealed or redacted, provided the court makes and enters written findings that the specific sealing or redaction is justified by identified compelling privacy or safety interests that outweigh the public interest in access to the court record. The parties' agreement alone does not constitute a sufficient basis for the court to seal or redact court records. The public interest in privacy or safety interests that outweigh the public interest in open court records include findings that:
>
> …
>
> (g)  The sealing or redaction is necessary to protect intellectual proprietary or property interests such as trade secrets as defined in NRS 600A.030(5); or
>
> (h)  The sealing or redaction is justified or required by another identified compelling circumstance.

27  SRCR Rule 3(4)(g)-(h).

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4419865_1

**085**

1

2

### B.     FILING THE REFERENCED EXHIBIT C UNDER SEAL IS WARRANTED.

The Licensing Agreement is the intellectual property of DG and Meow and its confidentiality is necessary to protect the interests of DG and Meow.  DG and Meow consider the Licensing Agreement to be confidential and public disclosure of the same is not necessary and will only provide an opportunity for DG and Meow's competitors to get access to its business model.  As such, the Licensing Agreement should be sealed.

## IV.    <u>CONCLUSION</u>

Defendants respectfully request Exhibit C to the Motion to Vacate Order or, Alternatively, Discharge Prejudgment Writ of Attachment be sealed.

Dated this 19th day of July, 2021.

MARQUIS AURBACH COFFING

By:    /s/ Nick D. Crosby
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# Exhibit A

## DECLARATION OF MARCELLO RAZAVI

Marcello Razavi, declares as follows:

1.      I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2.      I am an officer, owner and employee of DG Media & Entertainment Grip, Inc. ("DG"), a Nevada corporation with its principal place of business is Clark County, Nevada.

3.      I have two children with Brittanya Razavi ("Brittanya"), ages 10 and 8, of which one has been diagnosed with Autism.

4.      Brittanya is an officer, owner and employee of Meow Gang Productions, Inc. ("Meow").

5.      Meow and DG provide, *inter alia*, services related to social media influencing/influencers and other branding, promotion and marketing services for on-line digital formats.

6.      Plaintiff Lauren Colvin ("Colvin") worked with DG and Meow as a licensee pursuant to a Licensing Agreement ("LA"). A true and correct copy of the LA is attached hereto as Exhibit A-1, but due to the confidential information contained therein, it is requested the LA be filed under seal. Specifically, DG does not want its compensation rates to be a matter of public information, as the same would harm its competitiveness in the industry, nor does DG wants its business model *vis a vis* licensees to be a matter of public record for fear of other competitors stealing its novel and confidential business strategies.

7.      Colvin was paid pursuant to the terms of the LA for her work with DG and Meow.

8.      On or about January 2021, after separating her relationship with Defendants, I discovered that the OnlyFans.com account(s) owned by DG, which showcased Colvin, were taken out of Defendants control and I have a reasonable belief Colvin was responsible for the conversation of DG's OnlyFans.com account.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

9.   Plaintiff Youree Gemmill ("Gemmill") worked with Defendants from approximately mid-October 2020 until January, 19 2021.

10.   Gemmill did not have a Licensing Agreement like Colvin, but instead, upon information and belief, Gemmill and Brittanya discussed compensation and an agreement was reached with Gemmill, whereby Gemmill paid $1,000 per month on a weekly basis initially.

11.   Thereafter, Gemmill's rate of compensation was to increase after four months, but Gemmill did not last that long.

12.   Plaintiff Pathamawan Hanford ("Hanford") had a similar arrangement as Colvin, whereby she was paid a percentage basis.

13.   Hanford was offered a licensing agreement, similar in form to Colvin's, but with a different compensation agreement, but the same was never executed.

14.   Hanford executed an agreement with DG on July 14, 2020, which provided her written consent that DG had the right to take or use photographs of Hanford and released to DG all rights to the images.

15.   Hanford worked with Defendants from July 2020 until January 2021.

16.   In the early morning hours of July 15, 2021, I checked the Chase Bank accounts for DG and Meow via my mobile application and noticed that my accounts showed a negative balance.

17.   Later that day, I visited a Chase Bank branch to inquire about the balances and was advised by a Chase Bank representative that the accounts were frozen as a result of a legal proceeding.

18.   Chase Bank provided me with copies of a 21-page fax/scan, which was dated July 13, 2021, entitled "Legal Papers Fax/Scan Cover Sheet", which included a copy of the Ex Parte Motion for Order Directing the Issuance of a Prejudgment Writ of Attachment Without Notice, consisting of nine pages, and a copy of the Order with a certificate of service, as well as an Affidavit of Colvin and an unacknowledged Affidavit of attorney Michael W. Fattorosi ("Fattorosi").

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX (702) 382-5816

19.    Chase Bank did not provide me with any other court documents, including a Notice of Execution or Writ of Attachment, nor have any of the Defendants received the same.

20.    On July 16, 2021 myself and Brittanya learned that our personal accounts at Chase Bank had been frozen as well when we visited Chase Bank again.

21.    Without access to funds in the Chase Bank accounts, DG is unable to conduct business, to include paying vendors, business expenses and bills, depositing funds into the accounts or paying wages or other compensation.  Further, with the freezing of assets in our personal accounts, I am unable to access funds in Chase Bank to maintain and support my family.

Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this ___ day of July, 2021.

_____
MARCELLO RAZAVI

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX (702) 382-5816

Exhibit B

## DECLARATION OF BRITTANYA RAZAVI

Brittanya Razavi, declares as follows:

1.     I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2.     I am an officer, owner and employee of Meow Gang Production Studio, Inc. ("Meow"), a Nevada corporation with its principal place of business is Clark County, Nevada.

3.     I have two children with Marcello Razavi ("Marcello"), ages 10 and 8, of which one has been diagnosed with Autism.

4.     Marcello is an officer, owner and employee of DG Media & Entertainment Group, Inc. ("DG").

5.     Meow and DG provide, *inter alia*, services related to social media influencing/influencers and other branding, promotion and marketing services for on-line digital formats.

6.     Plaintiff Lauren Colvin ("Colvin") worked with DG and Meow as a licensee pursuant to a Licensing Agreement ("LA"). A true and correct copy of the LA is attached hereto as Exhibit B-1, but due to the confidential information contained therein, it is requested the LA be filed under seal. Specifically, Meow does not want its compensation rates to be a matter of public information, as the same would harm its competitiveness in the industry, nor does Meow wants its business model *vis a vis* licensees to be a matter of public record for fear of other competitors stealing its novel and confidential business strategies.

7.     Colvin was paid pursuant to the terms of the LA for her work with DG and Meow.

8.     Plaintiff Youree Gemmill ("Gemmill") worked with Defendants from approximately mid-October 2020 until January, 19 2021.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

9.     Gemmill did not have a licensing agreement like Colvin, but instead, Gemmill and I discussed compensation and an agreement was reached with Gemmill, whereby Gemmill paid $1,000 per month on a weekly basis initially.

10.    Thereafter, Gemmill's rate of compensation was to increase after four months, but Gemmill did not last that long.

11.    The compensation paid to Gemmill was for the content she provided for her on-line social media, which was created, branded and promoted by Defendants.

12.    Plaintiff Pathamawan Hanford ("Hanford") had a similar arrangement as Colvin, whereby she was paid on a percentage basis.

13.    Hanford worked with Defendants from July 2020 until January 2021.

14.    In the early morning hours of July 15, 2021, Marcello checked the Chase Bank accounts for DG and Meow through his mobile application and noticed that the accounts showed a negative balance.

15.    On July 15, 2021, Chase Bank provided Marcello and I with copies of a 21-page fax/scan, which was dated July 13, 2021, entitled "Legal Papers Fax/Scan Cover Sheet", which included a copy of the Ex Parte Motion for Order Directing the Issuance of a Prejudgment Writ of Attachment Without Notice, consisting of nine pages, and a copy of the Order with a certificate of service, as well as an Affidavit of Colvin and an unacknowledged Affidavit of attorney Michael W. Fattorosi ("Fattorosi").

16.    Chase Bank did not provide me with any other court documents, including a Notice of Execution or Writ of Attachment, nor have any of the Defendants received the same.

17.    On July 16, 2021 myself and Marcello learned that our personal accounts at Chase Bank had been frozen as well.

18.    Without access to funds in the Chase Bank accounts, Meow is unable to conduct business, to include paying vendors, business expenses and bills, depositing funds into the accounts or paying wages or other compensation.  Further, with the freezing of assets in our personal accounts, I am unable to access funds in Chase Bank to maintain and support my family.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State

2  of Nevada that the foregoing is true and correct.

3    Dated this __ day of July, 2021.

4

5

6    _____
     BRITTANYA RAZAVI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# Exhibit C
*Submitted In Camera*

**CSERV**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| Lauren Colvin, Plaintiff(s) | CASE NO: A-21-836019-C |
| vs. | DEPT. NO.  Department 19 |
| Brittanya Razavi, Defendant(s) | |

## <u>**AUTOMATED CERTIFICATE OF SERVICE**</u>

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Shortening Time was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 7/20/2021

| | |
|---|---|
| Suzanne Boggs | sboggs@maclaw.com |
| Nicholas Crosby | ncrosby@maclaw.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| E. Brent Bryson | EBBESQLTD@YAHOO.COM |
| E. BRYSON | ebbesqltd@yahoo.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Fattorosi | Michael@fattlegal.com |
| E. Bryson | EBBESQLTD@YAHOO.COM |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |

Michael Kuznetsky                    Mike@kuzlaw.com

Michael Kuznetsky                    Mike@kuzlaw.com

E. Bryson                            ebbesqltd@yahoo.com

# EXHIBIT I

Electronically Filed
07/27/2021 10:12 AM

CLERK OF THE COURT

1

**SAO**

2  E. BRENT BRYSON, ESQ.
   Nevada Bar No.: 004933

3  E. BRENT BRYSON, LTD.
   3202 West Charleston Blvd.

4  Las Vegas, Nevada 89102

5  PH: (702) 364-1234
   FAX: (702) 364-1442

6  Ebbesqltd@yahoo.com
   *Attorney For Plaintiffs*

7

8  MICHAEL W. FATTOROSI, ESQ.
   California State Bar No.: 193538

9  LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
   5850 Canoga Avenue, 4th Floor

10 Woodland Hills, California 91367
   michael@fattlegal.com

11 PH: (818) 710-2727
   *Pro Hac Vice Application Pending*

12

13 MICHAEL D. KUZNETSKY, ESQ.
   California State Bar No.: 241045

14 KUZNETSKY LAW GROUP, P.C.
   210 N. Pass Avenue, Suite 103

15 Burbank, California 91505
   mike@kuzlaw.com

16 PH: (818) 753-2450
   FAX: (818) 736-0999

17 *Pro Hac Vice Application Pending*

18

                    **DISTRICT COURT**

19

                  **CLARK COUNTY, NEVADA**

20

21 LAUREN COLVIN, an individual; YOUREE          Case No.: A-21-836019-C
   GEMMILL, an individual; and
22 PATHAMAWAN HANFORD, an individual,            Dept. No.: XIX

23                        Plaintiffs,           **STIPULATION AND ORDER TO
                                                VACATE COURT'S JULY 8, 2021
24              v.                               ORDER GRANTING PLAINTIFFS' EX
                                                PARTE MOTION FOR ORDER
25 BRITTANYA RAZAVI; MARCELLO                    DIRECTING THE ISSUANCE OF A
   RAZAVI; MEOW GANG PRODUCTION                  PREJUDGMENT WRIT OF
26 STUDIOS, INC.; DG MEDIA &                     ATTACHMENT WITHOUT NOTICE**
   ENTERTAINMENT GROUP, INC.; and
27 DOES 1-10 inclusive;

28                        Defendants.

1    COMES NOW, Plaintiffs, LAUREN COLVIN, YOUREE GEMMILL and

2  PATHAMAWAN HANFORD (collectively "Plaintiffs"), by and through their attorney, E. Brent

3  Bryson, Esq., of the law offices of E. Brent Bryson, Ltd., and Defendants Brittanya Razavi,

4  Marcello Razavi, Meow Gang Production Studios, Inc. and DG Media & Entertainment Group, Inc.

5

6  (collectively "Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. of

7  Marquis Aurbach Coffing, and hereby stipulate and agree that the hearing on August 3, 2021 at

8  9:30 a.m. regarding Defendants' Motion to Vacate Order or, Alternatively, Discharge Prejudgment

9  Writ of Attachment on Order Shortening Time, be vacated.

10    It is further stipulated that the Court Order of July 8, 2021 granting Plaintiffs' Ex Parte

11  Motion For Order Directing The Issuance Of A Prejudgment Writ of Attachment Without Notice is

12  hereby immediately vacated and discharged.

13

14    It is further stipulated that Defendants do not waive any right, action or claim they may

15  have as a result of the attachment, freezing or hold on their accounts caused by the July 8, 2021

16  Order.

17  DATED this 26th day of July, 2021.          DATED this 26th day of July, 2021.

18  s/ E. Brent Bryson                          s/ Nick D. Crosby
19  E. Brent Bryson, Esq.                       Nick D. Crosby, Esq.
    Nevada Bar No.: 04933                       Nevada Bar No.: 08996
20  Law Offices of E. Brent Bryson, Ltd.        Marquis Aurbach Coffing
    3202 West Charleston Blvd.                  10001 Park Run Drive
21  Las Vegas, NV 89102                         Las Vegas, NV 89145
    (702) 364-1234 Telephone                    Telephone: (702) 382-0711
22  Ebbesqltd@yahoo.com                         Facsimile: (702) 382-5816
23  Attorneys for Plaintiffs                    ncrosby@maclaw.com
                                                Attorneys for Defendants B. Razavi, M.
24                                              Razavi, Meow Gang Production Studios,
                                                Inc. and DG Media & Entertainment
25                                              Group, Inc.

26

27

28

*Case No.: A-21-836019-C*
*Colvin, et al v. Razavi, et al*

## ORDER

Based on the foregoing stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the August 3, 20212, 9:30 a.m. hearing for Defendant's Motion to Vacate Order Or, Alternatively, Discharge Prejudgment Writ Of Attachment On Oder Shortening Time is hereby vacated.

IT IS FURTHER ORDERED that this Court's July 8, 2021 Order granting Plaintiffs' Ex Parte Motion For Order Directing The Issuance Of A Prejudgment Writ of Attachment Without Notice is hereby immediately vacated and dissolved.

IT IS FURTHER ORDERED that any funds held, frozen, restricted or otherwise attached in any of the Defendants' accounts with Chase Bank shall be immediately released to Defendants and any restrictions implemented as a result of the July 8, 2021 Order shall immediately cease.

**IT IS SO ORDERED.**

Dated this 27th day of July, 2021

_____
THE HONORABLE DISTRICT COURT JUDGE
**8D9 3B9 948A D6C5**
**Crystal Eller**
**District Court Judge**

Dated: _____

Respectfully Submitted By:

*/s/ E. Brent Bryson*
E. Brent Bryson, Esq.
E. Brent Bryson, Ltd.
Nevada Bar No.: 004933
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

**100**

Re: [External] Re: [External] Fw: [External] A-21-836019-C: Colvin, et al v. Razavi, et al: Court Order [IWOV-iManage.FID1149897]

From: Nick Crosby (ncrosby@maclaw.com)

To: ebbesqltd@yahoo.com

Cc: sboggs@maclaw.com

Date: Monday, July 26, 2021, 11:48 AM PDT

Permission to e-sign and submit to the court.  Thank You,

Nick D. Crosby, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
Office: 702-942-2158

Sent from my iPhone, so please excuse any errors.

On Jul 26, 2021, at 11:34 AM, Eric Bryson <ebbesqltd@yahoo.com> wrote:

Dear Mr. Crosby,

Attached please find Mr. Bryson's stipulation to include your changes.

Please advise if further changes are required or if we have your authorization to affix your electronic signature and submit to DC Inbox Department 19.

Thank you,

Ron Hirsch
Legal Assistant to:

E. BRENT BRYSON, ESQ.
E. BRENT BRYSON, LTD.
3202 West Charleston Blvd.
Las Vegas, Nevada   89102
P: 702-364-1234
F: 702-364-1442
ebbesqltd@yahoo.com
http://www.ebrentbrysonltd.com

**Confidentiality Notice:** The information contained in this electronic transmission, is privileged and confidential and is intended only for the recipient(s) named above.  If the reader of this message is not the recipient(s) named above, or an authorized agent of such recipient(s) responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this electronic transmission in error.  Any review, dissemination, distribution, or copying of this electronic transmission including any attachments is strictly prohibited.  If you have received this electronic transmission in error, please notify the sender immediately.  Thank you.

On Monday, July 26, 2021, 08:51:26 AM PDT, Nick Crosby <ncrosby@maclaw.com> wrote:

Good Morning Brent – Attached are my redlines.  Please let me know if you have any questions or changes and let's get this wrapped up today.

Thanks,

Nick

---

**From:** Eric Bryson <ebbesqltd@yahoo.com>
**Sent:** Friday, July 23, 2021 3:59 PM
**To:** Nick Crosby <NCrosby@maclaw.com>
**Subject:** [External] Fw: [External] A-21-836019-C: Colvin, et al v. Razavi, et al: Court Order [IWOV-iManage.FID1149897]

Dear Mr. Crosby,

Please see attached for Mr. Bryson's proposed stipulation and order in this case.

Respectfully,

Ron Hirsch

Legal Assistant to:

E. BRENT BRYSON, ESQ.

E. BRENT BRYSON, LTD.

3202 West Charleston Blvd.

Las Vegas, Nevada   89102

P: 702-364-1234

F: 702-364-1442

ebbesqltd@yahoo.com

http://www.ebrentbrysonltd.com

**Confidentiality Notice:** The information contained in this electronic transmission, is privileged and confidential and is intended only for the recipient(s) named above. If the reader of this message is not the recipient(s) named above, or an authorized agent of such recipient(s) responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this electronic transmission in error. Any review, dissemination, distribution, or copying of this electronic transmission including any attachments is strictly prohibited. If you have received this electronic transmission in error, please notify the sender immediately. Thank you.

**CSERV**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

Lauren Colvin, Plaintiff(s)

vs.

Brittanya Razavi, Defendant(s)

CASE NO: A-21-836019-C

DEPT. NO.  Department 19

### <u>AUTOMATED CERTIFICATE OF SERVICE</u>

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Stipulation and Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 7/27/2021

| | |
|---|---|
| Suzanne Boggs | sboggs@maclaw.com |
| Nicholas Crosby | ncrosby@maclaw.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| E. Brent Bryson | EBBESQLTD@YAHOO.COM |
| E. BRYSON | ebbesqltd@yahoo.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Fattorosi | Michael@fattlegal.com |
| E. Bryson | EBBESQLTD@YAHOO.COM |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |

Michael Kuznetsky                    Mike@kuzlaw.com

Michael Kuznetsky                    Mike@kuzlaw.com

E. Bryson                            ebbesqltd@yahoo.com

# EXHIBIT J

Electronically Filed
7/27/2021 10:30 AM
Steven D. Grierson
CLERK OF THE COURT

1     **Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
2     Nevada Bar No. 8996
10001 Park Run Drive
3     Las Vegas, Nevada 89145
Telephone: (702) 382-0711
4     Facsimile: (702) 382-5816
ncrosby@maclaw.com
5     *Attorneys for Defendants*

6                     **DISTRICT COURT**

7                **CLARK COUNTY, NEVADA**

8     LAUREN COLVIN, an individual; YOUREE      Case No.:    A-21-836019-C
GEMMILL, an individual; and                Dept. No.:    XIX
9     PATHAMAWAN HANFORD, an individual,

10                  Plaintiffs,

11        vs.

12     BRITTANYA RAZAVI; MARCELLO
RAZAVI; MEOW GANG PRODUCTION
13     STUDIOS, INC.; DG MEDIA &
ENTERTAINMENT GROUP, INC.; and DOES
14     1-10 inclusive,

15                 Defendants.

16        **NOTICE OF ENTRY OF STIPULATION AND ORDER**

17          PLEASE TAKE NOTICE that a Stipulation and Order to Vacate Court's July 8, 2021

18 Order Granting Plaintiffs' Ex Parte Motion for Order Directing the Issuance of a Prejudgment

19 Writ of Attachment Without Notice was entered in the above-entitled matter on the 27th day of

20 July, 2021, a copy of which is attached hereto in the above-entitled matter.

21          Dated this <u>27th</u> day of July, 2021.

22

23                        MARQUIS AURBACH COFFING

24

25                        By:                       
Nick D. Crosby, Esq.
26                        Nevada Bar No. 8996
10001 Park Run Drive
27                        Las Vegas, Nevada 89145
ncrosby@maclaw.com
28                        *Attorneys for Defendants*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16631-001 4428608_1 7/27/2021 10:23 AM

**106**

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **NOTICE OF ENTRY OF STIPULATION AND**

**ORDER** was submitted electronically for filing and/or service with the Eighth Judicial District

Court on the 27ᵗʰ day of July, 2021.  Electronic service of the foregoing document shall be made

in accordance with the E-Service List as follows:[1]

E. Brent Bryson, Esq.
E. BRENT BRYSON, LTD.
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
Email: ebbesqltd.com

Michael W. Fattorosi, Esq.
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Email: michael@fattlegal.com
*Pro Hac Vice Application Pending*

Michael D. Kuznetsky, Esq.
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
Email: mike@kuzlaw.com
*Pro Hac Vice Application Pending*

*Attorneys For Plaintiffs*

I further certify that I served a copy of this document by mailing a true and correct copy

thereof, postage prepaid, addressed to:

N/A

An employee of Marquis Aurbach Coffing

---

[1] Pursuant to EDCR 8.05(a), each party who submits an E-Filed document through the E-Filing System consents to electronic service in accordance with NRCP 5(b)(2)(D).

Page 2 of 2

MAC:16631-001 4428608_1 7/27/2021 10:23 AM

ELECTRONICALLY SERVED
7/27/2021 10:12 AM

Electronically Filed
07/27/2021 10:12 AM

CLERK OF THE COURT

1
2   **SAO**
    E. BRENT BRYSON, ESQ.
    Nevada Bar No.: 004933
3   E. BRENT BRYSON, LTD.
    3202 West Charleston Blvd.
4   Las Vegas, Nevada 89102
    PH:   (702) 364-1234
5   FAX: (702) 364-1442
    Ebbesqltd@yahoo.com
6   *Attorney For Plaintiffs*
7
    MICHAEL W. FATTOROSI, ESQ.
8   California State Bar No.: 193538
    LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
9   5850 Canoga Avenue, 4th Floor
    Woodland Hills, California 91367
10  michael@fattlegal.com
    PH:   (818) 710-2727
11  *Pro Hac Vice Application Pending*
12
    MICHAEL D. KUZNETSKY, ESQ.
13  California State Bar No.: 241045
    KUZNETSKY LAW GROUP, P.C.
14  210 N. Pass Avenue, Suite 103
    Burbank, California 91505
15  mike@kuzlaw.com
    PH:   (818) 753-2450
16  FAX: (818) 736-0999
17  *Pro Hac Vice Application Pending*
18
                        **DISTRICT COURT**
19
                    **CLARK COUNTY, NEVADA**
20
21  LAUREN COLVIN, an individual; YOUREE       Case No.:  A-21-836019-C
    GEMMILL,     an     individual;     and
22  PATHAMAWAN HANFORD, an individual,         Dept. No.: XIX
23                  Plaintiffs,               **STIPULATION AND ORDER TO
                                              VACATE COURT'S JULY 8, 2021
24          v.                                ORDER GRANTING PLAINTIFFS' EX
                                              PARTE MOTION FOR ORDER
25  BRITTANYA   RAZAVI;   MARCELLO            DIRECTING THE ISSUANCE OF A
    RAZAVI; MEOW GANG PRODUCTION              PREJUDGMENT WRIT OF
26  STUDIOS,   INC.;   DG   MEDIA   &         ATTACHMENT WITHOUT NOTICE
    ENTERTAINMENT  GROUP,  INC.;  and
27  DOES 1-10 inclusive;
28                  Defendants.

COMES NOW, Plaintiffs, LAUREN COLVIN, YOUREE GEMMILL and PATHAMAWAN HANFORD (collectively "Plaintiffs"), by and through their attorney, E. Brent Bryson, Esq., of the law offices of E. Brent Bryson, Ltd., and Defendants Brittanya Razavi, Marcello Razavi, Meow Gang Production Studios, Inc. and DG Media & Entertainment Group, Inc. (collectively "Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. of Marquis Aurbach Coffing, and hereby stipulate and agree that the hearing on August 3, 2021 at 9:30 a.m. regarding Defendants' Motion to Vacate Order or, Alternatively, Discharge Prejudgment Writ of Attachment on Order Shortening Time, be vacated.

It is further stipulated that the Court Order of July 8, 2021 granting Plaintiffs' Ex Parte Motion For Order Directing The Issuance Of A Prejudgment Writ of Attachment Without Notice is hereby immediately vacated and discharged.

It is further stipulated that Defendants do not waive any right, action or claim they may have as a result of the attachment, freezing or hold on their accounts caused by the July 8, 2021 Order.

DATED this 26th day of July, 2021.

DATED this 26th day of July, 2021.

s/ E. Brent Bryson
E. Brent Bryson, Esq.
Nevada Bar No.: 04933
Law Offices of E. Brent Bryson, Ltd.
3202 West Charleston Blvd.
Las Vegas, NV 89102
(702) 364-1234 Telephone
Ebbesqltd@yahoo.com
Attorneys for Plaintiffs

s/ Nick D. Crosby
Nick D. Crosby, Esq.
Nevada Bar No.: 08996
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
Attorneys for Defendants B. Razavi, M. Razavi, Meow Gang Production Studios, Inc. and DG Media & Entertainment Group, Inc.

109

Case No.: *A-21-836019-C*
*Colvin, et al v. Razavi, et al*

## <u>ORDER</u>

Based on the foregoing stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the August 3, 20212, 9:30 a.m. hearing for Defendant's Motion to Vacate Order Or, Alternatively, Discharge Prejudgment Writ Of Attachment On Oder Shortening Time is hereby vacated.

IT IS FURTHER ORDERED that this Court's July 8, 2021 Order granting Plaintiffs' Ex Parte Motion For Order Directing The Issuance Of A Prejudgment Writ of Attachment Without Notice is hereby immediately vacated and dissolved.

IT IS FURTHER ORDERED that any funds held, frozen, restricted or otherwise attached in any of the Defendants' accounts with Chase Bank shall be immediately released to Defendants and any restrictions implemented as a result of the July 8, 2021 Order shall immediately cease.

**IT IS SO ORDERED.**

Dated this 27th day of July, 2021

THE HONORABLE DISTRICT COURT JUDGE
**8D9 3B9 948A D6C5**
**Crystal Eller**
**District Court Judge**

Dated: _____

Respectfully Submitted By:

*/s/ E. Brent Bryson*
E. Brent Bryson, Esq.
E. Brent Bryson, Ltd.
Nevada Bar No.: 004933
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

110

Re: [External] Re: [External] Fw: [External] A-21-836019-C: Colvin, et al v. Razavi, et al: Court Order [IWOV-iManage.FID1149897]

From: Nick Crosby (ncrosby@maclaw.com)

To: ebbesqltd@yahoo.com

Cc: sboggs@maclaw.com

Date: Monday, July 26, 2021, 11:48 AM PDT

Permission to e-sign and submit to the court.  Thank You,

Nick D. Crosby, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
Office: 702-942-2158

Sent from my iPhone, so please excuse any errors.

On Jul 26, 2021, at 11:34 AM, Eric Bryson <ebbesqltd@yahoo.com> wrote:

Dear Mr. Crosby,

Attached please find Mr. Bryson's stipulation to include your changes.

Please advise if further changes are required or if we have your authorization to affix your electronic signature and submit to DC Inbox Department 19.

Thank you,

Ron Hirsch
Legal Assistant to:

E. BRENT BRYSON, ESQ.
E. BRENT BRYSON, LTD.
3202 West Charleston Blvd.
Las Vegas, Nevada  89102
P: 702-364-1234
F: 702-364-1442
ebbesqltd@yahoo.com
http://www.ebrentbrysonltd.com

**Confidentiality Notice:** The information contained in this electronic transmission, is privileged and confidential and is intended only for the recipient(s) named above.  If the reader of this message is not the recipient(s) named above, or an authorized agent of such recipient(s) responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this electronic transmission in error.  Any review, dissemination, distribution, or copying of this electronic transmission including any attachments is strictly prohibited.  If you have received this electronic transmission in error, please notify the sender immediately. Thank you.

On Monday, July 26, 2021, 08:51:26 AM PDT, Nick Crosby <ncrosby@maclaw.com> wrote:

Good Morning Brent – Attached are my redlines.  Please let me know if you have any questions or changes and let's get this wrapped up today.

Thanks,

Nick

---

**From:** Eric Bryson <ebbesqltd@yahoo.com>
**Sent:** Friday, July 23, 2021 3:59 PM
**To:** Nick Crosby <NCrosby@maclaw.com>
**Subject:** [External] Fw: [External] A-21-836019-C: Colvin, et al v. Razavi, et al: Court Order [IWOV-iManage.FID1149897]

Dear Mr. Crosby,

Please see attached for Mr. Bryson's proposed stipulation and order in this case.

Respectfully,

Ron Hirsch

Legal Assistant to:

E. BRENT BRYSON, ESQ.

E. BRENT BRYSON, LTD.

3202 West Charleston Blvd.

Las Vegas, Nevada   89102

P: 702-364-1234

F: 702-364-1442

ebbesqltd@yahoo.com

http://www.ebrentbrysonltd.com

**Confidentiality Notice:** The information contained in this electronic transmission, is privileged and confidential and is intended only for the recipient(s) named above.  If the reader of this message is not the recipient(s) named above, or an authorized agent of such recipient(s) responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this electronic transmission in error.  Any review, dissemination, distribution, or copying of this electronic transmission including any attachments is strictly prohibited.  If you have received this electronic transmission in error, please notify the sender immediately. Thank you.

1

**CSERV**

2

DISTRICT COURT
CLARK COUNTY, NEVADA

3

4

5

6    Lauren Colvin, Plaintiff(s)          CASE NO: A-21-836019-C

7    vs.                                  DEPT. NO.  Department 19

8    Brittanya Razavi, Defendant(s)

9

10              <u>**AUTOMATED CERTIFICATE OF SERVICE**</u>

11          This automated certificate of service was generated by the Eighth Judicial District

12   Court. The foregoing Stipulation and Order was served via the court's electronic eFile system
     to all recipients registered for e-Service on the above entitled case as listed below:

13

     Service Date: 7/27/2021

14

15   Suzanne Boggs              sboggs@maclaw.com

16   Nicholas Crosby            ncrosby@maclaw.com

17   Michael Fattorosi          Michael@fattlegal.com

18   Michael Kuznetsky          Mike@kuzlaw.com

19
     E. Brent Bryson            EBBESQLTD@YAHOO.COM
20
     E. BRYSON                  ebbesqltd@yahoo.com
21
     Michael Fattorosi          Michael@fattlegal.com
22
23   Michael Fattorosi          Michael@fattlegal.com

24   E. Bryson                  EBBESQLTD@YAHOO.COM

25   Michael Fattorosi          Michael@fattlegal.com

26   Michael Kuznetsky          Mike@kuzlaw.com

27

28

| | | |
|---|---|---|
| Michael Kuznetsky | Mike@kuzlaw.com | |
| Michael Kuznetsky | Mike@kuzlaw.com | |
| E. Bryson | ebbesqltd@yahoo.com | |

# EXHIBIT K

DocuSign Envelope ID: 0ACEBA73-B81F-43D8-B254-B2ECE36F8FD5

Electronically Filed
8/12/2021 3:39 PM
Steven D. Grierson
CLERK OF THE COURT

1   **SUBT**
    MICHAEL A. URBAN, ESQ.
2   Nevada Bar No.: 3875
    THE URBAN LAW FIRM
3   4270 S. Decatur Blvd., Suite A-9
    Las Vegas, Nevada 89103
4   PH: (702) 968-8087
    Fax: (702) 968-8088
5   murban@theurbanlawfirm.com
    Attorney for Plaintiffs
6
    MICHAEL W. FATTOROSI, ESQ.
7   California State Bar No.: 193538
    LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
8   5850 Canoga Avenue, 4th Floor
    Woodland Hills, California 91367
9   Michael@fattlegal.com
    PH: (818) 710-2727
10  *Pro Hac Vice Application Pending*

11  MICHAEL D. KUZNETSKY, ESQ
    California State Bar No.: 241045
12  KUZNETSKY LAW GROUP, P.C.
    210 N. Pass Avenue, Suite 103
13  Burbank, California 91505
    mike@kuzlaw.com
14  PH: (818) 753-2450
    Fax: (818) 736-0999
15  *Pro Hac Vice Application Pending*

16

17
                     **DISTRICT COURT**
18
                **CLARK COUNTY, NEVADA**
19
    LAUREN COLVIN, an individual; YOUREE
20  GEMMILL, an individual; and                    CASE NO.: A-21-836019-C
    PATHAMAWAN HANFORD, an individual,
21                                                 DEPT. NO. 19
                    Plaintiffs,
22
                                                   **SUBSTITUTION OF COUNSEL**
23             v.

24  BRITTANYA RAZAVI; MARCELLO
    RAZAVI; MEOW GANG PRODUCTION
25  STUDIOS, INC., DG MEDIA &
    ENTERTAINMENT GROUP, INC., and DOES
26  1-10 inclusive;

27                  Defendants.

28  / / /

                            1

DocuSign Envelope ID: 0ACEBA73-B81F-43D8-B254-B2ECE36F8FD5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to EDCR 7.40, attorney, Michael A. Urban, Esq. of The Urban Law Firm shall substitute in as local counsel for Plaintiffs, Lauren Colvin, an individual; Youree Gemmill, and individual; and Pathamawan Hanford, an individual, in place of attorney E. Brent Bryson, Esq. of E. Brent Bryson, LTD. and E. Brent Bryson, LTD. shall withdraw as counsel in this Action.

All correspondence and filings in this matter to be sent to or served upon the Plaintiffs may be served upon and provided to The Urban Law Firm as follow:

> Michael A. Urban, Esq.
> The Urban Law Firm
> 4270 S. Decatur Blvd., Suite A-9
> Las Vegas, Nevada 89103

Mr. Urban will ensure a true and correct copy of this substitution of counsel are served upon the appearing Plaintiffs and other counsel in this matter, through counsel.

Dated: August 4, 2021

**THE URBAN LAW FIRM**

MICHAEL URBAN
Michael A. Urban, Nevada Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
PH: (702) 968-8087; Fax: (702) 968-8088
murban@theurbanlawfirm.com

Dated: August 12, 2021

**ERIC BRENT BRYSON, LTD.**

Eric Brent Bryson, Nevada Bar No. 004933
3202 West Charleston Blvd.
Las Vegas, NV 89102
PH: (702) 364-1234 Fax: (702) 364-1442
Ebbesqltd@yahoo.com

Dated: August 04, 2021

**LAW    OFFICES    OF    MICHAEL    W. FATTOROSI, P.C.**

Michael Fattorosi
Michael W. Fattorosi, California Bar No. 193438
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
PH: (818) 710-2727
michael@fattlegal.com

2

**117**

DocuSign Envelope ID: 0ACEBA73-B81F-43D8-B254-B2ECE36F8FD5

1

Dated: August 4, 2021

**KUZNETSKY LAW GROUP, P.C.**

2

Michael D. Kuznetsky, California Bar No. 241045
210 N. Pass Avenue, Suite 103
Burbank, California 91505
PH: (818) 753-2450 Fax: (818) 736-0999
mike@kuzlaw.com

3

4

5

6

Dated: August 4, 2021

**LAUREN COLVIN**

7

LAUREN COLVIN

8

Lauren Colvin
Actress
*Plaintiff*

9

10

Dated: August 4, 2021

**YOUREE GEMMILL**

11

YOUREE ELAINE GEMMILL

12

Youree Gemmill
Actress
*Plaintiff*

13

14

Dated: August 4, 2021

**PATHAMAWAN HANFORD**

15

16

Pathamawan Hanford
Actress
*Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28   196535

3

DocuSign Envelope ID: 0ACEBA73-B81F-43D8-B254-B2ECE36F8FD5

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on the 2th day of August, 2021, I electronically filed the foregoing

3   **SUBSTITUTION OF COUNSEL** with the Clerk of the Court using the Court's Odyssey

4   electronic filing system, which will send notification of such filing to the following:

5           Nick D. Crosby, Esq.
            Nevada Bar No. 8996
6           MARQUIS AUBACH COFFING
            10001 Park Run Dr.
7           Las Vegas, Nevada 89145

8

9

10          An Employee of The Urban Law Firm

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# EXHIBIT L

Electronically Filed
9/16/2021 12:50 PM
Steven D. Grierson
CLERK OF THE COURT

**MASS**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive;<br><br>          Defendants. | CASE NO.: A-21-836019-C<br><br>DEPT. NO. 11<br><br><br>**MOTION TO ASSOCIATE COUNSEL**<br><br>(Michael D. Kuznetsky and Michael W. Fattorosi)<br><br>**HEARING DATE NOT REQUESTED** |

1

**120**

1    Plaintiffs, Lauren Colvin, Youree Gemmill, and Pathamawan Hanford, hereby move the

2    Court for an order permitting Michael W. Fattorosi, Esq. and Michael D. Kuznetsky, to practice

3    in Nevada pursuant to Nevada Supreme Court Rule 42 (SCR 42).

4    This motion is supported by the attached "Verified Applications for Association of

5    Counsel" (Exhibit A); Certificates of Good Standing from the District of California (Exhibit B);

6    and the State Bar of Nevada Statements (Exhibit C).

7    Dated: September 16, 2021                    **THE URBAN LAW FIRM**

8

9                                    By:    _____*/s/ Michael A. Urban*_____
                                            Michael A. Urban, Nevada Bar No. 3875
10                                           4270 S. Decatur Blvd., Suite A-9
                                            Las Vegas, Nevada 89103
11                                           T: (702) 968-8087; F: (702) 968-8088
                                            murban@theurbanlawfirm.com
12                                           ***Counsel for Plaintiffs***

13

14

15                                  **NOTICE OF MOTION**

16   TO:    All Interested Parties; and

17   TO:    All Counsel of Record

18          PLEASE TAKE NOTICE that Plaintiffs, Lauren Colvin, Youree Gemmill, and

19   Pathamawan Hanford, will bring the foregoing MOTION TO ASSOCIATE COUNSEL on for

20   decision on the _____ day of _____, 2021, in Department 19 of the above-entitled

21   Court.

22   Dated: September 16, 2021                    **THE URBAN LAW FIRM**

23

24                                   By:    _____*/s/ Michael A. Urban*_____
                                            Michael A. Urban, Nevada Bar No. 3875
25                                           4270 S. Decatur Blvd., Suite A-9
                                            Las Vegas, Nevada 89103
26                                           T: (702) 968-8087; F: (702) 968-8088
                                            murban@theurbanlawfirm.com
27                                           ***Counsel for Plaintiffs***

28

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2021, I electronically filed the foregoing **MOTION TO ASSOCIATE COUNSEL** with the Clerk of the Court using the Court's Odyssey File and Serve electronic filing system, which will send notification of such filing to the following:

MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
PH: (818) 710-2727

MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999

NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
MARQUIS AUBACH COFFING
10001 Park Run Dr.
Las Vegas, Nevada 89145

and I hereby certify that have mailed by United States Postal Service the document to the following non-Odyssey File and Serve participants:

[none]

/s/ Kerri Carder-McCoy
An Employee of The Urban Law Firm

3

**122**

# EXHIBIT A

VAPP

# DISTRICT COURT
## CLARK COUNTY, NEVADA

LAUREN COLVIN, ET AL.,    )
)
       Plaintiff,    )
)     Case No.  A-21-836019-C
vs.              )     Dept. No.  XIX
BRITTANYA RAZAVI, ET AL.    )
)
      Defendant.    )
                   )

## VERIFIED APPLICATION FOR ASSOCIATION
## OF COUNSEL UNDER NEVADA SUPREME COURT RULE 42

Michael     Walter     Fattorosi    , Petitioner, respectfully represents:
First     Middle Name     Last

1. Petitioner resides at  Binnenrotte 295
                                           Street Address

Rotterdam 3011HB    , (None)    , Netherlands , (None)
     City          County         State     Zip Code

( 310 ) 666-3100    .
      Telephone

2. Petitioner is an attorney at law and a member of the law firm of: Law Offices of Michael W. Fattorosi, P.C.

with offices at  5850 Canoga Avenue, 4th Floor
                     Street Address

Woodland Hills    , Los Angeles    , California , 91367
    City         County        State     Zip Code

( 818 ) 710-2727    , michael@fattlegal.com    .
    Telephone               Email

3. Petitioner has been retained personally or as a member of the above named law firm by _____ Lauren Colvin, Youree Gemmill, and Pathamawan Hanford to provide legal representation in connection with the above-entitled matter now pending before the above referenced court.

4. Since December of 1997, petitioner has been, and presently is, a member of good standing of the bar of the highest court of the State of California where petitioner regularly practices law.

5. Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and/or courts of other states on the dates indicated for each, and is presently a member in good standing of the bars of said Courts:

DATE ADMITTED

U.S. District Court, Central District of California                    December 9, 1997

6. Is Petitioner currently suspended or disbarred in any court? You must answer yes or no. If yes, give particulars; e.g., court, jurisdiction, date:  No.

7. Is Petitioner currently subject to any disciplinary proceedings by any organization with authority at law? You must answer yes or no. If yes, give particulars, e.g. court, discipline authority, date, status:  No.

8. Has Petitioner ever received public discipline including, but not limited to, suspension or disbarment, by any organization with authority to discipline attorneys at law? You must answer yes or no. If yes, give particulars, e.g. court, discipline authority, date, status: _____No._____

_____

_____

9. Has Petitioner ever had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked? You must answer yes or no. If yes, give particulars, e.g. date, administrative body, date of suspension or reinstatement: ___No._____

_____

_____

10. Has Petitioner, either by resignation, withdrawal, or otherwise, ever terminated or attempted to terminate Petitioner's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings? You must answer yes or no. If yes, give particulars: ___No._____

_____

_____

11. Petitioner, or any member of petitioner's firm, has/have filed the following application(s) to appear as counsel under Nevada Supreme Court Rule 42 during the past three (3) years in the following matter(s), if none, indicate so: *(do not include Federal Pro Hacs)*

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied? |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |

(If more space is needed, you may list previous applications on a separate attachment.)

12. Nevada Counsel of Record for Petition in this matter is:
(must be the same as the signature on the Nevada Counsel consent page)

| Michael | Allan | Urban | 3875 |, |
|---|---|---|---|---|
| First Name | Middle Name | Last Name | NV Bar # | |

who has offices at ___The Urban Law Firm_____,
                                        Firm Name/Company

| 4270 S. Decatur Blvd., Suite A-9 | , | Las Vegas | , | Clark County |, |
|---|---|---|---|---|---|
| Street Address | | City | | County | |

____89103_____, (___702___) 986-8087_____.
Zip Code                          Phone Number

13. The following accurately represents the names and addresses of each party in this matter, WHETHER OR NOT REPRESENTED BY COUNSEL, and the names and addresses of each counsel of record who appeared for said parties: (You may attach as an Exhibit if necessary.)

NAME                                                              MAILING ADDRESSS

| Lauren Colvin | 125 W. 4th Street, Apt. 603, Los Angeles, CA 90013 |
|---|---|
| Youree Gemmill | 17995 Cabela Drive, San Diego, CA 92127 |
| Pathmawan Hanford | 7558 Violet Vista Avenue, Unit 101, Las Vegas, NV 89130 |

See attached for Defendants' information _____

14. Petitioner agrees to comply with the provisions of Nevada Supreme Court Rule 42(3) and (13) and Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada in accordance with provisions as set forth in SCR 42(3) and (13). Petitioner respectfully requests that Petitioner be admitted to practice in the above-entitled court FOR THE PURPOSES OF THIS MATTER ONLY.

15. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

**Exhibit 13**
**Additional Party Information**

Defendants and Defendants' Counsel

Brittanya Razavi
10300 Mystic Ledge Court
Las Vegas, NV 89149-1271

Marcello Razavi
10300 Mystic Ledge Court
Las Vegas, NV 89149-1271

Meow Gang Production Studios, Inc.
10300 Mystic Ledge Court
Las Vegas, NV 89149-1271

DG Media & Entertainment Group, Inc.
10300 Mystic Ledge Court
Las Vegas, NV 89149-1271

Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
Attorneys for Defendants, B. Razavi, M. Razavi, Meow Gang Production Studios, Inc. and DG
Media & Entertainment Group, Inc.

I,   <u>Michael Walter Fattorosi</u>   , do hereby swear/affirm under penalty of perjury that the assertions
<small>Print Petitioner Name</small>
of this application and the following statements are true:

1)      That I am the Petitioner in the above entitled matter.

2)      That I have read Supreme Court Rule (SCR) 42 and meet all requirements contained therein,
including, without limitation, the requirements set forth in SCR 42(2), as follows:

    (A)     I am not a member of the State Bar of Nevada;

    (B)     I am not a resident of the State of Nevada;

    (C)     I am not regularly employed as a lawyer in the State of Nevada;

    (D)     I am not engaged in substantial business, professional, or other activities in the
State of Nevada;

    (E)     I am a member in good standing and eligible to practice before the bar of any
jurisdiction of the United States; and

    (F)     I have associated a lawyer who is an active member in good standing of the State
Bar of Nevada as counsel of record in this action or proceeding.

2)   That I have read the foregoing application and know the contents thereof; that the same is true of
my own knowledge except as to those matters therein stated on information and belief, and as to
the matter I believe them to be true.

That I further certify that I am subject to the jurisdiction of the Courts and disciplinary boards of this
state with respect to the law of this state governing the conduct of attorneys to the same extent as a
member of the State Bar of Nevada; that I understand and shall comply with the standards of
professional conduct required by members of the State Bar of Nevada; and that I am subject to the
disciplinary jurisdiction to the State Bar of Nevada with respect to any of my actions occurring in the
course of such appearance.

DATED this _31_ day of _August_, 20_21_

_____
Petitioner/Affiant (blue ink)

STATE OF _California_ )
                                       ) ss
COUNTY OF _Los Angeles_ )

Subscribed and sworn to before me

this _31st_ day of _August_, 20_89_

_Erika S. Gómez_
Notary Public

```
ERIKA SUSANA GOMEZ
COMM. # 2246317
NOTARY PUBLIC ● CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JUNE 17, 2022
```

## DESIGNATION, CERTIFICATION AND CONSENT OF NEVADA COUNSEL

SCR 42(14)    Responsibilities of Nevada attorney of record.

(a) The Nevada attorney of record shall be responsible for and actively participate in the representation of a client in any proceeding that is subject to this rule.

(b) The Nevada attorney of record shall be present at all motions, pre-trials, or any matters in open court unless otherwise ordered by the court.

(c) The Nevada attorney of record shall be responsible to the court, arbitrator, mediator, or administrative agency or governmental body for the administration of any proceeding that is subject to this rule and for compliance with all state and local rules of practice. It is the responsibility of Nevada counsel to ensure that the proceeding is tried and managed in accordance with all applicable Nevada procedural and ethical rules.

I  Michael Allan Urban                    hereby agree to associate with Petitioner referenced hereinabove

    Print Nevada Counsel Name

and further agree to perform all of the duties and responsibilities as required by Nevada Supreme Court Rule 42.

DATED this 13 day of September, 20 21

_____
Nevada Counsel of Record (blue ink)

STATE OF Nevada                    )
                                   ) ss
COUNTY OF Clark                    )

Subscribed and sworn to before me

this 13 day of September, 20 21

Angela Buffkin
Notary Public

ANGELA BUFFKIN
Notary Public, State of Nevada
No. 19-9313-01
My Appt. Exp. Sept. 23, 2023

**BEFORE THE**

131

VAPP

# DISTRICT COURT
# CLARK COUNTY, NEVADA

|  |  |
|---|---|
| **LAUREN COLVIN, ET AL.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| **BRITTANYA RAZAVI, ET AL.** | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No.   A-21-836019-C
Dept. No.   XIX

## VERIFIED APPLICATION FOR ASSOCIATION
## OF COUNSEL UNDER NEVADA SUPREME COURT RULE 42

<u>    Michael        David        Kuznetsky  </u>, Petitioner, respectfully represents:
    First        Middle Name      Last

1.  Petitioner resides at <u>4342 Gentry Avenue, Unit 1</u>
                                  Street Address

<u>Studio City</u>    , <u>Los Angeles</u>    , <u>California</u> , <u>91604</u>
      City             County          State     Zip Code

<u>( 310 ) 254-5970</u>
         Telephone

2.  Petitioner is an attorney at law and a member of the law firm of: <u>Kuznetsky Law Group, P.C.</u>

with offices at <u>210 N. Pass Avenue, Suite 103</u>
                      Street Address

<u>Burbank</u>    , <u>Los Angeles</u>    , <u>California</u> , <u>91604</u>
      City             County          State     Zip Code

<u>( 818 ) 753-2450</u>    , <u>mike@kuzlaw.com</u>
      Telephone                Email

3.  Petitioner has been retained personally or as a member of the above named law firm by _____

Lauren Colvin, Youree Gemmill, and Pathamawan Hanford to  provide  legal  representation  in

connection with the above-entitled matter now pending before the above referenced court.

4.  Since _ October _ of _2008_, petitioner has been, and presently is, a member of good standing of

the bar of the highest court of the State of __California_____ where petitioner regularly practices

law.

5.  Petitioner was admitted to practice before the following United States District Courts, United

States Circuit Courts of Appeal, the Supreme Court of the United States, and/or courts of other states

on the dates indicated for each, and is presently a member in good standing of the bars of said Courts:

|  | DATE ADMITTED |
|---|---|
| U.S. District Court, Central District of California | October 23, 2008 |
| U.S. District Court, Southern District of California | March 5, 2013 |
| Ninth Circuit Court of Appeals | October 7, 2010 |

6.  Is Petitioner currently suspended or disbarred in any court? You must answer yes or no. If yes,

give particulars; e.g., court, jurisdiction, date:_ No. _____

_____

_____

7.  Is Petitioner currently subject to any disciplinary proceedings by any organization with authority

at law? You must answer yes or no. If yes, give particulars, e.g. court, discipline authority, date,

status:_ No. _____

_____

8. Has Petitioner ever received public discipline including, but not limited to, suspension or disbarment, by any organization with authority to discipline attorneys at law? You must answer yes or no. If yes, give particulars, e.g. court, discipline authority, date, status: _____ No. _____

_____

_____

9. Has Petitioner ever had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked? You must answer yes or no. If yes, give particulars, e.g. date, administrative body, date of suspension or reinstatement: ___ No. _____

_____

_____

10. Has Petitioner, either by resignation, withdrawal, or otherwise, ever terminated or attempted to terminate Petitioner's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings? You must answer yes or no. If yes, give particulars: ____ No. _____

_____

_____

11. Petitioner, or any member of petitioner's firm, has/have filed the following application(s) to appear as counsel under Nevada Supreme Court Rule 42 during the past three (3) years in the following matter(s), if none, indicate so: *(do not include Federal Pro Hacs)*

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied? |
|---|---|---|---|
| None. | | | |

_____

_____

(If more space is needed, you may list previous applications on a separate attachment.)

12. Nevada Counsel of Record for Petition in this matter is:

(must be the same as the signature on the Nevada Counsel consent page)

| Michael | Allan | Urban | 3875 |
|---|---|---|---|
| First Name | Middle Name | Last Name | NV Bar # |

who has offices at   The Urban Law Firm

Firm Name/Company

| 4270 S. Decatur Blvd., Suite A-9 | , | Las Vegas | , | Clark County |
|---|---|---|---|---|
| Street Address | | City | | County |

| 89103 | , | ( 702 ) 986-8087 |
|---|---|---|
| Zip Code | | Phone Number |

13. The following accurately represents the names and addresses of each party in this matter, WHETHER OR NOT REPRESENTED BY COUNSEL, and the names and addresses of each counsel of record who appeared for said parties: (You may attach as an Exhibit if necessary.)

| NAME | MAILING ADDRESSS |
|---|---|
| Lauren Colvin | 125 W. 4th Street, Apt. 603, Los Angeles, CA 90013 |
| Youree Gemmill | 17995 Cabela Drive, San Diego, CA 92127 |
| Pathmawan Hanford | 7558 Violet Vista Avenue, Unit 101, Las Vegas, NV 89130 |
| See attached for Defendants' information | |

14. Petitioner agrees to comply with the provisions of Nevada Supreme Court Rule 42(3) and (13) and Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada in accordance with provisions as set forth in SCR 42(3) and (13). Petitioner respectfully requests that Petitioner be admitted to practice in the above-entitled court FOR THE PURPOSES OF THIS MATTER ONLY.

15. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

## Exhibit 13
## Additional Party Information

Defendants and Defendants' Counsel

Brittanya Razavi
10300 Mystic Ledge Court
Las Vegas, NV 89149-1271

Marcello Razavi
10300 Mystic Ledge Court
Las Vegas, NV 89149-1271

Meow Gang Production Studios, Inc.
10300 Mystic Ledge Court
Las Vegas, NV 89149-1271

DG Media & Entertainment Group, Inc.
10300 Mystic Ledge Court
Las Vegas, NV 89149-1271

Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
Attorneys for Defendants, B. Razavi, M. Razavi, Meow Gang Production Studios, Inc. and DG
Media & Entertainment Group, Inc.

I, __Michael David Kuznetsky__ , do hereby swear/affirm under penalty of perjury that the assertions
<span style="font-size:small">Print Petitioner Name</span>

of this application and the following statements are true:

1)      That I am the Petitioner in the above entitled matter.

2)      That I have read Supreme Court Rule (SCR) 42 and meet all requirements contained therein,

including, without limitation, the requirements set forth in SCR 42(2), as follows:

         (A)     I am not a member of the State Bar of Nevada;

         (B)     I am not a resident of the State of Nevada;

         (C)     I am not regularly employed as a lawyer in the State of Nevada;

         (D)     I am not engaged in substantial business, professional, or other activities in the
State of Nevada;

         (E)     I am a member in good standing and eligible to practice before the bar of any
jurisdiction of the United States; and

         (F)     I have associated a lawyer who is an active member in good standing of the State
Bar of Nevada as counsel of record in this action or proceeding.

2)   That I have read the foregoing application and know the contents thereof; that the same is true of
my own knowledge except as to those matters therein stated on information and belief, and as to
the matter I believe them to be true.

That I further certify that I am subject to the jurisdiction of the Courts and disciplinary boards of this
state with respect to the law of this state governing the conduct of attorneys to the same extent as a
member of the State Bar of Nevada; that I understand and shall comply with the standards of
professional conduct required by members of the State Bar of Nevada; and that I am subject to the
disciplinary jurisdiction to the State Bar of Nevada with respect to any of my actions occurring in the
course of such appearance.

DATED this _8th_ day of _September_ , 20 21

_____
Petitioner/Affiant (blue ink)

STATE OF _California_ )
) ss
COUNTY OF _Los Angeles_ )

Subscribed and sworn to before me

this _8th_ day of _September_ , 20 21

_Erika S Gomez_ _____
Notary Public

ERIKA SUSANA GOMEZ
COMM. # 2246317
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JUNE 17, 2022

138

## DESIGNATION, CERTIFICATION AND CONSENT OF NEVADA COUNSEL

SCR 42(14)   Responsibilities of Nevada attorney of record.

(a) The Nevada attorney of record shall be responsible for and actively participate in the representation of a client in any proceeding that is subject to this rule.

(b) The Nevada attorney of record shall be present at all motions, pre-trials, or any matters in open court unless otherwise ordered by the court.

(c) The Nevada attorney of record shall be responsible to the court, arbitrator, mediator, or administrative agency or governmental body for the administration of any proceeding that is subject to this rule and for compliance with all state and local rules of practice. It is the responsibility of Nevada counsel to ensure that the proceeding is tried and managed in accordance with all applicable Nevada procedural and ethical rules.

I _Michael Allan Urban_____ hereby agree to associate with Petitioner referenced hereinabove

          Print Nevada Counsel Name

and further agree to perform all of the duties and responsibilities as required by Nevada Supreme Court Rule 42.

DATED this 13 day of September, 20 21

_____
Nevada Counsel of Record (blue ink)

STATE OF Nevada_____ )
                                  ) ss
COUNTY OF Clark_____ )

Subscribed and sworn to before me

this 13 day of September, 20 21

_Angela Buffkin_____
Notary Public

ANGELA BUFFKIN
Notary Public, State of Nevada
No. 19-9313-01
My Appt. Exp. Sept. 23, 2023

139

# EXHIBIT B

# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

September 3, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL WALTER FATTOROSI, #193538 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1997 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records

**141**

**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

September 3, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL DAVID KUZNETSKY, #241045 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 2005 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records

142

# EXHIBIT C

STAT

# DISTRICT COURT
## CLARK COUNTY, NEVADA

Case No. A-21-836019-C
Dept. No. XIX

Lauren Colvin

vs.

Brittanya Razavi

_____/

## STATE BAR OF NEVADA STATEMENT PURSUANT TO SUPREME COURT RULE 42(3)(b)

THE STATE BAR OF NEVADA, in response to the application of Petitioner, submits the following statement pursuant to SCR42(3):

SCR42(6)**Discretion.**  The granting or denial of a motion to associate counsel pursuant to this rule by the court is discretionary.  The court, arbitrator, mediator, or administrative or governmental hearing officer may revoke the authority of the person permitted to appear under this rule. Absent special circumstances, repeated appearances by any person or firm of attorneys pursuant to this rule shall be cause for denial of the motion to associate such person.

    (a)     **Limitation.**  It shall be presumed, absent special circumstances, and only upon showing of good cause, that more than 5 appearances by any attorney granted under this rule in a 3-year period is excessive use of this rule.

    (b)     **Burden on applicant.**  The applicant shall have the burden to establish special circumstances and good cause for an appearance in excess of the limitation set forth in subsection 6(a) of this rule. The applicant shall set forth the special circumstances and good cause in an affidavit attached to the original verified application.

1. DATE OF APPLICATION: <u>9/14/2021</u>

2. APPLYING ATTORNEY: <u>Michael Walter Fattorosi, Esq.</u>

///
///
///

3. FIRM NAME AND ADDRESS: <u>Law Office of Michael W. Fattorosi, 5850 Canoga Avenue, 4th Floor, Woodland Hills, CA 91367</u>

4. NEVADA COUNSEL OF RECORD: <u>Michael Allan Urban, Esq., The Urban Law Firm, 4270 S. Decatur Blvd., Suite A-9, Las Vegas, NV 89103</u>

5. There is no record of previous applications for appearance by petitioner within the past three (3) years.

DATED this September 14, 2021

_____
Suzy Moore
Member Services Admin.
Pro Hac Vice Processor
STATE BAR OF NEVADA

145

1  STAT

2

3                              **DISTRICT COURT**
                              **CLARK COUNTY, NEVADA**

4
                              Case No. A-21-836019-C
5                                Dept. No. XIX

6

7  Lauren Colvin

8  vs.

9  Brittanya Razavi
   _____/

10
   __STATE BAR OF NEVADA STATEMENT PURSUANT TO SUPREME COURT RULE__
11                             __42(3)(b)__

12

13       THE STATE BAR OF NEVADA, in response to the application of
   Petitioner, submits the following statement pursuant to SCR42(3):

14
   SCR42(6)**Discretion.**   The granting or denial of a motion to associate
15  counsel pursuant to this rule by the court is discretionary.   The
   court, arbitrator, mediator, or administrative or governmental
16  hearing officer may revoke the authority of the person permitted to
   appear under this rule. Absent special circumstances, repeated
17  appearances by any person or firm of attorneys pursuant to this rule
   shall be cause for denial of the motion to associate such person.
18

19       (a)      **Limitation.**   It shall be presumed, absent special
                  circumstances, and only upon showing of good cause, that
20                more than 5 appearances by any attorney granted under
                  this rule in a 3-year period is excessive use of this
21                rule.
        (b)      **Burden on applicant.**   The applicant shall have the
22                burden to establish special circumstances and good cause
                  for an appearance in excess of the limitation set forth
23                in subsection 6(a) of this rule. The applicant shall set
                  forth the special circumstances and good cause in an
24                affidavit attached to the original verified application.

25    1. DATE OF APPLICATION: 9/14/2021

26
      2. APPLYING ATTORNEY: Michael David Kuznetsky, Esq.
27  ///
    ///
28  ///

                                                                    **146**

3. FIRM NAME AND ADDRESS: <u>Kuznetsky Law Group, P.C., 210 N. pass Avenue, Suite 103, Burbank, CA 91604</u>

4. NEVADA COUNSEL OF RECORD: <u>Michael Allan Urban, Esq., The Urban Law Firm, 4270 S. Decatur Blvd., Suite A-9, Las Vegas, NV 89103</u>

5. There is no record of previous applications for appearance by petitioner within the past three (3) years.

DATED this September 14, 2021

                                      _____
Suzy Moore
Member Services Admin.
Pro Hac Vice Processor
STATE BAR OF NEVADA

# PROPOSED ORDER (FATTOROSI)

**OGM**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | CASE NO.: A-21-836019-C |
| | DEPT. NO. 11 |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO ASSOCIATE COUNSEL** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | (Michael Fattorosi) |
| Defendants. | |

1

1

2

**ORDER ADMITTING TO PRACTICE**

3     **MICHAEL W. FATTOROSI, ESQ.**, having filed his Motion to Associate Counsel

4 under Nevada Supreme Court Rule 42, together with a Verified Application for Association of

5 Counsel, a Certificate of Good Standing for the state of California and the State Bar of California

6 Statement; said application having been noticed, no objections having been made, and the Court

7 being fully apprised in the premises, and good cause appearing, it is hereby

8     **ORDERED**, that said application is hereby granted, and **MICHAEL W. FATTOROSI,**

9 **ESQ.** is hereby admitted to practice in the above entitled Court for the purposes of the above

10 entitled matter only.

11     Dated this _____ day of _____, 2021.

12

13

14                                                    _____

15                                                    DISTRICT JUDGE

16

17

Submitted by:

18 **THE URBAN LAW FIRM**

19

20 _/s/ Michael A. Urban_____
   Michael A. Urban, Nevada Bar No. 3875

21 4270 S. Decatur Blvd., Suite A-9
   Las Vegas, Nevada 89103

22 T: (702) 968-8087; F: (702) 968-8088
   murban@theurbanlawfirm.com

23 **_Counsel for Plaintiffs_**

24

25

26

27

28

2

# PROPOSED ORDER (KUZNETSKY)

**OGM**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
  (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
  *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | CASE NO.: A-21-836019-C |
| | DEPT. NO. 11 |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO ASSOCIATE COUNSEL** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | (Michael Kuznetsky) |
| Defendants. | |

1

1

2

**ORDER ADMITTING TO PRACTICE**

3       **MICHAEL D. KUZNETSKY, ESQ.**, having filed his Motion to Associate Counsel

4 under Nevada Supreme Court Rule 42, together with a Verified Application for Association of

5 Counsel, a Certificate of Good Standing for the state of California and the State Bar of California

6 Statement; said application having been noticed, no objections having been made, and the Court

7 being fully apprised in the premises, and good cause appearing, it is hereby

8       **ORDERED**, that said application is hereby granted, and **MICHAEL D. KUZNETSKY,**

9 **ESQ.** is hereby admitted to practice in the above entitled Court for the purposes of the above

10 entitled matter only.

11       Dated this _____ day of _____, 2021.

12

13

14

           _____

15              DISTRICT JUDGE

16

17

Submitted by:

18 **THE URBAN LAW FIRM**

19

20 */s/ Michael A. Urban*_____
Michael A. Urban, Nevada Bar No. 3875

21 4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

22 T: (702) 968-8087; F: (702) 968-8088
murban@theurbanlawfirm.com

23 ***Counsel for Plaintiffs***

24

25

26

27

28

2

# EXHIBIT M

Electronically Filed
9/17/2021 7:50 AM
Steven D. Grierson
CLERK OF THE COURT

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**
**\*\*\*\***

| | |
|---|---|
| Lauren Colvin, Plaintiff(s) | Case No.:   A-21-836019-C |
| vs. | |
| Brittanya Razavi, Defendant(s) | Department 11 |

## <u>NOTICE OF HEARING</u>

Please be advised that the Plaintiffs' Motion to Associate Counsel in the above-entitled matter is set for hearing as follows:

**Date:**      October 22, 2021

**Time:**      Chambers

**Location:**   Chambers
              Regional Justice Center
              200 Lewis Ave.
              Las Vegas, NV 89101

**NOTE: Under NEFCR 9(d), if a party is not receiving electronic service through the Eighth Judicial District Court Electronic Filing System, the movant requesting a hearing must serve this notice on the party by traditional means.**

STEVEN D. GRIERSON, CEO/Clerk of the Court

By:   /s/ Chaunte Pleasant
      Deputy Clerk of the Court

### CERTIFICATE OF SERVICE

I hereby certify that pursuant to Rule 9(b) of the Nevada Electronic Filing and Conversion Rules a copy of this Notice of Hearing was electronically served to all registered users on this case in the Eighth Judicial District Court Electronic Filing System.

By:   /s/ Chaunte Pleasant
      Deputy Clerk of the Court

**154**

# EXHIBIT N

Electronically Filed
9/24/2021 1:38 PM
Steven D. Grierson
CLERK OF THE COURT

**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendants*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | Case No.:  A-21-836019-C<br>Dept. No.:  XI |
| Plaintiffs, | |
| vs. | |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC.; DG MEDIA & ENTERTAINMENT GROUP, INC.; and DOES 1-10 inclusive, | |
| Defendants. | |

## DEFENDANTS' OPPOSITION TO MOTION TO ASSOCIATE COUNSEL

Defendants, Brittanya Razavi ("Brittanya"), Marcello Razavi ("Marcello"), Meow Gang Production Studios, Inc. ("Meow"), and DG Media & Entertainment Group, Inc. ("DG") (collectively "Defendants"), by and through their attorneys of record, Nick D. Crosby, Esq., with the law firm of Marquis Aurbach Coffing, hereby files this Opposition to Plaintiffs' Motion to Associate Counsel in the above-referenced matter.

/ / /

/ / /

/ / /

/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC:16631-001 4488927_1

**155**

1   This Opposition is made and based upon the attached Memorandum of Points and

2   Authorities, all pleadings and papers on file herein, and any oral argument allowed at the time of

3   the hearing.

4   Dated this 24th day of September, 2021.

5

6   MARQUIS AURBACH COFFING

7

8   By:   /s/ Nick D. Crosby
        Nick D. Crosby, Esq.
9       Nevada Bar No. 8996
        10001 Park Run Drive
10      Las Vegas, Nevada 89145
        *Attorneys for Defendants*

11   **MEMORANDUM OF POINTS AND AUTHORITIES**

12   **I.     INTRODUCTION**

13   Plaintiffs' Motion to Associate Counsel should be denied because out-of-state counsel

14   appeared in this matter prior to approval from the Court, in violation of SCR 42.  Indeed, prior to

15   current local counsel's appearance in the case, attorney Michael Fattorosi, Esq. ("Fattorosi")

16   filed an affidavit in support of an Ex Parte Motion for Writ of Attachment Without Notice.

17   Fattorosi was not approved by the Court to make such an appearance and, as a result of his

18   representations, the Court erroneously issued a prejudgment writ of attachment which violated

19   Nevada law.  Counsel failed to secure a bond for the prejudgment writ of attachment and did not

20   – in any meaningful way – comply with Nevada law regarding writs of attachment or

21   garnishment.  For these reasons, the Motion to Associate Counsel, as it relates to Fattorosi,

22   should be denied.

23   **II.    STATEMENT OF RELEVANT FACTS**

24   The lawsuit is a dispute between three licensees (the Plaintiffs) and Defendant DG and

25   Meow.  Plaintiffs filed a Complaint against the Defendants, then moved for an Ex Parte Writ of

26   Attachment Without Notice.  Despite the fact Plaintiffs did not comply with chapter 31 of

27   Nevada Revised Statute in obtaining a writ of attachment, the Court issued an order directing the

28   issuance of a writ of attachment.  Plaintiffs did not file a notice of written undertaking with the

Page 2 of 5

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC:16631-001 4488927_1

156

Court, which is required by Nevada Revised Statute 31.030.  Despite their non-compliance with the statute, Plaintiffs then served the order directing the issuance of a writ of attachment upon Chase Bank, subsequently freezing all of Defendants' bank accounts with Chase Bank.

In support of the Ex Parte Motion for Writ of Attachment Without Notice ("Writ Motion"), Fattorosi submitted an affidavit.  (**Exhibit A**).  In the Affidavit, Fattorosi identified himself as "an attorney for the Plaintiffs, in the foregoing action" and alleged factual allegations in support of the Writ Motion.  (Id. Afft. Fattorosi, ¶ 1).  Notably, Fattorosi alleged (without any evidence) that the Defendants purchased four properties and transferred the properties into trust "to shied themselves from their personal liability."  (Id. at ¶ 3).

Plaintiffs' prior local counsel, E. Brent Bryson, Esq., refused to discharge the unlawful writ of attachment, despite his acknowledgement that Plaintiffs failed to comply with the statute governing the issuance of writs of attachment and garnishment.  It was not until Defendants filed a Motion to Discharge the Writ of Attachment that Plaintiffs' counsel, Mr. Bryson, agreed to release the unlawful writ of attachment.

### III.   LEGAL ARGUMENT

Nevada Supreme Court Rule 42 governs the practice of law by attorneys not licensed in Nevada.  In addition to the filing and verification requirements set forth in SCR 42, the Rule clearly states, in relevant part:

> 5.   **Appearances by out-of-state counsel.**  An applicant ***shall not appear in a proceeding subject to this rule until the court***, arbitrator, mediator, or administrative or governmental agency where the action is pending enters an order granting the motion to associate.

SCR 42(5) (emphasis added).

Here, Fattorosi undoubtedly appeared in this proceeding prior to the entry of an order granting any motion to associate.  Indeed, the instant Motion was not filed until 3 months after Fattorosi first appeared before this Court through his Affidavit in Support of Ex Parte Motion for Prejudgment Writ of Attachment Without Notice. As such, Fattorosi violated SCR 42 – the very rule relied upon in the Motion – and he should not be allowed to practice in this matter.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC:16631-001 4488927_1

1    Certainly Mr. Bryson (former local counsel) was aware of the requirements of SCR 42, yet he

2    allowed Fattorosi to appear before this Court, nonetheless, without first obtaining permission

3    from this Court.  Given the foregoing, Defendants respectfully request the Motion be denied as it

4    relates to Fattorosi.

5    **IV.    <u>CONCLUSION</u>**

6          Fattorosi appeared in this matter via an affidavit in support of the Writ Motion – an

7    appearance which resulted in the unlawful issuance and execution of a writ of attachment.  At the

8    time the Affidavit was submitted to the Court, Fattorosi had not been given permission from the

9    Court to appear and, therefore, violated SCR 42(5), in addition to violating Nevada Revised

10   Statute chapter 31.  For the foregoing reasons, the Motion to Associate Counsel should be denied

11   as it relates to Fattorosi.

12         Dated this 24th day of September, 2021.

13

14                                             MARQUIS AURBACH COFFING

15

16                                             By:     /s/ Nick D. Crosby
                                                    Nick D. Crosby, Esq.
17                                                  Nevada Bar No. 8996
                                                    10001 Park Run Drive
18                                                  Las Vegas, Nevada 89145
                                                    *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing **<u>DEFENDANTS' OPPOSITION TO MOTION TO ASSOCIATE COUNSEL</u>** was submitted electronically for filing and/or service with the Eighth Judicial District Court on the 24th day of September, 2021.  Electronic service of the foregoing document shall be made in accordance with the E-Service List as follows:[1]

Michael W. Fattorosi, Esq.
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Email: michael@fattlegal.com
*Pro Hac Vice Application Pending*

Michael D. Kuznetsky, Esq.
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
Email: mike@kuzlaw.com
*Pro Hac Vice Application Pending*


Michael A. Urban, Esq.
THE URBAN LAW FIRM
4270 So. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
(702) 968-8087
Email: murban@theurbanlawfirm.com

*Attorneys For Plaintiffs*


I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to:

N/A


_____/s/ Rosie Wesp_____
an employee of Marquis Aurbach Coffing

---

[1] Pursuant to EDCR 8.05(a), each party who submits an E-Filed document through the E-Filing System consents to electronic service in accordance with NRCP 5(b)(2)(D).

Page 5 of 5

MAC:16631-001 4488927_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Exhibit A

Electronically Filed
6/10/2021 2:01 PM
Steven D. Grierson
CLERK OF THE COURT

1   **EXMT (CIV)**
    E. BRENT BRYSON, ESQ.
2   Nevada Bar No.: 004933
    E. BRENT BRYSON, LTD.
3   3202 West Charleston Blvd.
    Las Vegas, Nevada 89102
4   PH:    (702) 364-1234
    FAX:  (702) 364-1442
5   Ebbesqltd@yahoo.com
    *Attorneys For Plaintiffs*
6
    MICHAEL W. FATTOROSI, ESQ.
7   California State Bar No.: 193538
    LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
8   5850 Canoga Avenue, 4th Floor
    Woodland Hills, California 91367
9   michael@fattlegal.com
    PH:    (818) 710-2727
10  *Pro Hac Vice Application Pending*

11  MICHAEL D. KUZNETSKY, ESQ.
    California State Bar No.: 241045
12  KUZNETSKY LAW GROUP, P.C.
    210 N. Pass Avenue, Suite 103
13  Burbank, California 91505
    mike@kuzlaw.com
14  PH:    (818) 753-2450
    FAX:  (818) 736-0999
15  *Pro Hac Vice Application Pending*

16                          **DISTRICT COURT**

17                      **CLARK COUNTY, NEVADA**

18

19  LAUREN  COLVIN,  an  individual;      Case No.: A-21-836019-C
    YOUREE GEMMILL, an individual;
20  and  PATHAMAWAN  HANFORD,             Dept. No.: XIX
    an individual,
21
                    Plaintiffs,
22
        v.
23                                        **EX PARTE MOTION FOR ORDER
    BRITTANYA          RAZAVI;            DIRECTING THE ISSUANCE OF A
24  MARCELLO   RAZAVI;   MEOW             PREJUDGMENT WRIT OF ATTACHMENT
    GANG  PRODUCTION  STUDIOS,            WITHOUT NOTICE**
25  INC.;      DG     MEDIA     &
    ENTERTAINMENT GROUP, INC.;
26  and DOES 1-10 inclusive;

27                  Defendants.
    ///
28
    ///

COMES NOW, Plaintiffs, LAUREN COLVIN (hereinafter "Colvin"), YOUREE GEMMILL (hereinafter "Gemmill"), and PATHAMAWAN HANFORD (hereinafter "Hanford"), by and through their attorneys, E. Brent Bryson, Esq., of the law offices of E. Brent Bryson, Ltd., Michael W. Fattorosi, Esq. of Michael W. Fattorosi, P.C., and Michael Kuznetsky, Esq., of Kuznetsky Law Group, P.C., and move this court, without notice and hearing, pursuant to NRS Chapter 31, for an order directing the issuance of a prejudgment writ of attachment without notice. This Motion is made and based upon the following Memorandum of Points and Authorities and the Affidavits of Plaintiff, Lauren Colvin and Michael W. Fattorosi, Esq.

DATED this 10th day of June, 2021.

E. BRENT BRYSON, LTD.

By: /s/ E. Brent Bryson
    E. BRENT BRYSON, ESQ.
    Nevada Bar No.: 4933
    3202 West Charleston Blvd.
    Las Vegas, NV 89102
    *Attorney for Plaintiffs*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    FACTS

This is an action brought by the Plaintiffs against the Defendants as a result of the Defendants' wrongfully taking monies that rightfully belonged to the Plaintiffs.

That from approximately July 2020 to January 2021, Defendant, Brittanya Razavi (hereinafter "Brittanya"), aided and abetted by Defendants Marcello Razavi, Meow Gang Production Studios, Inc., and DG Media & Entertainment Group, Inc., fraudulently embezzled all net income earned by Plaintiffs. In particular, Defendants embezzled $473,445.10 from Colvin, $38,086.02 from Gemmill, and $52,862.09 from Hanford. When the fraud was discovered, Brittanya terminated all contact with the Plaintiffs and refused to return the embezzled funds. As

1

such, Defendants, and each of them, are liable for fraud, conversion, and unjust enrichment which may include a recovery of punitive damages under NRS 42.005(1) and attorneys' fees. Plaintiffs in this matter seeks compensatory and punitive damages totaling $2,584,728.51. Additionally, Plaintiffs have recently learned the Defendants are in the process of searching for real estate to purchase worth approximately four million dollars ($4,000,000) cash. Such cash payment it is asserted upon information and belief would include all of the money embezzled from Plaintiffs.

## II.   STATEMENT OF LAW

NRS 31.017 authorizes this Court to order the Clerk to issue a writ of attachment, without notice and hearing. NRS 31.017 states in pertinent part:

> The court may order the writ of attachment issued without notice to the defendant only in the following cases:
>
> . . .
>
> (3)   In an action for the recovery of the value of personal property, where such personal property is owned by the plaintiff and has been taken or converted by the defendant without the consent of the plaintiff.
>
> . . .
>
> (5)   Where the defendant is about to give, assign, hypothecate, pledge, dispose of or conceal the defendant's money or property or any part thereof and the defendant's money or property remaining in this State or that remaining unconcealed will be insufficient to satisfy the plaintiff's claim.
>
> (6)   In an action for the recovery of money or property, or the proceeds thereof, obtained from the plaintiff by the defendant through embezzlement, forgery, larceny or extortion.

In the instant case, a prejudgment Writ of Attachment is necessary to preserve Plaintiffs' rights because Defendants are actively seeking to spend all of their available cash and all funds embezzled from Plaintiffs, which would make Defendants judgment-proof and deprive Plaintiffs of a recovery. A prejudgment Writ of Attachment is expressly authorized by three separate and disjunctive subsections of NRS 31.017, in that (1) Plaintiffs seek to recover a specific amount of funds converted by Defendants (subsection 3); (2) Defendants are about to hypothecate/dispose of Plaintiffs' money to purchase real estate (subsection 5); and (3) Plaintiffs seek to recover funds that

2

1   were fraudulently embezzled from them (subsection 6).

2       In particular, Plaintiffs are concerned with the money within Defendants' bank accounts

3   located at Chase Bank, as well as real property located in Las Vegas.

4       The attached Affidavit of Plaintiff Lauren Colvin meets the requirement of NRS 31.020(2).

5

6                                    **CONCLUSION**

7       Based upon the foregoing, Plaintiffs respectfully request that the Court order a Writ of

8   Attachment to issue and attach property located within the greater metropolitan area of Las Vegas,

9   Nevada, bank accounts and/or safety deposit boxes, including, but not limited to, Chase Bank, in

10  the names of Brittanya Razavi, Marcello Razavi, Meow Gang Production Studios, Inc., DG Media

11  & Entertainment Group, Inc., and any entities which either Brittanya Razavi and/or Marcello

12  Razavi directs or is a signatory upon.

13

14      DATED this 10th day of June, 2021.

15                              E. BRENT BRYSON, LTD.

16                              By: /s/ E. Brent Bryson
                                    E. BRENT BRYSON, ESQ.
17                                  Nevada Bar No.: 4933
                                    3202 West Charleston Blvd.
18                                  Las Vegas, NV 89102
                                    *Attorneys for Plaintiffs*
19

20

21

22

23

24

25

26

27

28

## AFFIDAVIT OF PLAINTIFF LAUREN COLVIN

STATE OF NEVADA     )
                         ) ss:

COUNTY OF CLARK     )

Lauren Colvin, being first duly sworn, under penalty of perjury, deposes and says:

1.     That Affiant is a Plaintiff in an action now pending in the Eighth Judicial District Court, Clark County, Nevada. That Affiant makes this Affidavit of facts personally known by her and to which she would be competent to testify in a court of law.

2.     During the period of July 2020 to January 2021, Affiant worked with Brittanya Razavi for the purposes of creating, promoting and exploiting pornographic content of affiant on the OnlyFans website. Pursuant to our agreement, Razavi was to earn a commission of 50% of all net income earned from affiant's OnlyFans account. However, after Razavi set up the account, she refused to give me access or even show me the accountings of what was earned. Subsequently Razavi fraudulently embezzled all net income directly into her and/or the other Defendants bank accounts, including at Chase Bank.

3.     During the period of July 2020 to January 2021, Brittanya Razavi, aided and abetted by Marcello Razavi, Meow Gang Production Studios, Inc., and DG Media & Entertainment Group, Inc., embezzled 100% of the net income earned by Affiant from OnlyFans by directly transferring it into Defendants' bank accounts, including at Chase Bank. Such total net income earned by Affiant was worth $946,890.20.

4.     When Affiant contacted Razavi about the embezzled amounts, Razavi terminated all contact with affiant.

5.     Said money of Affiant has been and continues to be wrongfully detained. Therefore, Affiant has a valid claim for fraud, conversion, and unjust enrichment.

6.     On or about August 2020, Affiant learned that Brittanya and Marcelo Razavi are actively looking to purchase residential real estate in Las Vegas, Nevada, for cash, worth approximately four million dollars.

4

7.    To the best of Affiant's knowledge, Brittanya and Marcelo Razavi intend to use all the money embezzled from affiant and the other Plaintiffs in this case to purchase property for four million dollars. Upon information and belief, the ownership of such property will then be transferred into a trust.

**FURTHER, AFFIANT SAYETH NAUGHT.**

LAUREN COLVIN

Subscribed and sworn to before me

this ___ day of _____, 2021.

_____
Notary Public in and for said
County and State

5

**166**

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 2 day of June,

20 21 by Lauren Colvin

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Sandra R. Herrera_
Signature                    (Seal)

SANDRA R HERRERA
Notary Public - California
Los Angeles County
Commission # 2349586
My Comm. Expires Mar 1, 2025

---

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit of
(Title or description of attached document)

Plaintiff Lauren Colvin
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

_____
Additional Information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

167

## AFFIDAVIT OF MICHAEL W. FATTOROSI, ESQ.

STATE OF NEVADA      )
                     ) ss:
COUNTY OF CLARK      )

Michael W. Fattorosi, being first duly sworn, under penalty of perjury, deposes and says:

That he is an attorney licensed to practice law in the State of California and his application to appear in this action *pro hac vice* is following.

1.      That your Affiant is an attorney with the law firm of Law Offices of Michael W. Fattorosi, P.C. and is an attorney for Plaintiffs, in the foregoing action; that your Affiant has personal knowledge of the facts stated herein and is competent to testify to the same and this Affidavit is submitted in support of the foregoing Motion.

2.      To the best of Affiant's knowledge, during the period of July 2020 to January 2021, Brittanya Razavi, aided and abetted by Marcello Razavi, Meow Gang Production Studios, Inc., and DG Media & Entertainment Group, Inc., embezzled 100% of the net income earned by Plaintiffs Lauren Colvin, Youree Gemmill, and Pathamawan Hanford by directly transferring monies into Defendants' bank accounts, including at Chase Bank.  Such total net income embezzled was worth $946,890.20.

3.      Brittanya and Marcelo Razavi have purchased and own at least four residential properties in Las Vegas Nevada.  To the best of Affiant's knowledge, each of these properties were purchased in cash and initially transferred into a trust to shield them from their personal liability. Such properties include the following:

a.      8956 Aurora Bay Court, Las Vegas, Nevada; currently owned by Razavi Brittanya McCall Revocable Living Trust dated April 1, 2019, for which Brittany Razavi is the trustee;

///

6

b.      9303 Gilcrease Avenue, Unit 1, Las Vegas, Nevada; currently owned by Razavi Brittanya McCall Revocable Living Trust dated April 1, 2019, for which Brittany Razavi is the trustee;

c.      9522 Michelle Falls Avenue, Las Vegas, Nevada; previously owned by The Brittanya McCall Razavi Revocable Spenthrift Trust dated April 1, 2019, for which Brittany Razavi was the trustee; and currently owned by 3725 Seneca Highlands LLC, a Nevada limited liability company, for which Brittanya Razavi is the managing member; and

d.      10550 West Alexander Road, Unit 2130, Las Vegas, Nevada; currently owned by Family Faith Fortune Irrevocable Trust, dated April 28, 2017, with Marcello Razavi listed as a trustee.

**FURTHER, AFFIANT SAYETH NAUGHT.**

MICHAEL W. FATTOROSI

7

169

# EXHIBIT O

Electronically Filed
9/30/2021 11:57 AM
Steven D. Grierson
CLERK OF THE COURT

1

**RIS**
MICHAEL A. URBAN, ESQ.

2
Nevada Bar No.: 3875
THE URBAN LAW FIRM

3
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103

4
PH: (702) 968-8087
Fax: (702) 968-8088

5
murban@theurbanlawfirm.com
Attorney for Plaintiffs

6

7
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538, *Pro Hac Vice application pending*
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.

8
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367

9
michael@fattlegal.com
PH:    (818) 710-2727

10

11
MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045, *Pro Hac Vice application pending*
KUZNETSKY LAW GROUP, P.C.

12
210 N. Pass Avenue, Suite 103
Burbank, California 91505

13
mike@kuzlaw.com
PH:    (818) 753-2450

14
FAX:  (818) 736-0999

15

**DISTRICT COURT**

16

**CLARK COUNTY, NEVADA**

17
LAUREN COLVIN, YOUREE GEMMILL,
and PATHAMAWAN HANFORD,

18

19
            Plaintiffs,

20
        v.

21
BRITTANYA RAZAVI; MARCELLO
RAZAVI; MEOW GANG PRODUCTION

22
STUDIOS, INC.; DG MEDIA &
ENTERTAINMENT GROUP, INC.; and

23
DOES 1-10 inclusive;

24
            Defendants.

25
///

26
///

27
///

28

Case No.:    A-21-836019-C

Dept. No.:   XI


**REPLY BRIEF IN SUPPORT OF
MOTION TO ASSOCIATE COUNSEL**

**170**

**REPLY BRIEF IN SUPPORT OF MOTION TO ASSOCIATE COUNSEL**

Plaintiffs Lauren Colvin, Youree Gemmill, and Pathamawan Hanford, by and through their undersigned attorneys of record, hereby submit this Reply Brief in Support of Motion to Associate Counsel.

## I.   INTRODUCTION

Defendants concede that the Motion to Associate Counsel is substantively and procedurally proper.  Defendants further concede that they have no opposition to the association of Michael D. Kuznetsky in this matter.  Defendants' sole objection to the Motion to Associate Counsel is the allegation that Mr. Fattorosi made an "appearance" in the action by signing an affidavit in support of Plaintiffs' motion for prejudgment writ of attachment ("Motion").  Defendants have set forth no authority or facts in support.

## II.   LEGAL ARGUMENT

> **To constitute an appearance, one must seek judgment or adjudication on some question**; although an act may relate to a pending case, it does not constitute a general appearance if it in no way recognizes that the cause is properly pending or that the court has jurisdiction, and no affirmative action is sought from the court.
> (4 Am. Jur. 2d Appearance § 1, emphasis added.)

Plaintiff's former counsel, Mr. Bryson, signed and filed the Motion that included Mr. Fattorosi's affidavit.  The affidavit itself seeks no relief and does not ask the Court to make any determinations of fact or law.  Instead, it sets forth Mr. Fattorosi's personal knowledge as relevant to the Motion.  Such an affidavit would be plainly permissible by an out-of-state attorney witness that does not represent a party in the action without a pro hac vice application.  Likewise, identifying himself as an attorney for Plaintiffs does not constitute an appearance; such attorney-client representation is a prerequisite for filing an application to appear pro hac vice in a case.  (See Nev. Sup. Ct. R. 42(2), "Who may apply.   A lawyer who has been retained to represent a client in this state in an action or proceeding set forth in subsection 1(a) of this rule may file a written application to appear as counsel in that action or proceeding …")

Even if signing an affidavit had constituted an inadvertent appearance, the Court retains discretion to grant the Motion to Associate Counsel.  (See Nev. Sup. Ct. R. 42(6).)  The affidavit was procured and filed by Mr. Bryson.  Mr. Fattorosi has taken no other action in the State of

1

1  Nevada in connection with the case, and relied on Mr. Bryson's counsel as to what was allowable

2  in connection with the Motion.  As such, Mr. Fattorosi did not sign the complaint or Motion, has

3  not attending any proceedings, and has had no contact with Defendants or their counsel.  Such

4  inadvertence should not be the basis for denying Plaintiffs the counsel of their own choosing.

5  Plaintiffs note that Nevada has broadly interpreted an "appearance" to include substantive

6  communications between the parties for purposes of giving notice before taking a defendant's

7  default under NRCP 55(b)(2).  See *Christy v. Carlisle*, 94 Nev. 651, 653 (1978) ("settlement

8  negotiations and exchange of correspondence between plaintiff's counsel and defendant");

9  *Franklin v. Bartsas Realty, Inc.*, 95 Nev. 559, 565 (1979) (defendant letter sent to plaintiff's

10  attorney denying liability in a complaint); *Gazin v. Hoy*, 102 Nev. 621, 624 (1986) (defendant's

11  counsel's request for an extension of time to file an answer); *Lindblom v. Prime Hospitality Corp.*,

12  120 Nev. 372, 376 (2004) (pre-suit negotiations); and *McNair v. Rivera*, 110 Nev. 463, 471 (1994)

13  (plaintiff counsel's own belief and statement that a defendant has appeared).  However, the context

14  of such interpretations is to ensure that notice of default is given to a defendant who has indicated

15  a clear intent to defend a lawsuit.  *McNair* at 469.  This is wholly inapplicable to the affidavit signed

16  by Mr. Fattorosi.  Mr. Fattorosi has not engaged in any communications with Defendants' counsel

17  and has filed no documents with the Court.  Penalizing Mr. Fattorosi for setting forth his personal

18  knowledge in an affidavit is unsupported by authority.

19  **III.    CONCLUSION**

20  Based on the foregoing, both Mr. Fattorosi and Mr. Kuznetsky should be permitted to

21  associate in as pro hac vice counsel for Plaintiffs.

22

23  DATED this 30th day of September, 2021.

24

25  THE URBAN LAW FIRM

26  BY:   */s/ Michael A. Urban*
       MICHAEL A. URBAN, ESQ.
27       Nevada Bar No.: 3875
         4270 S. Decatur Blvd., Suite A-9
28       Las Vegas, Nevada  89103

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2021, I electronically filed the

foregoing **MOTION TO ASSOCIATE COUNSEL** with the Clerk of the Court using the Court's

Odyssey File and Serve electronic filing system, which will send notification of such filing to the

following:

MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
PH: (818) 710-2727

MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999

NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
MARQUIS AUBACH COFFING
10001 Park Run Dr.
Las Vegas, Nevada 89145

and I hereby certify that have mailed by United States Postal Service the document to the

following non-Odyssey File and Serve participants:

[none]

*/s/ Kerri Carder-McCoy*
An Employee of The Urban Law Firm

3

# EXHIBIT P

A-21-836019-C

# DISTRICT COURT
## CLARK COUNTY, NEVADA

| Intentional Misconduct | COURT MINUTES | October 25, 2021 |
| --- | --- | --- |

| A-21-836019-C | Lauren Colvin, Plaintiff(s)<br>vs.<br>Brittanya Razavi, Defendant(s) |
| --- | --- |

**October 25, 2021**    **3:00 AM**    **Minute Order**

**HEARD BY:**  Bixler, James                **COURTROOM:**  Chambers

**COURT CLERK:**
              Nylasia Packer

**RECORDER:**

**REPORTER:**

**PARTIES
PRESENT:**

## JOURNAL ENTRIES

- The Plaintiffs  Motion to Associate Counsel (Kuznetsky and Fattorosi) came before this Court on the October 22, 2021 Chamber Calendar.  The Court notes no opposition as to Kuznetsky has been filed. Accordingly, pursuant to EDCR 2.20(e) the Motion as to Kuznetsky is deemed unopposed. The Court reviewed the Motion, Opposition and Reply as to Fattorosi.  The Court finds that signing an affidavit does not constitute an unauthorized appearance under SCR 42 as the affidavit was included in a filing made by Nevada counsel. Pursuant to all requirements of SCR 42 having been met, COURT ORDERED, motion is GRANTED as to both Kuznetsky and Fattorosi.

CLERK S NOTE:  Counsel are to ensure a copy of the forgoing minute order is distributed to all interested parties; additionally, a copy of the foregoing minute order was distributed to the registered service recipients via Odyssey eFileNV E-Service (10-25-21 np).

PRINT DATE:    10/25/2021              Page 1 of 1        Minutes Date:    October 25, 2021

# EXHIBIT Q

Electronically Filed
10/25/2021 12:36 PM

CLERK OF THE COURT

**OGM**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

## DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | CASE NO.: A-21-836019-C |
| | DEPT. NO. 11 |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO ASSOCIATE COUNSEL** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | (Michael Kuznetsky) |
| Defendants. | |

1

1

2                        **ORDER ADMITTING TO PRACTICE**

3        **MICHAEL D. KUZNETSKY, ESQ.**, having filed his Motion to Associate Counsel

4   under Nevada Supreme Court Rule 42, together with a Verified Application for Association of

5   Counsel, a Certificate of Good Standing for the state of California and the State Bar of California

6   Statement; said application having been noticed, no objections having been made, and the Court

7   being fully apprised in the premises, and good cause appearing, it is hereby

8        **ORDERED**, that said application is hereby granted, and **MICHAEL D. KUZNETSKY,**

9   **ESQ.** is hereby admitted to practice in the above entitled Court for the purposes of the above

10  entitled matter only.

11        Dated this _____ day of _____, 2021.

12                                              **Dated this 25th day of October, 2021**

13

14                                        _____

15                                                  DISTRICT JUDGE

16                                        **EA8 AA6 18E2 28B9**
                                          **David Barker**
                                          **District Court Judge**

17

18  Submitted by:

    **THE URBAN LAW FIRM**

19

20  */s/ Michael A. Urban*
    Michael A. Urban, Nevada Bar No. 3875
21  4270 S. Decatur Blvd., Suite A-9
    Las Vegas, Nevada 89103
22  T: (702) 968-8087; F: (702) 968-8088
    murban@theurbanlawfirm.com
23  ***Counsel for Plaintiffs***

24

25

26

27

28

                                              2

**CSERV**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

Lauren Colvin, Plaintiff(s)

vs.

Brittanya Razavi, Defendant(s)

CASE NO: A-21-836019-C

DEPT. NO.  Department 11

## <u>AUTOMATED CERTIFICATE OF SERVICE</u>

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Granting Motion was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 10/25/2021

| | |
|---|---|
| Suzanne Boggs | sboggs@maclaw.com |
| Nicholas Crosby | ncrosby@maclaw.com |
| Michael Urban | murban@theurbanlawfirm.com |
| April Denni | adenni@theurbanlawfirm.com |
| Valerie Hernquist | vhernquist@theurbanlawfirm.com |
| Kerri Carder-McCoy | kmccoy@theurbanlawfirm.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| E. Brent Bryson | EBBESQLTD@YAHOO.COM |
| E. BRYSON | ebbesqltd@yahoo.com |
| Michael Fattorosi | Michael@fattlegal.com |

Michael Fattorosi                           Michael@fattlegal.com

E. Bryson                                   EBBESQLTD@YAHOO.COM

Michael Fattorosi                           Michael@fattlegal.com

Michael Kuznetsky                           Mike@kuzlaw.com

Michael Kuznetsky                           Mike@kuzlaw.com

Michael Kuznetsky                           Mike@kuzlaw.com

E. Bryson                                   ebbesqltd@yahoo.com

# EXHIBIT R

Electronically Filed
10/25/2021 12:32 PM

CLERK OF THE COURT

**OGM**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | CASE NO.: A-21-836019-C |
| | DEPT. NO. 11 |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO ASSOCIATE COUNSEL** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | (Michael Fattorosi) |
| Defendants. | |

1

**179**

1

2

**ORDER ADMITTING TO PRACTICE**

3      **MICHAEL W. FATTOROSI, ESQ.**, having filed his Motion to Associate Counsel

4  under Nevada Supreme Court Rule 42, together with a Verified Application for Association of

5  Counsel, a Certificate of Good Standing for the state of California and the State Bar of California

6  Statement; said application having been noticed, no objections having been made, and the Court

7  being fully apprised in the premises, and good cause appearing, it is hereby

8      **ORDERED**, that said application is hereby granted, and **MICHAEL W. FATTOROSI,**

9  **ESQ.** is hereby admitted to practice in the above entitled Court for the purposes of the above

10  entitled matter only.

11      Dated this _____ day of _____, 2021.

12

Dated this 25th day of October, 2021

13

14      _____

15      DISTRICT JUDGE

15      908 EB1 FC02 391B

16      David Barker

16      District Court Judge

17

Submitted by:

18

**THE URBAN LAW FIRM**

19

20  */s/ Michael A. Urban*

21  Michael A. Urban, Nevada Bar No. 3875

21  4270 S. Decatur Blvd., Suite A-9

Las Vegas, Nevada 89103

22  T: (702) 968-8087; F: (702) 968-8088

murban@theurbanlawfirm.com

23  ***Counsel for Plaintiffs***

24

25

26

27

28

**CSERV**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

Lauren Colvin, Plaintiff(s)

vs.

Brittanya Razavi, Defendant(s)

CASE NO: A-21-836019-C

DEPT. NO.  Department 11

## <u>AUTOMATED CERTIFICATE OF SERVICE</u>

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Granting Motion was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 10/25/2021

| | |
|---|---|
| Suzanne Boggs | sboggs@maclaw.com |
| Nicholas Crosby | ncrosby@maclaw.com |
| Michael Urban | murban@theurbanlawfirm.com |
| April Denni | adenni@theurbanlawfirm.com |
| Valerie Hernquist | vhernquist@theurbanlawfirm.com |
| Kerri Carder-McCoy | kmccoy@theurbanlawfirm.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| E. Brent Bryson | EBBESQLTD@YAHOO.COM |
| E. BRYSON | ebbesqltd@yahoo.com |
| Michael Fattorosi | Michael@fattlegal.com |

| | |
|---|---|
| Michael Fattorosi | Michael@fattlegal.com |
| E. Bryson | EBBESQLTD@YAHOO.COM |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| E. Bryson | ebbesqltd@yahoo.com |

# EXHIBIT S

Electronically Filed
10/27/2021 12:48 PM
Steven D. Grierson
CLERK OF THE COURT

**NOEJ**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

## DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | CASE NO.: A-21-836019-C |
| | DEPT. NO. 11 |
| Plaintiffs, | |
| v. | **NOTICE OF ENTRY OF ORDER GRANTING MOTION TO ASSOCIATE COUNSEL** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | (Michael Kuznetsky) |
| Defendants. | |

/ / /

1

**183**

PLEASE TAKE NOTICE that on the 25th day of October, 2021, an Order Granting

Plaintiff's Motion to Associate Counsel was entered with this Court, a copy of which is attached

hereto and made a part hereof.

DATED this 27th day of October, 2021          **THE URBAN LAW FIRM**


*/s/ Michael A. Urban*
Michael A. Urban, Nevada Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087; F: (702) 968-8088
murban@theurbanlawfirm.com
***Counsel for Plaintiffs***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October, 2021, I electronically filed the foregoing

**NOTICE OF ENTRY OF ORDER** with the Clerk of the Court using the Court's Odyssey File

and Serve electronic filing system, which will send notification of such filing to the following:

MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
PH: (818) 710-2727

MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999

NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
MARQUIS AUBACH COFFING
10001 Park Run Dr.
Las Vegas, Nevada 89145


and I hereby certify that have mailed by United States Postal Service the document to the

following non-Odyssey File and Serve participants:

[none]

/s/ Kerri Carder-McCoy
An Employee of The Urban Law Firm

3

185

ELECTRONICALLY SERVED
Case 2:22-cv-01395-CDS-DJA 10/25/2021 12:36 PM Filed 08/26/22 Page 210 of 280
Electronically Filed
10/25/2021 12:36 PM

CLERK OF THE COURT

**OGM**

MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual,<br><br>                    Plaintiffs,<br><br>          v.<br><br>BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive;<br><br>                    Defendants. | CASE NO.: A-21-836019-C<br><br>DEPT. NO. 11<br><br><br>**ORDER GRANTING MOTION TO ASSOCIATE COUNSEL**<br><br>(Michael Kuznetsky) |

1

**ORDER ADMITTING TO PRACTICE**

**MICHAEL D. KUZNETSKY, ESQ.**, having filed his Motion to Associate Counsel under Nevada Supreme Court Rule 42, together with a Verified Application for Association of Counsel, a Certificate of Good Standing for the state of California and the State Bar of California Statement; said application having been noticed, no objections having been made, and the Court being fully apprised in the premises, and good cause appearing, it is hereby

**ORDERED**, that said application is hereby granted, and **MICHAEL D. KUZNETSKY, ESQ.** is hereby admitted to practice in the above entitled Court for the purposes of the above entitled matter only.

Dated this _____ day of _____, 2021.

Dated this 25th day of October, 2021

_____
DISTRICT JUDGE

EA8 AA6 18E2 28B9
David Barker
District Court Judge

Submitted by:

**THE URBAN LAW FIRM**

*/s/ Michael A. Urban*
Michael A. Urban, Nevada Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087; F: (702) 968-8088
murban@theurbanlawfirm.com
***Counsel for Plaintiffs***

2

187

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

Lauren Colvin, Plaintiff(s)

vs.

Brittanya Razavi, Defendant(s)

CASE NO: A-21-836019-C

DEPT. NO.  Department 11

## AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Granting Motion was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 10/25/2021

| | |
|---|---|
| Suzanne Boggs | sboggs@maclaw.com |
| Nicholas Crosby | ncrosby@maclaw.com |
| Michael Urban | murban@theurbanlawfirm.com |
| April Denni | adenni@theurbanlawfirm.com |
| Valerie Hernquist | vhernquist@theurbanlawfirm.com |
| Kerri Carder-McCoy | kmccoy@theurbanlawfirm.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| E. Brent Bryson | EBBESQLTD@YAHOO.COM |
| E. BRYSON | ebbesqltd@yahoo.com |
| Michael Fattorosi | Michael@fattlegal.com |

Michael Fattorosi                    Michael@fattlegal.com

E. Bryson                            EBBESQLTD@YAHOO.COM

Michael Fattorosi                    Michael@fattlegal.com

Michael Kuznetsky                    Mike@kuzlaw.com

Michael Kuznetsky                    Mike@kuzlaw.com

Michael Kuznetsky                    Mike@kuzlaw.com

E. Bryson                            ebbesqltd@yahoo.com

A-21-836019-C

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| Intentional Misconduct | COURT MINUTES | October 25, 2021 |
|---|---|---|

| A-21-836019-C | Lauren Colvin, Plaintiff(s) |
|---|---|
| | vs. |
| | Brittanya Razavi, Defendant(s) |

**October 25, 2021**     **3:00 AM**     **Minute Order**

**HEARD BY:** Bixler, James       **COURTROOM:** Chambers

**COURT CLERK:**
     Nylasia Packer

**RECORDER:**

**REPORTER:**

**PARTIES
PRESENT:**

## JOURNAL ENTRIES

- The Plaintiffs Motion to Associate Counsel (Kuznetsky and Fattorosi) came before this Court on the October 22, 2021 Chamber Calendar. The Court notes no opposition as to Kuznetsky has been filed. Accordingly, pursuant to EDCR 2.20(e) the Motion as to Kuznetsky is deemed unopposed. The Court reviewed the Motion, Opposition and Reply as to Fattorosi. The Court finds that signing an affidavit does not constitute an unauthorized appearance under SCR 42 as the affidavit was included in a filing made by Nevada counsel. Pursuant to all requirements of SCR 42 having been met, COURT ORDERED, motion is GRANTED as to both Kuznetsky and Fattorosi.

CLERK S NOTE: Counsel are to ensure a copy of the forgoing minute order is distributed to all interested parties; additionally, a copy of the foregoing minute order was distributed to the registered service recipients via Odyssey eFileNV E-Service (10-25-21 np).

PRINT DATE:    10/25/2021       Page 1 of 1       Minutes Date:     October 25, 2021

# EXHIBIT T

Electronically Filed
10/27/2021 12:55 PM
Steven D. Grierson
CLERK OF THE COURT

**NOEJ**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | CASE NO.: A-21-836019-C |
| | DEPT. NO. 11 |
| Plaintiffs, | |
| v. | **NOTICE OF ENTRY OF ORDER GRANTING MOTION TO ASSOCIATE COUNSEL** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | (Michael Fattorosi) |
| Defendants. | |

/ / /

1

**191**

PLEASE TAKE NOTICE that on the 25th day of October, 2021, an Order Granting

Plaintiff's Motion to Associate Counsel was entered with this Court, a copy of which is attached

hereto and made a part hereof.

DATED this 27th day of October, 2021          **THE URBAN LAW FIRM**

_/s/ Michael A. Urban_
Michael A. Urban, Nevada Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087; F: (702) 968-8088
murban@theurbanlawfirm.com
***Counsel for Plaintiffs***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October 2021, I electronically filed the foregoing **NOTICE OF ENTRY OF ORDER** with the Clerk of the Court using the Court's Odyssey File and Serve electronic filing system, which will send notification of such filing to the following:

MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
PH: (818) 710-2727

MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999

NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
MARQUIS AUBACH COFFING
10001 Park Run Dr.
Las Vegas, Nevada 89145

and I hereby certify that have mailed by United States Postal Service the document to the following non-Odyssey File and Serve participants:

[none]

*/s/ Kerri Carder-McCoy*
An Employee of The Urban Law Firm

3

Electronically Filed
10/25/2021 12:32 PM

*[signature]*

CLERK OF THE COURT

**OGM**

MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
  (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
  *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | CASE NO.: A-21-836019-C |
| | DEPT. NO. 11 |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO ASSOCIATE COUNSEL** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | (Michael Fattorosi) |
| Defendants. | |

1

**194**

1

2

**ORDER ADMITTING TO PRACTICE**

3       **MICHAEL W. FATTOROSI, ESQ.**, having filed his Motion to Associate Counsel

4   under Nevada Supreme Court Rule 42, together with a Verified Application for Association of

5   Counsel, a Certificate of Good Standing for the state of California and the State Bar of California

6   Statement; said application having been noticed, no objections having been made, and the Court

7   being fully apprised in the premises, and good cause appearing, it is hereby

8       **ORDERED**, that said application is hereby granted, and **MICHAEL W. FATTOROSI,**

9   **ESQ.** is hereby admitted to practice in the above entitled Court for the purposes of the above

10  entitled matter only.

11       Dated this _____ day of _____, 2021.

12                                         Dated this 25th day of October, 2021

13

14       _____

15                                         DISTRICT JUDGE
                                         **908 EB1 FC02 391B**
16                                         **David Barker**
                                         **District Court Judge**

17

18  Submitted by:

    **THE URBAN LAW FIRM**
19

20  */s/ Michael A. Urban*
    Michael A. Urban, Nevada Bar No. 3875
21  4270 S. Decatur Blvd., Suite A-9
    Las Vegas, Nevada 89103
22  T: (702) 968-8087; F: (702) 968-8088
    murban@theurbanlawfirm.com
23  ***Counsel for Plaintiffs***

24

25

26

27

28

2

**CSERV**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| Lauren Colvin, Plaintiff(s) | CASE NO: A-21-836019-C |
| vs. | DEPT. NO.  Department 11 |
| Brittanya Razavi, Defendant(s) | |

## <u>AUTOMATED CERTIFICATE OF SERVICE</u>

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Granting Motion was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 10/25/2021

| | |
|---|---|
| Suzanne Boggs | sboggs@maclaw.com |
| Nicholas Crosby | ncrosby@maclaw.com |
| Michael Urban | murban@theurbanlawfirm.com |
| April Denni | adenni@theurbanlawfirm.com |
| Valerie Hernquist | vhernquist@theurbanlawfirm.com |
| Kerri Carder-McCoy | kmccoy@theurbanlawfirm.com |
| Michael Fattorosi | Michael@fattlegal.com |
| Michael Kuznetsky | Mike@kuzlaw.com |
| E. Brent Bryson | EBBESQLTD@YAHOO.COM |
| E. BRYSON | ebbesqltd@yahoo.com |
| Michael Fattorosi | Michael@fattlegal.com |

196

Michael Fattorosi                 Michael@fattlegal.com

E. Bryson                       EBBESQLTD@YAHOO.COM

Michael Fattorosi                 Michael@fattlegal.com

Michael Kuznetsky               Mike@kuzlaw.com

Michael Kuznetsky               Mike@kuzlaw.com

Michael Kuznetsky               Mike@kuzlaw.com

E. Bryson                       ebbesqltd@yahoo.com

ELECTRONICALLY SERVED
10/26/2021 10:59 AM

A-21-836019-C

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| Intentional Misconduct | COURT MINUTES | October 25, 2021 |
|---|---|---|

| A-21-836019-C | Lauren Colvin, Plaintiff(s) |
|---|---|
| | vs. |
| | Brittanya Razavi, Defendant(s) |

**October 25, 2021**    **3:00 AM**    **Minute Order**

**HEARD BY:**  Bixler, James                    **COURTROOM:**  Chambers

**COURT CLERK:**
                    Nylasia Packer

**RECORDER:**

**REPORTER:**

**PARTIES
PRESENT:**

## JOURNAL ENTRIES

- The Plaintiffs Motion to Associate Counsel (Kuznetsky and Fattorosi) came before this Court on the October 22, 2021 Chamber Calendar.  The Court notes no opposition as to Kuznetsky has been filed. Accordingly, pursuant to EDCR 2.20(e) the Motion as to Kuznetsky is deemed unopposed. The Court reviewed the Motion, Opposition and Reply as to Fattorosi.  The Court finds that signing an affidavit does not constitute an unauthorized appearance under SCR 42 as the affidavit was included in a filing made by Nevada counsel. Pursuant to all requirements of SCR 42 having been met, COURT ORDERED, motion is GRANTED as to both Kuznetsky and Fattorosi.

CLERK S NOTE:  Counsel are to ensure a copy of the forgoing minute order is distributed to all interested parties; additionally, a copy of the foregoing minute order was distributed to the registered service recipients via Odyssey eFileNV E-Service (10-25-21 np).

PRINT DATE:    10/25/2021              Page 1 of 1        Minutes Date:    October 25, 2021

# EXHIBIT U

Electronically Filed
11/10/2021 9:07 AM
Steven D. Grierson
CLERK OF THE COURT

SUMM
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
    (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
    *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

*Counsel for Plaintiffs*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | Case No.:    A-21-836019-C |
| | Dept. No.:    11 |
| Plaintiffs, | |
| v. | **SUMMONS** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | |
| Defendants. | |

## SUMMONS – CIVIL

## NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU

199

**WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

# BRITTANYA RAZAVI

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff against you for relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff, and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

/ / /

/ / /

/ / /

/ / /

2

4.  The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

**CLERK OF THE COURT**

By:  _____
Deputy Clerk                                    Date
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

Submitted by:

**THE URBAN LAW FIRM**

_/s/ Michael A. Urban_
Michael A. Urban, Nevada State Bar No. 3875
4270 South Decatur Boulevard, Suite A-9
Las Vegas, NV  89103
Telephone:  (702) 968-8087
Fax:          (702) 968-8088
Email:  murban@theurbanlawfirm.com;
*Attorney for Plaintiffs*

3

# EXHIBIT V

Electronically Filed
11/10/2021 9:10 AM
Steven D. Grierson
CLERK OF THE COURT

1  **SUMM**
   MICHAEL W. FATTOROSI, ESQ.
2  California State Bar No.: 193538
   LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
3  5850 Canoga Avenue, 4th Floor
   Woodland Hills, California 91367
4  Michael@fattlegal.com
   *PH: (818) 710-2727*
5     (Admitted *pro hac vice* under SCR 42)

6  MICHAEL D. KUZNETSKY, ESQ
   California State Bar No.: 241045
7  KUZNETSKY LAW GROUP, P.C.
   210 N. Pass Avenue, Suite 103
8  Burbank, California 91505
   mike@kuzlaw.com
9  PH: (818) 753-2450
   Fax: (818) 736-0999
10    *(Admitted pro hac vice under SCR 42)*

11 MICHAEL A. URBAN, ESQ.
   Nevada Bar No.: 3875
12 THE URBAN LAW FIRM
   4270 S. Decatur Blvd., Suite A-9
13 Las Vegas, Nevada  89103
   PH: (702) 968-8087
14 Fax: (702) 968-8088
   murban@theurbanlawfirm.com
15
   *Counsel for Plaintiffs*
16                          **DISTRICT COURT**

17                    **CLARK COUNTY, NEVADA**

18 LAUREN COLVIN, an individual; YOUREE      Case No.:    A-21-836019-C
   GEMMILL, an individual; and
19 PATHAMAWAN HANFORD, an individual,         Dept. No.:    11

20             Plaintiffs,
                                              **SUMMONS**
21        v.

22 BRITTANYA RAZAVI; MARCELLO
   RAZAVI; MEOW GANG PRODUCTION
23 STUDIOS, INC., DG MEDIA &
   ENTERTAINMENT GROUP, INC., and
24 DOES 1-10 inclusive;

25             Defendants.

26
                        **SUMMONS – CIVIL**
27
   **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU**
28

                                                                    **202**

1  **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ**

2  **THE INFORMATION BELOW.**

3

4  # MARCELLO L. RAZAVI

5

6  **TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff against you

7  for relief set forth in the Complaint.

8  1.  If you intend to defend this lawsuit, within 21 days after this Summons is served on you,

9  exclusive of the day of service, you must do the following:

10  a.  File with the Clerk of this Court, whose address is shown below, a formal written

11  response to the Complaint in accordance with the rules of the Court, with the

12  appropriate filing fee.

13  b.  Serve a copy of your response upon the attorney whose name and address is shown

14  below.

15  2.  Unless you respond, your default will be entered upon application of the Plaintiff, and

16  failure to so respond will result in a judgment of default against you for the relief

17  demanded in the Complaint, which could result in the taking of money or property or

18  other relief requested in the Complaint.

19  3.  If you intend to seek the advice of an attorney in this matter, you should do so promptly so

20  that your response may be filed on time.

21  / / /

22

23  / / /

24

25  / / /

26

27  / / /

28

2

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

**CLERK OF THE COURT**

By: _____

Deputy Clerk                                    Date
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

Submitted by:

**THE URBAN LAW FIRM**

_____/s/ Michael A. Urban_____
Michael A. Urban, Nevada State Bar No. 3875
4270 South Decatur Boulevard, Suite A-9
Las Vegas, NV  89103
Telephone:  (702) 968-8087
Fax:          (702) 968-8088
Email:  murban@theurbanlawfirm.com;
*Attorney for Plaintiffs*

3

204

# EXHIBIT W

Electronically Filed
11/10/2021 9:16 AM
Steven D. Grierson
CLERK OF THE COURT

**SUMM**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

*Counsel for Plaintiffs*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | Case No.:    A-21-836019-C |
| | Dept. No.:    11 |
| Plaintiffs, | |
| v. | **SUMMONS** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | |
| Defendants. | |

## SUMMONS – CIVIL

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU**

**205**

**WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

## MEOW GANG PRODUCTIONS STUDIOS INC.

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff against you for relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff, and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

/ / /

/ / /

/ / /

/ / /

2

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

**CLERK OF THE COURT**

By: _____

Deputy Clerk                                      Date
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

Submitted by:

**THE URBAN LAW FIRM**

_____/s/ Michael A. Urban_____
Michael A. Urban, Nevada State Bar No. 3875
4270 South Decatur Boulevard, Suite A-9
Las Vegas, NV  89103
Telephone:  (702) 968-8087
Fax:          (702) 968-8088
Email:  murban@theurbanlawfirm.com;
*Attorney for Plaintiffs*

3

207

# EXHIBIT X

Electronically Filed
11/10/2021 9:20 AM
Steven D. Grierson
CLERK OF THE COURT

**SUMM**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
*PH: (818) 710-2727*
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
210 N. Pass Avenue, Suite 103
Burbank, California 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-0999
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

*Counsel for Plaintiffs*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | Case No.:    A-21-836019-C |
| | Dept. No.:    11 |
| Plaintiffs, | |
| v. | **SUMMONS** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | |
| Defendants. | |

## SUMMONS – CIVIL

## NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU

**208**

**WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

# DG MEDIA & ENTERTAINMENT GROUP, INC.

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff against you for relief set forth in the Complaint.

1.  If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    a.  File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    b.  Serve a copy of your response upon the attorney whose name and address is shown below.

2.  Unless you respond, your default will be entered upon application of the Plaintiff, and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.  If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

/ / /

/ / /

/ / /

/ / /

2

4.  The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

**CLERK OF THE COURT**

By: _____

Deputy Clerk                                                    Date
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

Submitted by:

**THE URBAN LAW FIRM**

_/s/ Michael A. Urban_
Michael A. Urban, Nevada State Bar No. 3875
4270 South Decatur Boulevard, Suite A-9
Las Vegas, NV  89103
Telephone:  (702) 968-8087
Fax:          (702) 968-8088
Email:  murban@theurbanlawfirm.com;
_Attorney for Plaintiffs_

3

# EXHIBIT Y

Electronically Filed
12/14/2021 1:53 PM
Steven D. Grierson
CLERK OF THE COURT

**COA**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
PH: (818) 710-2727
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-9099
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | CASE NO.: A-21-836019-C |
| | DEPT. NO. 11 |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF ADDRESS OF COUNSEL** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | |
| Defendants. | |

/ / /

1

1 TO:    Clerk of Court; and All Parties

2

3        PLEASE TAKE NOTICE that Michael D. Kuznetsky, Esq. and the law firm Kuznetsky

4  Law Group, P.C, counsel for Plaintiffs, have changed their mailing address to 2600 W. Olive

5  Avenue, Suite 500, Burbank, CA 91505.

6        All other contact information, including telephone and facsimile numbers, and email

7  address remains the same.

8

9        DATED this 14th day of December, 2021.

10

11                                          KUZNETSKY LAW GROUP, P.C.

12

13                                          */s/Michael D. Kuznetsky*
                                            MICHAEL D. KUZNETSKY, ESQ.
14                                          2600 W. Olive Avenue, Suite 500
                                            Burbank, CA 91505
15                                          *mike@kuzlaw.com*
                                            **Counsel for Plaintiffs**
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2021, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS OF COUNSEL** with the Clerk of the Court using the Court's Odyssey File and Serve electronic filing system, which will send notification of such filing to the following:

> NICK D. CROSBY, ESQ.
> Nevada Bar No. 8996
> MARQUIS AUBACH COFFING
> 10001 Park Run Dr.
> Las Vegas, Nevada 89145

and I hereby certify that have mailed by United States Postal Service the document to the following non-Odyssey File and Serve participants:

> [none]

/s/ Michael D. Kuznetsky
An Employee of KUZNETSKY LAW GROUP, P.C.

3

# EXHIBIT Z

Electronically Filed
12/14/2021 3:39 PM
Steven D. Grierson
CLERK OF THE COURT

**COA**
MICHAEL W. FATTOROSI, ESQ.
California State Bar No.: 193538
LAW OFFICES OF MICHAEL W. FATTOROSI, P.C.
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Michael@fattlegal.com
PH: (818) 710-2727
   (Admitted *pro hac vice* under SCR 42)

MICHAEL D. KUZNETSKY, ESQ.
California State Bar No.: 241045
KUZNETSKY LAW GROUP, P.C.
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
mike@kuzlaw.com
PH: (818) 753-2450
Fax: (818) 736-9099
   *(Admitted pro hac vice under SCR 42)*

MICHAEL A. URBAN, ESQ.
Nevada Bar No.: 3875
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada  89103
PH: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com

***Counsel for Plaintiffs***

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, | CASE NO.: A-21-836019-C |
| | DEPT. NO. 11 |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF ADDRESS OF COUNSEL** |
| BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENTERTAINMENT GROUP, INC., and DOES 1-10 inclusive; | |
| Defendants. | |

/ / /

1

**214**

1   TO:      Clerk of Court; and All Parties

2

3           PLEASE TAKE NOTICE that Michael D. Kuznetsky, Esq. and the law firm Kuznetsky

4   Law Group, P.C, counsel for Plaintiffs, have changed their mailing address to 2600 W. Olive

5   Avenue, Suite 500, Burbank, CA 91505.

6           All other contact information, including telephone and facsimile numbers, and email

7   address remains the same.

8

9           DATED this 14th day of December, 2021.

10

11                                          KUZNETSKY LAW GROUP, P.C.

12

13                                          /s/Michael D. Kuznetsky
                                            MICHAEL D. KUZNETSKY, ESQ.
14                                          2600 W. Olive Avenue, Suite 500
                                            Burbank, CA 91505
15                                          mike@kuzlaw.com
                                            **Counsel for Plaintiffs**
16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2021, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS OF COUNSEL** with the Clerk of the Court using the Court's Odyssey File and Serve electronic filing system, which will send notification of such filing to the following:

> NICK D. CROSBY, ESQ.
> Nevada Bar No. 8996
> MARQUIS AUBACH COFFING
> 10001 Park Run Dr.
> Las Vegas, Nevada 89145

and I hereby certify that have mailed by United States Postal Service the document to the following non-Odyssey File and Serve participants:

> [none]

/s/ Michael D. Kuznetsky
An Employee of KUZNETSKY LAW GROUP, P.C.

3

216

# EXHIBIT AA

Electronically Filed
2/10/2022 9:55 AM
Steven D. Grierson
CLERK OF THE COURT

1  **AFDD**
**URBAN LAW FIRM**
2  4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
3  (702) 968-8087
4  Counsel for Plaintiffs

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

7  LAUREN COLVIN, an individual, YOUREE        )     CASE NO.: A-21-836019-C
GEMMILL, an individual, and                          )     DEPT NO.: 11
8  PATHAMAWAN HANFORD, an individual,         )
9                                                                            )
          Plaintiffs,                                                 )
10                                                                          )
11  vs.                                                                   )
                                                                            )
12  BRITTANYA RAZAVI, et al.,                         )
                                                                            )
13          Defendants.                                            )
                                                                            )

14              **AFFIDAVIT OF DUE DILIGENCE RE: BRITTANYA RAZAVI**

15  State of Nevada             )
                                        ) ss.
16  County of Clark            )

17

18          I, Michelle Alvarez, being first duly sworn depose and say:

19          1.     That I was at all times mentioned herein a citizen of the United States, over 18 years

of age, not a party to, nor interested in the within action, and licensed to serve under Nevada license

20  number 389.

21          2.     That Legal Wings, Inc. received a copy of the Summons and Complaint on

22  December 3, 2021, to serve on Defendant Brittanya Razavi at 10300 Mystic Ledge Court, Las

23  Vegas, Nevada 89149. (SEE EXHIBIT A for the results at this address)

24          3.     I received instructions from the office of Urban Law to conduct a skip trace on the

Defendant.

25          4.     **I checked with TLO,** *(TLO is a skip-trace database and online people sarxh which can include a subject's*

26  *Social Security Number, date of birth, address history, phone numbers, email addresses, relatives, social media platforms, employment, and*

27  *professional licenses. Only valid information resulting from search will be listed.)* **which revealed a record for Brittanya**

**Razavi, Social Security Number XXX-XX-5407, with a date of birth of July 7, 1985, and the**

28  **following address history in the last year:**

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

-1-

217

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

    a.      10300 Mystic Ledge Court, Las Vegas, Nevada 89149 (Clark County) from July 6, 2018 until November 10, 2021; and (SEE EXHIBIT A for results at t this address) (Note: I checked with Clark County Assessor's Office which revealed the current owner to be Family Faith Fortune Irrevocable Trust etal Marcello Lucky Razavi TRS with a recorded date of July 2, 2018. This is the Co-Defendant and Defendant's husband.)

    b.      9303 Gilcrease Avenue #1137, Las Vegas, Nevada 89149 (Clark County) from June 24, 2021 until July 21, 2021. (SEE EXHIBIT A for results at this address) (Note: I checked with Clark County Assessor's Office which revealed the current owner to be 3906 Blue Gull LLC and the trustee to be Brittanya M. Razavi with a recorded date of April 5, 2021.)

The record also revealed the following phone numbers, having a 67 % chance or higher to be associated with the Defendant. Next to the phone numbers are the results:

    a.      (951)290-1291 – On January 25, 2022 at 3:12 p.m. I called and a unidentified female answered and asked who I was when I stated the reason for my call she hung up the phone, called again and left a voice message and sent a text. I have not received a reply back to date.

    b.      (725) 230-1243 – On January 25, 2022 at 3:15 p.m. I called and was unable to leave a voice message as voicemail is not set up, sent a text message and no reply back to date; and

    c.      (805) 988-1391 – On January 25, 2022 at 3:16 p.m. I called and the number is out of service.

    5.      I checked with Nevada Department of Motor Vehicles, which revealed a record for Brittanya McCall Razavi at 10300 Mystic Ledge Court, Las Vegas, Nevada 89149, with a valid driver's license number XXXXXX4399 that was issued on July 20, 2018 and has an expiration date of July 7, 2026. It also revealed a date of birth of July 7, 1985 and a physical description being female, 5'2", 145 lbs., with brown hair and brown eyes. It further revealed the following vehicles currently registered to the Defendant at the above address:

    a.      2015 Chevy Suburban with Nevada plate number RAZAVI with a last transaction date of July 22, 2021 and expires on July 22, 2022.

    b.      2016 Rolls Royce Wraith with Nevada plate number FDY13TH with a last transaction date of July 9, 2021 and expires on July 6, 2022; and

    c.      2012 Rolls Royce Ghost with Nevada plate number CASHKNG with a last transaction date July 9, 2021 and expires on July 6, 2022.

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

6.      I checked with Clark County Voter's Registrar's Office which revealed an active record for Brittanya <u>McCall</u> Razavi at 10300 Mystic Ledge Court, Las Vegas, Nevada 89149, with a date of birth of July 7, 1985.

7.      I checked with Clark County Assessor's Office by name, which revealed no record of the Defendant owning any real property or manufactured homes.

8.      I checked with Clark County Recorder's Office, which revealed no marriage record for the Defendant.

9.      I checked with Nevada Secretary of State, which revealed a record for Brittanya M. Razavi as an officer at 6440 Sky Point Drive, Suite 140-434, Las Vegas, Nevada 89131 and shows the Registered Agent to be Kaylee Elizabeth Trabucco at 9303 Gilcrease Avenue #1137, Las Vegas, Nevada 89149 for the following active corporations:

       a.      3725 Seneca Highlands LLC as managing member

       b.      Meow Gang Production Studios, Inc. as managing member; and

       c.      3906 Blue Gull LLC as managing member.

10.      I sent postal orders to the United States Post Office on December 10, 2021 and on December 24, 2021 for the following addresses and have not received them back to date:

       a.      10300 Mystic Ledge Court, Las Vegas, Nevada 89149

       b.      9303 Gilcrease Avenue #1137, Las Vegas, Nevada 89149; and

       c.      6440 Sky Point Drive, Suite 140-434, Las Vegas, Nevada 89131.

11.      I checked with Clark County, City of Las Vegas, and City of North Las Vegas, which revealed no business license record for the Defendant.

12.      I checked with Clark County District Court, which revealed no other open cases besides this one, or recently closed cases that may provide service address information for the Defendant.

13.      I checked with Clark County Family Court which revealed no open cases or recently closed case that may provide service address information for the Defendant.

14.      I checked with Clark County Detention Center, City of Las Vegas Jail, City of Henderson Jail, and the Nevada Department of Corrections, which revealed no record for the Defendant currently being incarcerated.

- 
- 
- 
- 

-3-

219

15.    That based on the foregoing information, I was unable to locate and serve the Defendant, Brittanya Razavi a.k.a. Brittanya McCall Razavi, in Clark County, Nevada.

I declare that the assertions of this affidavit are true and correct.

Michelle Alvarez
Registered Work Card R-102605

Subscribed and Sworn to Before me
this 25 day of January 2022.

_____
Notary Public in and for said
County and State



NOTARY PUBLIC
CATHLEEN V. HOLMES
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JUNE 21, 2023
No: 07-3770-1

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702) 384-0305

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

# EXHIBIT A

-5-

THE URBAN LAW FIRM
4270 S DECATUR BLVD STE A-9
LAS VEGAS, NV 89103
(702) 968-8087



### DISTRICT COURT
### CLARK COUNTY, NEVADA

| | |
|---|---|
| LAUREN COLVIN, ET AL.<br>Plaintiff | *Case Number:* A-21-836019-C |
| vs | *Dept:* |
| BRITANYA RAZAVI, ET AL.<br>Defendant | **DECLARATION OF<br>ATTEMPTED SERVICE** |

TYLER TREWET, SABRINA ROSE, depose(s) and say(s):
That affiant(s) are and were at all times mentioned herein citizen(s) of the United States, over 18 years of age, not a party to, nor interested in the within action, and licensed to serve civil process under Nevada license number 389.

Legal Wings, Inc. received on 12/3/2021 a copy of the:
SUMMONS; COMPLAINT

Based on the results at the address(es) listed below, affiant(s) were unable to serve:
**Defendant BRITTANYA RAZAVI**


### 10300 MYSTIC LEDGE CT, LAS VEGAS, NV 89149

SABRINA ROSE                    12/3/2021        5:45 PM
No answer, left contact sheet. Package outside cannot see label. Ring doorbell is not working. Spoke to neighbor at 10301 who stated that Marc isn't home, but to use the doorbell because the main door leads to a courtyard and they will not hear me knocking. Chevy suburban parked in driveway.

SABRINA ROSE                    12/4/2021        10:13 AM
No answer, doorbell is not working. Contact sheet is still here, but package is gone. Car still in driveway.

SABRINA ROSE                    12/5/2021        11:59 AM
No answer, ring doorbell worked for the first ring then no longer operating. Contact sheet and car still here.

SABRINA ROSE                    12/6/2021        5:30 PM
Contact sheet is moved, no answer and no lights are on inside.

TYLER TREWET                    12/26/2021       5:20 PM
**Stake Out** - Upon arrival a black SUV parked in the driveway, trash cans not out and no activity at property. Departed at 7:40 p.m.

LAUREN COLVIN, ET AL.
    Plaintiff

vs

BRITANYA RAZAVI, ET AL.
    Defendant

*Case Number:* A-21-836019-C

*Dept:*

**DECLARATION OF
ATTEMPTED SERVICE**

### (CONTINUATION)

| | | |
|---|---|---|
| TYLER TREWET | 1/2/2022 | 6:32 PM |

Trash cans out on street for trash pickup.

| | | |
|---|---|---|
| TYLER TREWET | 1/3/2022 | 9:30 AM |

Trash cans still on street and trash not picked up, yet.

| | | |
|---|---|---|
| TYLER TREWET | 1/9/2022 | 4:30 PM |

**Stake Out #2** - Arrived at 4:30 p.m. and trash cans already out front and Rolls Royce's parked behind gate on side of house.

| | | |
|---|---|---|
| TYLER TREWET | 1/13/2022 | 2:35 PM |

No answer at door, ring doorbell not active and Suburban with Nevada plate #RAZAVI parked in the driveway.

### 4895 S. TORREY PINES DR. #201, LAS VEGAS, NV 89103

| | | |
|---|---|---|
| TYLER TREWET | 12/23/2021 | 5:28 PM |

Gated community - could not gain access.

| | | |
|---|---|---|
| TYLER TREWET | 12/26/2021 | 2:52 PM |

Spoke to an unidentified female who stated the Defendant is unknown. Went to the neighbor's in unit 101 & 104 and received no answer.

### 9303 GILCREASE AVE, #1137, LAS VEGAS, NV 89149

| | | |
|---|---|---|
| SABRINA ROSE | 12/3/2021 | 6:01 pm |

No answer and no noise. Lights are off inside.

| | | |
|---|---|---|
| SABRINA ROSE | 12/4/2021 | 9:58 am |

No answer, blinds are closed cannot see inside, and left contact sheet. No answer at neighbor in unit 1130.

| | | |
|---|---|---|
| SABRINA ROSE | 12/5/2021 | 12:08 pm |

No answer at door, contact sheet still present. Indivdiually owned condos unable to check leasing office.

| | | |
|---|---|---|
| SABRINA ROSE | 12/6/2021 | 5:50 pm |

Contact sheet is gone, lights are in inside and can hear noises inside, no answer at door.

| | | |
|---|---|---|
| SABRINA ROSE | 12/10/2021 | 5:14 pm |

No answer, lights are on upstairs.

| | | |
|---|---|---|
| SABRINA ROSE | 12/11/2021 | 9:31 AM |

Noise within, no answer at door.

LAUREN COLVIN, ET AL.
     Plaintiff

vs

BRITANYA RAZAVI, ET AL.
     Defendant

*Case Number:* A-21-836019-C

*Dept:*

**DECLARATION OF
ATTEMPTED SERVICE**

(CONTINUATION)

SABRINA ROSE          12/12/2021    1:10 PM
No answer and no noise. No answer at neighbor in unit 1130.

SABRINA ROSE          12/13/2021    6:20 PM
Unable to gain access through apartment gates.

Pursuant to NRS 53.045, I declare under
penalty of perjury under the law of the
State of Nevada that the forgoing is true
and correct.

Executed: Monday, January 24, 2022

TYLER TREWET
Registered Work Card R-2019-04184

SABRINA ROSE
Registered Work Card R-2020-00191

# EXHIBIT BB

Electronically Filed
2/10/2022 9:55 AM
Steven D. Grierson
CLERK OF THE COURT

**AFDD**
**URBAN LAW FIRM**
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
(702) 968-8087
Counsel for Plaintiffs

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

LAUREN COLVIN, an individual, YOUREE           )      CASE NO.: A-21-836019-C
GEMMILL, an individual, and                    )      DEPT NO.: 11
PATHAMAWAN HANFORD, an individual,             )
                                               )
                Plaintiffs,                    )
                                               )
vs.                                            )
                                               )
BRITTANYA RAZAVI, et al.,                      )
                                               )
                Defendants.                    )
_____)

**AFFIDAVIT OF DUE DILIGENCE RE: MARCELLO RAZAVI**

State of Nevada        )
                       ) ss.
County of Clark        )

I, Michelle Alvarez, being first duly sworn depose and say:

1.       That I was at all times mentioned herein a citizen of the United States, over 18 years of age, not a party to, nor interested in the within action, and licensed to serve under Nevada license number 389.

2.       That Legal Wings, Inc. received a copy of the Summons and Complaint on December 3, 2021, to serve on Defendant Marcello Razavi at 10300 Mystic Ledge Court, Las Vegas, Nevada 89149. (SEE EXHIBIT A for the results at this address)

3.       I received instructions from the office of Urban Law to conduct a skip trace on the Defendant.

4.       I checked with TLO, *(TLO is a skip-trace database and online people sarxh which can include a subject's Social Security Number, date of birth, address history, phone numbers, email addresses, relatives, social media platforms, employment, and professional licenses. Only valid information resulting from search will be listed.)* which revealed a record for Marcello Razavi, Social Security Number XXX-XX-6777, with a date of birth of September 16, 1975, and the following address 4895 S. Torrey Pines Drive #201, Las Vegas, Nevada 89103 (Clark County) from

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

-1-

225

July 20, 2021 until July 21, 2021 to be the only address history in the last year. (SEE EXHIBIT A for results at this address) (Note: I checked with Clark County Assessor's Office which revealed the current owner to be Family Faith Fortune Irrevocable Trust etal Marcello Lucky Razavi TRS with a recorded date of July 2, 2018.) The record also revealed the following phone numbers, having a 67% chance or higher to be associated with the Defendant. Next to the phone numbers are the results:

    a.    (949) 481-8808 – On January 25, 2022 at 3:41 p.m. I called and it rings busy.

    b.    (949) 444-9468 – On January 25, 2022 at 3:42 p.m. I called and left a voice message for the Defendant and sent a text at 3:46 p.m. and received a text back at 3:49 p.m. "There is no "Marcello" wrong number.

    c.    (702) 908-4081 – On January 25, 2022 at 3:43 p.m. I called and left a voice message for the Defendant and sent a text at 3:46 p.m. and have not received a reply back to date.

    5.    I checked with Nevada Department of Motor Vehicles, which revealed a record for Marcello Lucky Razavi at 4895 S. Torrey Pines Dr. Unit 201, Las Vegas, Nevada 89103, with a valid driver's license number XXXXXX9040 that was issued on December 31, 2020 and has an expiration date of September 16, 2026. It also revealed a date of birth of September 16, 1975 and a physical description being male, 5'9", 200 lbs., with brown hair and brown eyes. It further revealed a 2016 Rolls Royce Dawn with license plate number REV3NGE, to be the current vehicle registered to the Defendant at the above address and a mailing address of 6440 Sky Pointe Drive Suite 201, Las Vegas, Nevada 89131. The registration has a last transaction date of July 9, 2021 and expires on August 29, 2022. (Note: The mailing address above is a UPS Store)

    6.    I checked with Clark County Voter's Registrar's Office which revealed an active record for Marcello Lucky Razavi at 10300 Mystic Ledge Court, Las Vegas, Nevada 89149 and a mailing address at 4895 Torrey Pines Drive #201, Las Vegas, Nevada 89103, with a date of birth of September 16, 1975.

    7.    I checked with Clark County Assessor's Office by name, which revealed 4 properties that are currently owned by Marcello Lucky Razavi Irrevocable Spendthrift TR & Marcello Lucky Razavi TRS with the Marcello Lucky Razavi as Trustee of the following properties listed below:

    a.    5334 Joshua Jose Street, North Las Vegas, Nevada 89031, with a recorded date of November 12, 2021. (SEE EXHIBIT B for the results at this address) (Note: Received both postal orders sent out

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

-2-

on December 10, 2021 and on December 23, 2021 back marked "Does receive mail at address given".)

    b.   4912 Quiet Morning Street, Las Vegas, Nevada 89122, with a recorded date of November 19, 2021. (Note: I received the postal order sent out on December 23, 2021 and received it back marked "Not known at address given", therefore no attempt was made.)

    c.   4179 Story Rock Street, Las Vegas, Nevada 89115, with a recorded date of November 12, 2021. (Note: Have not received the postal orders back to date.)

    d.   4868 Vista Sandia Way, Las Vegas, Nevada 89115, with a recorded date of November 10, 2021; and (Note: Have not received the postal orders back to date.)

The record also revealed the following property 10300 Mystic Ledge Court, Las Vegas, Nevada 89149 is owned by Family Faith Fortune Irrevocable Trust etal & Marcello Lucky Razavi TRS with Marcello Lucky Razavi as Trustee with a recorded date of July 2, 2018. The record also revealed no record of the Defendant owning any manufactured homes.

    8.    I checked with Clark County Recorder's Office, which revealed no marriage record for the Defendant.

    9.    I checked with Nevada Secretary of State, which revealed an active record for DG Media & Entertainment Group, Inc. and the Registered Agent to be Kaylee Trabucco at 9303 Gilcrease Avenue #1137, Las Vegas, Nevada 89149 with Marcello Lucky Razavi as President, Secretary, Treasurer, and Director at 6440 Sky Pointe Drive Suite 140-440, Las Vegas, Nevada 89131.

    10.   I checked with Clark County, City of Las Vegas, and City of North Las Vegas, which revealed no business license record for the Defendant.

    11.   I checked with Clark County District Court, which revealed no other open cases besides this one, or recently closed cases that may provide service address information for the Defendant.

    12.   I checked with Clark County Family Court which revealed no open cases or recently closed case that may provide service address information for the Defendant.

    13.   I checked with Clark County Detention Center, City of Las Vegas Jail, City of Henderson Jail, and the Nevada Department of Corrections, which revealed no record for the Defendant currently being incarcerated.

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

-3-

14. That based on the foregoing information, I was unable to locate and serve the Defendant, Marcello Razavi a.k.a. Marcello Lucky Razavi, in Clark County, Nevada.

I declare that the assertions of this affidavit are true and correct.

Michelle Alvarez
Registered Work Card R-102605

Subscribed and Sworn to Before me this 28th day of January 2022.

Notary Public in and for said
County and State





LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

-4-

228

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

# EXHIBIT A

THE URBAN LAW FIRM
4270 S DECATUR BLVD STE A-9
LAS VEGAS, NV 89103
(702) 968-8087



## DISTRICT COURT
## CLARK COUNTY, NEVADA

LAUREN COLVIN, ET AL.
    Plaintiff

vs

BRITANYA RAZAVI, ET AL.
    Defendant

*Case Number:* A-21-836019-C

*Dept:*

**DECLARATION OF
ATTEMPTED SERVICE**

---

TYLER TREWET, SABRINA ROSE, depose(s) and say(s):
That affiant(s) are and were at all times mentioned herein citizen(s) of the United States, over 18 years of age, not a party to, nor interested in the within action, and licensed to serve civil process under Nevada license number 389.

Legal Wings, Inc. received on 12/3/2021 a copy of the:
SUMMONS; COMPLAINT

Based on the results at the address(es) listed below, affiant(s) were unable to serve:
**Defendant MARCELLO RAZAVI**

**10300 MYSTIC LEDGE CT, LAS VEGAS, NV 89149**

SABRINA ROSE                    12/3/2021        5:45 PM
No answer, left contact sheet. Package outside cannot see label. Ring doorbell is not working. Spoke to neighbor at 10301 who stated that Marc isn't home, but to use the doorbell because the main door leads to a courtyard and they will not hear me knocking. Chevy suburban parked in driveway.

SABRINA ROSE                    12/4/2021        10:13 AM
No answer, doorbell is not working. Contact sheet is still here, but package is gone. Car still in driveway.

SABRINA ROSE                    12/5/2021        11:59 AM
No answer, ring doorbell worked for the first ring then no longer operating. Contact sheet and car still here.

SABRINA ROSE                    12/6/2021        5:30 PM
Contact sheet is moved, no answer and no lights are on inside.

TYLER TREWET                    12/26/2021        5:20 PM
**Stake Out** - Upon arrival a black SUV parked in the driveway, trash cans not out and no activity at property. Departed at 7:40 p.m.

---

| | |
|---|---|
| LAUREN COLVIN, ET AL.<br>　　　Plaintiff<br><br>vs<br><br>BRITANYA RAZAVI, ET AL.<br>　　　Defendant | *Case Number:* A-21-836019-C<br><br>*Dept:*<br><br>**DECLARATION OF<br>ATTEMPTED SERVICE** |

(CONTINUATION)

TYLER TREWET　　　　　　　　1/2/2022　　　6:32 PM
Trash cans out on street.

TYLER TREWET　　　　　　　　1/3/2022　　　9:30 AM
Trash cans still on street and trash not picked up, yet.

TYLER TREWET　　　　　　　　1/9/2022　　　4:30 PM
**Stake Out #2 -** Arrived at 4:30 p.m. and trash cans already out front and Rolls Royce's parked behind gate on side of house.

TYLER TREWET　　　　　　　　1/13/2022　　　2:35 PM
No answer at door, ring doorbell not active and Suburban with Nevada plate #RAZAVI parked in the driveway.

**4895 S. TORREY PINES DR. #201, LAS VEGAS, NV 89103**

TYLER TREWET　　　　　　　　12/23/2021　　　5:28 PM
Gated community - no access

TYLER TREWET　　　　　　　　12/26/2021　　　2:52 PM
Spoke to an unidentified female who stated the Defendant is unknown. Went to the neighbor's in unit 101 & 104 and received no answer.

**9303 GILCREASE AVE, #1137, LAS VEGAS, NV 89149**

SABRINA ROSE　　　　　　　　12/3/2021　　　5:43 PM
No answer and no noise. Lights are off inside.

SABRINA ROSE　　　　　　　　12/4/2021　　　9:58 am
No answer, blinds are closed cannot see inside. No answer at neighbor in unit 1130 and left contact sheet.

SABRINA ROSE　　　　　　　　12/5/2021　　　12:08 pm
No answer, contact sheet still present. Individually owned condos unable to check leasing office.

SABRINA ROSE　　　　　　　　12/6/2021　　　6:50 pm
Contact sheet gone, lights are on inside and can hear voices within. No answer at door.

SABRINA ROSE　　　　　　　　12/10/2021　　　5:14 pm
No answer, lights on upstairs.

SABRINA ROSE　　　　　　　　12/11/2021　　　9:31 am
Noise within and no answer at door.

SABRINA ROSE　　　　　　　　12/12/2021　　　1:10 pm
No answer and no noise

LAUREN COLVIN, ET AL.
    Plaintiff

vs

BRITANYA RAZAVI, ET AL.
    Defendant

*Case Number.* A-21-836019-C

*Dept:*

**DECLARATION OF
ATTEMPTED SERVICE**

(CONTINUATION)

SABRINA ROSE                    12/13/2021      6:20 pm
Unable to gain access through apartment gates.


Pursuant to NRS 53.045, I declare under
penalty of perjury under the law of the
State of Nevada that the forgoing is true
and correct.

Executed: Tuesday, January 25, 2022

TYLER TREWET
Registered Work Card R-2019-04184

SABRINA ROSE
Registered Work Card R-2020-00191

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

# EXHIBIT B

THE URBAN LAW FIRM
4270 S DECATUR BLVD STE A-9
LAS VEGAS, NV 89103
(702) 968-8087



## DISTRICT COURT
## CLARK COUNTY, NEVADA

LAUREN COLVIN, ET AL.
    Plaintiff

vs

BRITANYA RAZAVI, ET AL.
    Defendant

*Case Number:* A-21-836019-C

*Dept:*

**DECLARATION OF
ATTEMPTED SERVICE**

MICHELLE ALVAREZ, depose(s) and say(s):

That affiant(s) are and were at all times mentioned herein citizen(s) of the United States, over 18 years of age, not a party to, nor interested in the within action, and licensed to serve civil process under Nevada license number 389.

Legal Wings, Inc. received on 12/3/2021 a copy of the:
SUMMONS; COMPLAINT

Based on the results at the address(es) listed below, affiant(s) were unable to serve:
**Defendant MARCELLO RAZAVI**

### 5334 JOSHUA JOSE STREET, NORTH  LAS VEGAS, NV 89031

MICHELLE ALVAREZ          1/27/2022         7:10 PM

Spoke to "Maria Escobar", current resident, Hispanic, female 35, 5'3, 145, brown hair and eyes, who stated she rents through a management company and the Defendant is unknown, no vehicles in driveway, just moved in this month. No answer at the neighbors at 5338 Joshua Jose

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Tuesday, January 25, 2022

MICHELLE ALVAREZ
Registered Work Card R-102605

# EXHIBIT CC

Electronically Filed
2/10/2022 9:55 AM
Steven D. Grierson
CLERK OF THE COURT

1  AFDD
   URBAN LAW FIRM
2  4270 S. Decatur Blvd., Suite A-9
   Las Vegas, Nevada 89103
3  (702) 968-8087
4  Counsel for Plaintiff's

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

7   LAUREN COLVIN, an individual, YOUREE        )    CASE NO.: A-21-836019-C
    GEMMILL, an individual, and                 )    DEPT NO.: 11
8   PATHAMAWAN HANFORD, an individual,          )
9                                               )
              Plaintiffs,                       )
10                                              )
11  vs.                                         )
                                                )
12  BRITTANYA RAZAVI, et al.,                   )
                                                )
13            Defendants.                       )
    _____ )

**AFFIDAVIT OF DUE DILIGENCE RE: DG MEDIA & ENTERTAINMENT GROUP, INC.**

State of Nevada          )
                         ) ss.
County of Clark          )

I, Michelle Alvarez, being first duly sworn, depose and say:

1.      That at all times mentioned herein I am a citizen of the United States, over 18 years of age, not a party to, nor interested in the within action, and licensed to serve under Nevada license number 389.

2.      That Legal Wings, Inc. received a copy of the Summons and Complaint on December 3, 2021, to serve Defendant DG Media Entertainment Group, Inc. by serving Kaylee Trabucco, Registered Agent at 9303 Gilcrease Avenue #1137, Las Vegas, Nevada 89149. (SEE EXHIBIT A for the results at this address) (Note: I checked with Clark County Assessor's Office which revealed the current owner of this property to be 3906 Blue Gull LLC with Trustee Brittanya McCall Razavi, Co-Defendant with a recorded date of April 5, 2021.)

3.      I received instructions from the office of Urban Law to conduct a skip trace on DG Media & Entertainment Group, Inc.

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

-1-

235

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

4.    I checked with Nevada Secretary of State which revealed an active record for DG Media & Entertainment Group, Inc. with Kaylee Trabucco, Registered Agent at 9303 Gilcrease Avenue #1137, Las Vegas, Nevada 89149 and Marcello Razavi as President, Secretary, Treasurer and Director at 6440 Sky Point Drive, Suite 140-434, Las Vegas, Nevada, Las Vegas 89131. (Note: The address is a UPS Store and on January 14, 2022 and on January 28, 2022 requesting the physical address and have not received them back to date.)

5.    I checked TLO which revealed a record for Kaylee Trabucco, Social Security Number XXX-XX-3933, with a date of birth of March 29, 2000 and the following address history within the last year:

    a.    29668 Desert Terrace Drive, Menifee, California 92584 (Riverside County) from May 26, 2020 until December 9, 2021; and (SEE EXHIBIT B for results at this address) (Note: I checked with Riverside County Assessor's Office which revealed the current owner to be Jeremy and Lilia Lieu with a recorded date of January 2012 and does not show the Registered Agent as a previous owner.)

    b.    34890 Cameron Lane, Wildomar, California 92595 (Riverside County) from July 13, 2018 until May 1, 2021. (SEE EXHIBIT B for results at this address) (Note: I checked with Riverside County Assessor's Office which revealed the current owner to be Megan Green with a recorded date of March 2012 and does not show the Registered Agent as a previous owner.)

The record further revealed the following phone number (951) 609-6690, having an 86% chance to associated with the Registered Agent. On January 25, 2022 at 2:29 p.m. I called and spoke to an unidentified male who stated wrong number.

6.    I sent postal orders to the United States Post Office on January 14, 2022 and on January 28, 2022 for the following addresses listed below and have not received them back to date:

    a.    9303 Gilcrease Avenue #1137, Las Vegas, Nevada 89149.

    b.    29668 Desert Terrace Drive, Menifee, California 92584; and

    c.    34890 Cameron Lane, Wildomar, California 92595.

7.    I checked with Nevada Secretary of State which revealed the following 3 active corporations below with Kaylee Trabucco as Registered Agent at 9303 Gilcrease Drive #1137, Las Vegas, Nevada 89139.

    a.    3725 Seneca Highlands LLC - Managing member to be Brittanya M. Razavi, President, Secretary, Treasurer, and Director of entity at 6440 Sky Point Dr., Ste. 104-434, Las Vegas, Nevada 89131.

-2-

236

b.      Meow Gang Production Studios, Inc.  – Managing member to be Brittanya M. Razavi, President, Secretary, Treasurer, and Director at 6440 Sky Point Dr., Ste. 104-434, Las Vegas, Nevada 89131; and

c.      3906 Blue Gull LLC - Managing member to be Brittanya M. Razavi, President, Secretary, Treasurer, and Director at 6440 Sky Point Dr., Ste. 104-434, Las Vegas, Nevada 89131.

(Note: While doing locates on Marcello & Brittanya Razavi, Co-Defendant's and managing members of the entities in question and I found the following addresses to attempt service for the individuals and as the managing members at: (SEE EXHIBIT A for the results at these addresses)

a.      10300 Mystic Ledge Court, Las Vegas, Nevada 89149; and

b.      4895 S. Torrey Pines Drive #201, Las Vegas, Nevada 89103.

The records further revealed another address at 5334 Joshua Jose Street, North Las Vegas, Nevada 89031 for the managing member of this entity. (SEE EXHIBIT C for the results at this address)

8.      I checked with the Nevada Department of Motor Vehicles which revealed no record for Kaylee Trabucco having a driver's license or identification card. It further revealed no vehicles currently registered in her name.

9.      I checked the Clark County and Riverside County Voter's Registrar which revealed no record for Kaylee Trabucco.

10.      I checked with Clark County, Nevada Assessor's Office by name which revealed no record of Kaylee Trabucco owning any real property or manufactured homes.

11.      I checked with Riverside County, California Assessor's Office by name which revealed no record for Kaylee Trabucco owning any real property or manufactured homes.

12.      I checked with the Clark and Riverside County Detention Center, City of Las Vegas Jail, City of Henderson Jail, and the Nevada & California Department of Corrections, which revealed no record for the Kaylee Trabucco currently being incarcerated

13.      I checked with Clark County, the City of Las Vegas, and the City of North Las Vegas, and Henderson which did not reveal a business license for DG Media & Entertainment Group, Inc.

14.      I checked with Clark County Fictitious Firm Name which revealed no record for DG Media & Entertainment Group, Inc.

15.      I checked with Nevada State Contractors Board which revealed no record for DG Media & Entertainment Group, Inc.

16.      I did an internet search for DG Media & Entertainment Group, Inc., which revealed no official website for this company and no new service address information to attempt service.

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

237

17.     I checked social media Facebook, Twitter and LinkedIn and found no profile for DG Media & Entertainment Group, Inc.

18.     That based on the foregoing information, I was unable to locate and serve DG Media & Entertainment Group, Inc. in Clark County, Nevada and Riverside County, California.

I declare that the assertions of this affidavit are true and correct.



Michelle Alvarez
Registered Work Card R-102605

Subscribed and Sworn to Before me
this 25th day of January 2022.

Notary Public in and for said
County and State

NOTARY PUBLIC
CATHLEEN V. HOLMES
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JUNE 21, 2023
No: 07-3770-1

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

-4-

238

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

# EXHIBIT A

-5-

THE URBAN LAW FIRM
4270 S DECATUR BLVD STE A-9
LAS VEGAS, NV 89103
(702) 968-8087



## DISTRICT COURT
## CLARK COUNTY, NEVADA

LAUREN COLVIN, ET AL.
    Plaintiff

vs

BRITANYA RAZAVI, ET AL.
    Defendant

*Case Number:* A-21-836019-C

*Dept:*

**DECLARATION OF
ATTEMPTED SERVICE**

TYLER TREWET, SABRINA ROSE, depose(s) and say(s):
That affiant(s) are and were at all times mentioned herein citizen(s) of the United States, over 18 years of age, not a party to, nor interested in the within action, and licensed to serve civil process under Nevada license number 389.

Legal Wings, Inc. received on 12/3/2021 a copy of the:
SUMMONS; COMPLAINT

Based on the results at the address(es) listed below, affiant(s) were unable to serve:
**Defendant DG MEDIA & ENTERTAINMENT GROUP, INC., BY SERVING KAYLEE TRABUCCO, REGISTERED AGENT**

### 10300 MYSTIC LEDGE CT, LAS VEGAS, NV 89149

SABRINA ROSE              12/3/2021      5:43 pm
No answer, left contact sheet. Package outside cannot see label. Ring doorbell is not working. Spoke to neighbor at 10301 who stated that Marc isn't home, but to use the doorbell because the main door leads to a courtyard and they will not hear me knocking. Chevy suburban parked in driveway.

SABRINA ROSE              12/4/2021      10:13 am
No answer, doorbell not working. Contact sheet still there, but package gone. Car still in driveway.

SABRINA ROSE              12/5/2021      11:59 am
No answer, doorvell worked for the first ring then no longer operating. Contact sheet and car still there.

SABRINA ROSE              12/6/2021      5:30 pm
Contact sheet moved, no answer, and no lights on inside.

LAUREN COLVIN, ET AL.
     Plaintiff

vs

BRITANYA RAZAVI, ET AL.
     Defendant

*Case Number:* A-21-836019-C

*Dept:*

**DECLARATION OF
ATTEMPTED SERVICE**

---

### (CONTINUATION)

TYLER TREWET          12/26/2021     5:20 pm
**Stake Out -** Upon arrival a black SUV parked in the driveway, trash cans not out and no activity at property. Departed at 7:40 p.m.

TYLER TREWET          1/2/2022     6:32 pm
Trash cans out on street for trash pickup.

TYLER TREWET          1/3/2022     9:30 am
Trash cans still on street not picked up.

TYLER TREWET          1/9/2022     4:30 pm
**Stake Out #2 -** Arrived at 4:30 p.m. and trash cans already out front and Rolls Royce's parked behind gate on side of house.

TYLER TREWET          1/13/2022     2:35 pm
No answer at door, ring doorbell not active and Suburban with Nevada plate #RAZAVI parked in the driveway.

### 4895 S. TORREY PINES DR. #201, LAS VEGAS, NV 89103

TYLER TREWET          12/23/2021     5:28 PM
Gated community - could not gain acccess.

TYLER TREWET          12/26/2021     2:52 PM
Spoke to unidentified female who stated the Defendant is unknown. Went to the neighbor's in unit 101 & 104 and received no answer.

### 9303 GILCREASE AVE, #1137, LAS VEGAS, NV 89149

SABRINA ROSE          12/3/2021     6:01 PM
No answer and no noise. Lights are off inside.

SABRINA ROSE          12/4/2021     9:58 AM
No answer, blinds are closed cannot see inside. No answer at neighbor in 1130 left contact sheet.

SABRINA ROSE          12/5/2021     12:08 PM
No answer at door, contact sheet still present. Individually owned condos unable to check leasing.

SABRINA ROSE          12/6/2021     6:50 PM
Contact sheet is gone, lights are on inside and can hear noises within. No answer at the door.

LAUREN COLVIN, ET AL.
     Plaintiff

vs

BRITANYA RAZAVI, ET AL.
     Defendant

*Case Number:* A-21-836019-C

*Dept:*

**DECLARATION OF
ATTEMPTED SERVICE**

(CONTINUATION)

SABRINA ROSE          12/10/2021     5:14 PM
No answer, lights are on upstairs.

SABRINA ROSE          12/11/2021     9:31 AM
Noise within, no answer at door.

SABRINA ROSE          12/12/2021     1:10 PM
No answer and no noise. No answer at neighbor at 1130.

SABRINA ROSE          12/13/2021     6:20 PM
Unable to gain access through apartment gates

Pursuant to NRS 53.045, I declare under
penalty of perjury under the law of the
State of Nevada that the forgoing is true
and correct.

Executed: Tuesday, January 25, 2022

TYLER TREWET
Registered Work Card R-2019-04184

SABRINA ROSE
Registered Work Card R-2020-00191

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

# EXHIBIT B

-6-

## AFFIDAVIT OF NON-SERVICE

State of Nevada                                                County of Clark, District

Case Number: A-21-836019-C

Plaintiff:
**Lauren Colvin**

vs.

Defendant:
**Brittanya Razavi**

For:
Legal Wings, Inc.
1118 Fremont St.
Las Vegas, NV 89101

Received by Sano Attorney Service to be served on **DG Media & Entertainment Group, Inc. Kaylee Elizabeth Trabucco, Registered Agent, 29668 Desert Terrace Dr., Menifee, CA 92584.**

I, Devan Shockley, being duly sworn, depose and say that on the **20th day of January, 2022** at **3:35 pm, I:**

**NON-SERVED** the **Summons and Complaint** : After due search, careful inquiry and diligent efforts, an employee, independent contractor and/or myself have been unable to effect service of process for the reasons detailed below.

**Additional Information pertaining to this Service:**
Attempted Service. 29668 Desert Terrace Dr., Menifee, CA - 1/4/22 @ 7:05 pm - No answer. House dark.  1/6/22 @ 8:20 am - No answer.  1/7/22 @ 3:12 pm - No answer.  1/9/22 @ 1:10 pm - No answer.

Bad Address. 34890 Cameron Lane, Wildomar, CA - 1/15/22 @ 3:50 pm - This home is completely fenced and posted for sale. No response.  1/18/22 @ 6:45 pm - No response to horn or whistling.  1/20/22 @ 3:35 pm - Defendant is unknown at this address.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 25th day
of January, 2022 by the affiant who is
personally known to me.

NOTARY PUBLIC

**Devan Shockley**
# 1534

**Sano Attorney Service**
**P.O. Box 1568**
**Riverside, CA 92502**
**(909) 425-2248**

Our Job Serial Number: SNO-2022000447
Ref: 1955425.03
Service Fee: _____

**KATHY MCCOOL**
COMM. #2366015
NOTARY PUBLIC · CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires Jul 16, 2025

Service was
(  ) made ( X ) attempted
outside the state of Nevada
not subject to NRS 14.025

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c



1
2
3
.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

# EXHIBIT C

**245**

THE URBAN LAW FIRM
4270 S DECATUR BLVD STE A-9
LAS VEGAS, NV 89103
(702) 968-8087



DISTRICT COURT
CLARK COUNTY, NEVADA

LAUREN COLVIN, ET AL.
      Plaintiff

vs

BRITANYA RAZAVI, ET AL.
      Defendant

*Case Number:* A-21-836019-C

*Dept:*

**DECLARATION OF
ATTEMPTED SERVICE**

MICHELLE ALVAREZ, depose(s) and say(s):
That affiant(s) are and were at all times mentioned herein citizen(s) of the United States, over 18 years of age, not a party to, nor interested in the within action, and licensed to serve civil process under Nevada license number 389.

Legal Wings, Inc. received on 12/3/2021 a copy of the:
SUMMONS; COMPLAINT

Based on the results at the address(es) listed below, affiant(s) were unable to serve:
**Defendant DG MEDIA & ENTERTAINMENT GROUP, INC., BY SERVING KAYLEE TRABUCCO,
REGISTERED AGENT**

**5334 JOSHUA JOSE STREET, NORTH LAS VEGAS, NV 89031**

MICHELLE ALVAREZ      1/27/2022      7:10 PM
Spoke to "Maria Escobar", current resident, Hispanic, female 35, 5'3, 145, brown hair and eyes, who stated she rents through a management company and the Defendant is unknown, no vehicles in driveway, just moved in this month. No answer at the neighbors at 5338 Joshua Jose.

Pursuant to NRS 53.045, I declare under
penalty of perjury under the law of the
State of Nevada that the forgoing is true
and correct.

MICHELLE ALVAREZ
Registered Work Card R-102605

Executed: Friday, January 28, 2022