**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUREN COLVIN, an individual; YOURE EGEMMILL, an individual; and PA THAMA WAN HANFORD, an individual;<br>Plaintiff(s),<br><br>vs.<br><br>BRITTANY A RAZAVI; MARCELLO RAZA VI; MEOW GANG PRODUCTION STUDIOS, INC., DG MEDIA & ENT, et al.<br>Defendant(s). | Case # 2:22-cv-01395-CDS-DJA<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00<br>[ECF No. 26] |

_____Benjamin Bull_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____National Center on Sexual Exploitation_____
(firm name)

with offices at _____1201 F Street, N.W. Suite 201_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20004_____,
(city)                           (state)                              (zip code)

_____(480) 216 - 9375_____, _____bbull@ncose.com_____.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____L. Colvin, Y. Gemmill, and P. Hanford_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>May 1, 1985</u>, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>District of Columbia</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia Court of Appeals | May 1, 1985 | 388206 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 03/22/2021 | Associate Counsel | DC of Central District of CA | Granted |
| 09/21/2021 | Associate Counsel | District Court of NV | Granted |
| 11/30/2021 | Associate Counsel | Court of Appeals 9th Circuit | Granted |
| 07/06/2022 | Associate Counsel | District Court of SC | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Benjamin Wyman Bull*
Petitioner's signature

STATE OF ___Virginia___ )
COUNTY OF ___Loudoun___ )

___Benjamin Wyman Bull___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Benjamin Wyman Bull*
Petitioner's signature

Subscribed and sworn to before me this

___3rd___ day of ___February___, 2023

expires 02/28/2026
7979266
Notary Public or Clerk of Court    Notarized online using audio-video communication

Vanessa Corley Atuboyedia
REGISTRATION NUMBER
7979266
COMMISSION EXPIRES
February 28, 2026

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Jason Guinasso, Esq.___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Hutchinson & Steffen, PLLC: 5371 Kietzke Lane___,
(street address)

___Reno___, ___Nevada___, ___89511___,
(city)    (state)    (zip code)

___(775) 853 - 8746___, ___jguinasso@hutchlegal.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

## CONSENT OF DESIGNEE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) <u>JASON GUINASSO</u> as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

<u>Pathamawan Hanford</u>
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

<u>Jason Guinasso</u>
Designated Resident Nevada Counsel

_____
Designated Resident Nevada Counsel Signature

<u>8478 - jguinasso@hutchlegal.com</u>
Bar number   Email address

APPROVED:

Dated: this _____ day of _____, 20____.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) <u>JASON GUINASSO</u> as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

<u>Youree Gemmill</u>
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

<u>Jason Guinasso</u>
Designated Resident Nevada Counsel

_____
Designated Resident Nevada Counsel Signature

<u>8478 - jguinasso@hutchlegal.com</u>
Bar number  Email address

APPROVED:

Dated: this _____ day of _____, 20_____.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) <u>JASON GUINASSO</u> as his/her/their Designated Resident Nevada Counsel in this case.

_Lauren Colvin_
(party's signature)

Lauren Colvin
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Jason Guinasso
Designated Resident Nevada Counsel

_____
Designated Resident Nevada Counsel Signature

8478 - jguinasso@butchlegal.com
Bar number   Email address

APPROVED:

Dated: this _____ day of _____, 20____.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Jason Guinasso___ as
(name of counsel)
his/her/their Designated Resident Nevada Counsel in this case.

(see attached original client signature pages)

CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__8478__    jguinasso@hutchlegal.com
Bar Number    Email Address

APPROVED:

Dated: this __13th__ day of __March__, 20__23__.

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

5