Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

Marshall M. Searcy (*Pro Hac Vice* admitted*)*
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 214-443-3000
marshallsearcy@quinnemanuel.com

*Attorneys for Defendant Fenix International Limited dba OnlyFans*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual, <br><br>Plaintiff,<br><br>v.<br><br>BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC.; DG MEDIA & ENTERTAINMENT GROUP, INC.; FENIX INTERNATIONAL LIMITED dba ONLYFANS; and DOES 1-10 inclusive ,<br><br>Defendants.<br><br>DG MEDIA & ENTERTAINMENT GROUP, INC.; MEOW GANG PRODUCTION STUDIOS, INC., MARCELLO RAZAVI; and BRITTANYA RAZAVI,<br><br>Counterclaimants,<br><br>v.<br><br>LAUREN COLVIN, YOUREE GEMMILL and PATHAMAWAN HANFORD,<br><br>Counterdefendants. | Case No. 2:22-cv-01395-CDS-DJA<br><br>**STIPULATION OF WITHDRAWAL OF CO-COUNSEL FOR DEFENDANT FENIX INTERNATIONAL LIMITED d/b/a ONLYFANS** |

1    Per Local Rule IA 11-6(B), Marshall M. Searcy and the law firm of Quinn Emanuel Urquhart & Sullivan LLP, co-counsel for Defendant Fenix International Limited dba OnlyFans ("Fenix"), withdraw from the matter. Pat Lundvall and Rory Kay of McDonald Carano LLP remain as counsel of record for Fenix.

Dated this 30th day of June, 2025.

McDONALD CARANO LLP


By: /s/ Rory T. Kay
    Pat Lundvall (NSBN 3761)
    Rory T. Kay (NSBN 12416)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
    plundvall@mcdonaldcarano.com
    rkay@mcdonaldcarano.com

    Marshall M. Searcy III (pro hac vice pending)
    Quinn Emanuel Urquhart & Sullivan, LLP
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
    marshallsearcy@quinnemanuel.com

*Attorneys for Defendant*
*Fenix International Limited dba OnlyFans*


IT IS SO ORDERED.

DATED: 7/1/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2