**NATIONAL CENTER ON SEXUAL EXPLOITATION**
Benjamin W. Bull*
Danielle Bianculli Pinter*
Christen M. Price*
Peter A. Gentala*
1201 F Street NW, Suite 200
Washington, DC, 20004
Tel: (202) 393-7245
bbull@ncose.com
dpinter@ncoselaw.org
cprice@ncoselaw.org

**GUINASSO LAW, LTD.**
Jason D. Guinasso
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 853-8746
guinassolaw@gmail.com

*Admitted Pro Hac Vice
Attorneys for Plaintiffs*

**McDONALD CARANO LLP**
Pat Lundvall
Roy T. Kay
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Tel: (702) 873-4100
plundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

**DAVIS WRIGHT TREMAINE LLP**
Ambika Kumar*
Caesar Kalinowski IV*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: (206) 622-3150
ambikakumar@dwt.com
caesarkalinowski@dwt.com

*Admitted Pro Hac Vice
Attorneys for Defendants,
Fenix International Limited
dba OnlyFans, Fenix Internet LLC, and
Fenix US Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN COLVIN, an individual, and PATHAMAWAN HANFORD, an individual,<br><br>Plaintiffs<br><br>v.<br><br>BRITTANYA RAZAVI, et al.,<br><br>Defendants<br><br>―――――――――――――――――<br><br>DG MEDIA & ENTERTAINMENT GROUP, INC., et al.,<br><br>Counterclaimants<br><br>v.<br><br>LAUREN COLVIN, et al.,<br><br>Counterdefendants | Case No.: 2:22-cv-01395-CDS-DJA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, AND FENIX US INC.'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT [ECF NO. 69]**<br><br>**(First Request)**<br><br>[ECF No. 74] |

Plaintiffs Lauren Colvin and Pathamawan Hanford ("Plaintiffs"), by and through their counsel of record, Guinasso Law, Ltd. and the National Center on Sexual Exploitation, and Defendants Fenix International Limited dba OnlyFans, Fenix Internet LLC, and Fenix US Inc. ("Defendants"), by and through their counsel of record, McDonald Carano LLP and Davis Wright Tremaine LLP, hereby stipulate and agree to the following regarding Defendants' Motion to Dismiss and Memorandum in Support filed on September 23, 2025 [ECF No. 69]:

1. This is the first stipulation for extension of time to file a response to Defendants' Motion to Dismiss and Memorandum in Support filed on September 23, 2025 [ECF No. 69];

2. Plaintiffs' counsel at the National Center on Sexual Exploitation are members of a small nonprofit legal team comprised of four full-time attorneys juggling significant deadlines in several litigation matters in September and October, including a motion to dismiss hearing, a motion for reconsideration, another motion to dismiss opposition, a reply brief in support of a motion to proceed via pseudonym, a proposed order/opinion on a motion to dismiss, a reply brief in a federal appeal, and a petition for certiorari to the United States Supreme Court. Additionally, Defendants' Motion to Dismiss raises a number of non-overlapping legal issues, some of which are quite complex. Plaintiffs thus seek a modest extension beyond the standard two weeks to facilitate more comprehensive briefing of the issues;

3. Defendants similarly have existing obligations that will require additional time to file a reply brief beyond the typical 7 days allowed under LR 7-2(b).

4. Plaintiffs have a sixteen-day extension to file an opposition to Defendants' Motion to Dismiss and Memorandum in Support filed on September 23, 2025 [ECF No. 69], extending their **deadline to respond to October 23, 2025**; and

5. Defendants have a two-week extension to file their reply to Plaintiffs' opposition to their Motion to Dismiss and Memorandum in Support, **extending their deadline to reply to November 13, 2025**.

**IT IS SO STIPULATED.**

DATED: October 1, 2025                                    Respectfully Submitted,

| | |
|---|---|
| **NATIONAL CENTER ON SEXUAL EXPLOITATION** /s/ Christen M. Price Christen M. Price* Benjamin W. Bull* Danielle Bianculli Pinter* Peter A. Gentala* 1201 F Street NW, Suite 200 Washington, DC 20004 Tel: (202) 393-7245 cprice@ncoselaw.org bbull@ncose.com dpinter@ncoselaw.org *Admitted Pro Hac Vice  **GUINASSO LAW, LTD.** /s/ Jason D. Guinasso Jason D. Guinasso (NSBN 8478) 5371 Kietzke Lane Reno, NV 89511 Tel: (775) 853-8746 guinassolaw@gmail.com *Attorneys for Plaintiff* | **McDONALD CARANO LLP** /s/ Rory T. Kay Rory T. Kay (NSBN 12416) Pat Lundvall (NSBN 3761) 2300 West Sahara Avenue, Suite 1200 Las Vegas, NV 89102 Tel: (702) 873-4100 plundvall@mcdonaldcarano.com rkay@mcdonaldcarano.com  **DAVIS WRIGHT TREMAINE LLP** /s/ Caesar Kalinowski IV Caesar Kalinowski IV *(Admitted Pro Hac Vice)* Ambika Kumar *(Admitted Pro Hac Vice)* 920 Fifth Avenue, Suite 3300 Seattle, WA 98104 Tel: (206) 622-3150 caesarkalinowski@dwt.com ambikakumar@dwt.com *Attorneys for Defendants, Fenix International Limited dba OnlyFans, Fenix Internet LLC, and Fenix US Inc.* |

**IT IS SO ORDERED:**

_____
Hon. Cristina D. Silva
United States District Judge

Dated: October 2, 2025