**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendants/Counterclaimants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAUREN COLVIN, an individual; YOUREE GEMMILL, an individual; and PATHAMAWAN HANFORD, an individual,

Plaintiffs,

vs.

BRITTANYA RAZAVI; MARCELLO RAZAVI; MEOW GANG PRODUCTION STUDIOS, INC.; DG MEDIA & ENTERTAINMENT GROUP, INC.; FENIX INTERNATIONAL LIMITED dba ONLYFANS; and DOES 1-10 inclusive,

Defendants.

DG MEDIA & ENTERTAINMENT GROUP, INC.; MEOW GANG PRODUCTION STUDIOS, INC., MARCELLO RAZAVI; and BRITTANYA RAZAVI,

Counterclaimants,

vs.

LAUREN COLVIN, YOUREE GEMMILL and PATHAMAWAN HANFORD,

Counter-Defendants.

Case No.: 2:22-cv-01395-CDS-DJA

**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST**

Defendants/Counterclaimants DG Media & Entertainment Group, Inc. ("DG"), Meow Gang Production Studios, Inc. ("Meow Gang"), Marcello Razavi ("Marcello") and Brittanya Razavi ("Brittanya") (collectively "Defendants" or "Razavi Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, respectfully request that attorney Tabetha




MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

J. Nakagawa, Esq. f/k/a Tabetha J. Steinberg, Esq. be removed from the CM/ECF service list for the above-captioned matter.

Ms. Nakagawa is no longer with the law firm of Marquis Aurbach and therefore the undersigned requests the email addresses of tnakagawa@lextecnica.com, angeli@lextecnica.com, and jmadsen@maclaw.com be removed from the service list.

Dated this 10th day of November, 2026.

MARQUIS AURBACH

By: *s/Nick D. Crosby*
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants/Counterclaimants*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 10th day of November, 2026.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: N/A

*s/Sherri Mong*
an employee of Marquis Aurbach